**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BRINKS GLOBAL SERVICES USA,  INC. | ) |
| Plaintiffs, | ) |
| v. | ) |
| ARAT JEWELRY CORP. | ) |
| BONITA PEARL INC. | ) |
| EL DORADO JEWELRY, INC. | ) |
| FORTY-SEVENTH  & FIFTH, INC. | ) |
| HAWAIIAN DESIGN JEWELRY, CO. | )    Case No.: 1:22-cv-06653-PGG |
| KIMIMOTO JEWELRY | ) |
| LAM'S JADE CENTER, INC. | )    **NOTICE OF APPEARANCE** |
| LEE'S INTERNATIONAL JEWELRY INC. | ) |
| PAN LOVELY JEWELRY | ) |
| PETRI GEMS. INC. | ) |
| S & N DIAMOND CORP | ) |
| SUPREME COLLECTION CORPORATION | ) |
| TREASURE CONNECTION FINE JEWELRY, INC. | ) |
| Defendants. | ) |

**PLEASE TAKE NOTICE** that McGuireWoods LLP, by the undersigned, Matthew D. Fender, hereby appears as counsel for Plaintiff Brinks Global Services USA, Inc., and requests that all parties and interested persons serve copies of any and all papers, notices, and

correspondence to the undersigned at the address listed below.

Dated: New York, New York
          August 16, 2022

                                        **MCGUIREWOODS LLP**

                                        __/s/ Matthew D. Fender_____
                                        Matthew D. Fender
                                        Gateway Plaza
                                        800 E. Canal Street
                                        Richmond, VA 23219
                                        Tel: (804) 775-1076
                                        Fax: (804) 775-1061
                                        mfender@mcguirewoods.com

                                        *Counsel for Plaintiff Brinks Global Services*
                                        *USA, Inc.*

TO:     All counsel of record (Via ECF)