UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

               Plaintiff,

      -against-

ARAT JEWELRY CORP.; BONITA PEARL INC.; EL DORADO JEWELRY, INC.; FORTY-SEVENTH & FIFTH, INC.; HAWAIIAN DESIGN JEWELRY, CO.; KIMIMOTO JEWELRY; LAMS JADE CENTER, INC.; LEES INTERNATIONAL JEWELRY INC.; PAN LOVELY JEWELRY; PETRI GEMS. INC.; S & N DIAMOND CORP.; SUPREME COLLECTION CORPORATION; and TREASURE CONNECTION FINE JEWELRY, INC.

               Defendants,

**ORDER**

22 Civ. 6653 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendants will submit a letter by **November 10, 2022**, stating whether they wish to proceed with their proposed motion to dismiss. If so, Defendants will explain why the concerns raised by the Court at today's conference are not applicable. Discovery will be stayed through November 10, 2022.

Dated:  New York, New York
          November 3, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge