USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/14/23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

        Plaintiff,

-against-

ARAT JEWELRY CORP., et al.,

        Defendants.

22-CV-06653 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons stated on the record during today's discovery conference, it is hereby ORDERED as follows:

    1.    Plaintiff may depose each of the following party witnesses for an additional three hours each: Lee Chang Tek, Ming Cheng, and Shahram Lavian.

    2.    Each "S Corporation" defendant must produce the most recent IRS Form 1120-S filed by that defendant prior to the alleged loss on July 11, 2022, showing Schedule L, as well as the identifying information on page 1 (lines A-J) and the signature blocks. Other portions of the form may be redacted.

Dated: New York, New York
       March 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**