UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/23
```

BRINKS GLOBAL SERVICES USA, INC.,

            Plaintiff,

-against-

BONITA PEARL, INC., et al.,

            Defendants.

22-CV-06653 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, discovery, non-dispositive pretrial motions, and settlement, pursuant to 28 U.S.C. § 636(b)(1)(A). All pretrial motions and applications, including those related to scheduling and discovery (but excluding motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification under Fed. R. Civ. P. 23) must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses.

### Cautions

Parties and counsel are cautioned:

1.      Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. It is the Court's practice to decide discovery disputes at the Rule 37.2 conference, based on the parties' letters, unless a party requests or the Court requires more formal briefing. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

2.      Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

3.      In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. *Courtesy copies of letters and letter-motions filed via ECF are required if the filing contains voluminous attachments*. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

## Pending Motions

The Court has reviewed the letter-motions pending at Dkts. 125, 127, 128, 130, and 131.

It is hereby ORDERED that defendants' letter-motion at Dkt. 125, seeking an extension of the discovery schedule, is GRANTED to the extent that the expert disclosure and report deadline is EXTENDED to **June 1, 2023**.

It is further ORDERED that the Court will conduct a discovery conference on **May 2, 2023, at 10:00 a.m.,** via videoconference, regarding the letter-motions at Dkts. 127, 128, 130, and 131. The Court will distribute a link to the videoconference closer to the date of the conference.  Further modifications to the discovery schedule can be discussed at the May 2 conference.

It is further ORDERED that letter-briefs in opposition to the motions listed above must be filed no later than **April 21, 2023**. Reply letter-briefs, if any, must be filed no later than **April 26, 2023**. The parties' submissions must comply with this Court's Individual Practices, including page limits and courtesy copies.

The Clerk of Court is respectfully directed to close the motion at Dkt. 125.

Dated: New York, New York
April 14, 2023

**SO ORDERED.**

**BARBARA MOSES**
**United States Magistrate Judge**