WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
GREGORY P. WATERS

LAW OFFICES
**ENGSTROM, LIPSCOMB & LACK**
A PROFESSIONAL CORPORATION
10100 SANTA MONICA BOULEVARD, 12TH FLOOR
LOS ANGELES, CALIFORNIA 90067-4113
TELEPHONE 310-552-3800
FACSIMILE 310-552-9434

ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON
JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
PAUL W. ENGSTROM (1941 – 2010)
ROBERT J. WOLFE (1961 – 2015)

**MEMO ENDORSED:**
The conference currently scheduled for April 27, 2023, is adjourned sine die, given that this case has been referred to Judge Moses for general pretrial supervision.

SO ORDERED.

*/s/ Paul G. Gardephe/*
Paul G. Gardephe
United States District Judge

Dated: April 26, 2023

**VIA ECF**                                                                 April 25, 2023

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
New York, New York 10007

  Re:   *Brink's Global Services USA, Inc. v. Arat, et al.*,
        Case No.: 1:22-CV-06653-PGG

Dear Judge Gardephe:

I, together with my co-counsel, represent the Defendants in the above-referenced litigation. We write concerning the pre-trial conference that was rescheduled on February 21 to occur on April 27, 2023. Subsequent to the issuance of that Order, the expert discovery deadline in this action has been extended (to June 1) by Magistrate Judge Moses, and various discovery disputes remain to be adjudicated by her, as does as our (April 12) request to extend the fact discovery deadline (by 15 days). (*See, e.g.*, ECF Dkt. Nos. 132 & 134.) A conference to address those matters is scheduled to take place before Magistrate Judge Moses on May 2. (*Id*.)

It is unclear to Defendants whether Your Honor still intends for the April 27 conference to occur that day after having referred discovery and other general pre-trial matters to Magistrate Judge Moses (per ECF No. 129). In the event it was purposely not rescheduled, we respectfully request that, in the interest of judicial economy and preserving party resources, the conference be adjourned at least until after fact discovery has been completed.[1] Please be advised that Plaintiff's counsel has advised that it "was always under the impression that the Status Conference would go forward," and that they plan to attend and "would oppose cancelling the hearing in light of the progress of the case to date."

Respectfully submitted,

*/s/ Steven C. Shuman*

Cc: All counsel of record via SDNY ECF

---

[1] If such request is granted, then after Magistrate Judge Moses rules on the fact discovery deadline, we will immediately submit to Your Honor suggested new dates on which all parties are available.