# EXHIBIT 2

Audio Transcription

# FILES LABELED

# (Extraction_1.1)_459VR.mp4
# (Extraction_1.1)_459VR-2.mp4

Brink's Global Services

vs.

Arat Jewelry Corp.



www.aptusCR.com | 866.999.8310

1        UNITED STATES DISTRICT COURT

2        SOUTHERN DISTRICT OF NEW YORK

3

4   BRINK'S GLOBAL SERVICES USA, INC.

5           Plaintiff,

6       v.                        Case No.: 1:22-cv-06653

7   ARAT JEWELRY CORP. et al.

8           Defendants.
    _____

9

10

11

12              AUDIO TRANSCRIPTION

13              FILES LABELED

14          (Extraction_1.1)_459VR.mp4

15          (Extraction_1.1)_459VR-2.mp4

16

17

18

19

20

21

22

23   Transcribed by:
     Diana Sasseen
24   CSR No. 13456

25   Job No. 10118388

**Audio Transcription**

1        (Begin file labeled

2        "(Extraction_1.1)_459VR.mp4.")

3        DEPUTY DAVID SWIGART:  So that was --

4        TANDY JAY MOTLEY:  That was our seal.

5        DEPUTY DAVID SWIGART:  That's your seal.

6        TANDY JAY MOTLEY:  We had a lock on here.

7        DEPUTY DAVID SWIGART:  You had a lock on here.

8   Yep.

9        TANDY JAY MOTLEY:  And it's gone.  So I don't

10   even know where the lock is.  We kind of looked around

11   for it, but there was nothing we found.

12        JAMES EDWARD BEATY:  You know, what I ended up

13   doing after I got up, because I was in the sleeper --

14        DEPUTY DAVID SWIGART:  Yeah.

15        JAMES EDWARD BEATY:  -- I figured if this was

16   me and I was going to do something like this, I'd try to

17   stay in the shadows as much as possible because inside

18   here they're bright, bright orange bags.  You cannot

19   mistaken what it is.

20        DEPUTY JEREMY VIGER:  Are you guys marked with

21   Brink's at all on the truck?

22        JAMES EDWARD BEATY:  Yeah.

23        TANDY JAY MOTLEY:  A on the truck.

24        JAMES EDWARD BEATY:  On the truck and

25   everything, yeah.

**Audio Transcription**

1      JAMES EDWARD BEATY:  So they might know what

2  time it is.

3      JAMES EDWARD BEATY:  "BGS" right up there for

4  Brink's Global Services.

5      TANDY JAY MOTLEY:  And we picked up our load

6  about five hours from here --

7      JAMES EDWARD BEATY:  Six.

8      TANDY JAY MOTLEY:  Six hours, yeah.

9      JAMES EDWARD BEATY:  In Los Angeles and

10  San Mateo.

11      DEPUTY JEREMY VIGER:  You guys didn't pick up

12  on being followed down here at all or --

13      TANDY JAY MOTLEY:  I didn't pick up on being

14  followed, but --

15      JAMES EDWARD BEATY:  He drove, I was asleep.

16      TANDY JAY MOTLEY:  -- I felt like I had some --

17  at the jewelry show, like there was somebody kind of

18  looking at me weird, kind of dogged me, staring right in

19  the eyes, just sitting there, doors were open, as we

20  were getting loaded.  It just felt weird.  I never --

21      DEPUTY JEREMY VIGER:  How much in inventory do

22  you guys think you're carrying?

23      JAMES EDWARD BEATY:  Two-and-a-half million in

24  diamonds and jewelry.

25      DEPUTY DAVID SWIGART:  Wow.

Audio Transcription

1          JAMES EDWARD BEATY:  So that's why we need you

2    guys here.

3          DEPUTY JEREMY VIGER:  No.  No.  No, I get it.

4          DEPUTY DAVID SWIGART:  We're here to take the

5    criminal report.  It's obviously where the crime

6    happened, that's why your seal's right there, right?

7          TANDY JAY MOTLEY:  Our seal's there.  Lock's

8    missing though.

9          JAMES EDWARD BEATY:  Yeah.

10         DEPUTY DAVID SWIGART:  Lock's missing, seal's

11   there.

12         JAMES EDWARD BEATY:  Well, what I did was --

13         TANDY JAY MOTLEY:  It was fast because I went

14   inside and I ate something and I came out.  So it was

15   like 20 minutes.

16         DEPUTY JEREMY VIGER:  Okay.

17         TANDY JAY MOTLEY:  And I came out, and I was

18   like, my lock's missing.

19         DEPUTY DAVID SWIGART:  I'll start taking

20   pictures, sir, before you touch anything, and then we'll

21   make a plan as to how we're going to figure this out.

22         TANDY JAY MOTLEY:  I did open the door just to

23   take a peak in to see if I could tell if anything was

24   missing.

25         DEPUTY DAVID SWIGART:  With gloves or without

1  gloves?

2          TANDY JAY MOTLEY:  Without gloves.

3          DEPUTY DAVID SWIGART:  Okay.

4          TANDY JAY MOTLEY:  But my hands would have been

5  all over this anyway.

6          DEPUTY JEREMY VIGER:  Yeah.

7          DEPUTY DAVID SWIGART:  I'm just talking about

8  in case -- okay, all right.  Because I imagine, I don't

9  know what your manager's going to say, but the option is

10 to hold this in place for a print technician to come --

11         TANDY JAY MOTLEY:  Right.

12         DEPUTY DAVID SWIGART:  -- but I don't think you

13 want to hold two-something million dollars in this

14 parking lot, because we all know this parking lot

15 (inaudible) here.

16         TANDY JAY MOTLEY:  Right.

17         JAMES EDWARD BEATY:  Yeah.

18         DEPUTY DAVID SWIGART:  This is not a secure

19 place.

20         DEPUTY JEREMY VIGER:  And I imagine you guys

21 have a deadline to meet and everything else?  Based

22 on --

23         TANDY JAY MOTLEY:  Yeah, my thought is --

24         DEPUTY JEREMY VIGER:  -- (inaudible) right?

25         JAMES EDWARD BEATY:  Not this one, not this

**Audio Transcription**

**Brink's Global Services vs.
Arat Jewelry Corp.**

1    one.

2           TANDY JAY MOTLEY:  -- we can probably go in

3    there and get a count of the bags with you guys here.

4           DEPUTY DAVID SWIGART:  Yes.

5           TANDY JAY MOTLEY:  And then see if anything's

6    missing.  Because they're big and they're kind of heavy

7    so --

8           DEPUTY DAVID SWIGART:  I'm going to take the

9    exterior photos, and then we're going to probably

10   crack -- we'll make a plan, we'll crack it and we'll do

11   it.

12          DEPUTY JEREMY VIGER:  Yeah.

13          DEPUTY DAVID SWIGART:  Okay, let me (inaudible)

14   see you guys (inaudible).

15          (Inaudible) we'll take that -- let's not make

16   it look like we're snacking back here.

17          TANDY JAY MOTLEY:  This was more under there.

18   I picked it up.

19          DEPUTY DAVID SWIGART:  This was what?

20          TANDY JAY MOTLEY:  This was more under there.

21          DEPUTY DAVID SWIGART:  Oh, that was more under

22   there?

23          TANDY JAY MOTLEY:  It was laying about right

24   here.

25          DEPUTY DAVID SWIGART:  That's fine.  That's

**Audio Transcription**

1  fine.  I'll --

2      TANDY JAY MOTLEY:  We picked up -- we made sure

3  it was the right seal number just to make sure.

4      DEPUTY DAVID SWIGART:  Right.

5      TANDY JAY MOTLEY:  Because it could have

6  happened an hour away from here, there's a rest area up

7  north --

8      DEPUTY JEREMY VIGER:  Yeah, but if it's laying

9  here --

10      TANDY JAY MOTLEY:  But it did happen here.  So

11  that -- we checked the seal.

12      JAMES EDWARD BEATY:  Now what I ended up doing,

13  is -- you know, if I was going to do this, I wouldn't

14  want to be as brightly exposed as possible, so what I

15  was thinking, if somebody did get (inaudible) with a

16  bright orange bag, they probably would have made a

17  beeline over there.  And I checked those trash cans over

18  there to see if I could find the lock in the trash can.

19      DEPUTY DAVID SWIGART:  Is there pry marks

20  anywhere?  Or just a cut lock?

21      TANDY JAY MOTLEY:  That's all I could tell.  I

22  don't know how they got in.  (Inaudible).

23      DEPUTY JEREMY VIGER:  And you guys did ask the

24  employees here if there's any cameras out here in the

25  lot?

Audio Transcription

1          JAMES EDWARD BEATY:  Yes, we do.

2          DEPUTY JEREMY VIGER:  And they said nothing.

3          JAMES EDWARD BEATY:  Just the fuel aisle only.

4          DEPUTY JEREMY VIGER:  That's crazy.

5          JAMES EDWARD BEATY:  Yeah.

6          And then he also -- then he proceeded to

7   explain that, at least to me, that, you know, we've been

8   having an awful lot of break-ins here lately.  And I'm

9   like, yeah, but this is a little different because we

10  just came from diamond jewelry show six hours ago, that

11  one's secure, that one's secure, that one (inaudible)

12  these two others are secure, except for ours.  And ours

13  has a high value.

14          JAMES EDWARD BEATY:  This gentleman

15  (inaudible).  He just woke up.

16          UNIDENTIFIED SPEAKER:  Yeah, I just woke up.

17          (Inaudible).

18          JAMES EDWARD BEATY:  This just happened a

19  little over an hour ago.

20          TANDY JAY MOTLEY:  (Inaudible) it's been an

21  hour and a half now.  I had only been gone for about 20

22  minutes when it (inaudible).

23          UNIDENTIFIED SPEAKER:  (Inaudible)?

24          (Inaudible).

25          TANDY JAY MOTLEY:  My guess is it was followed

**Audio Transcription**

1   in, they followed us in.

2        JAMES EDWARD BEATY:  They knew what they were

3   getting.

4        DEPUTY JEREMY VIGER:  Yeah, direct target,

5   hundred percent.  I mean the likelihood that, you

6   know --

7        TANDY JAY MOTLEY:  Nobody else.

8        DEPUTY JEREMY VIGER:  -- full parking lot, you

9   guys are the only ones that got messed with.

10        TANDY JAY MOTLEY:  Wide open.  Yeah, and

11   plus --

12        DEPUTY JEREMY VIGER:  I'm kind of surprised,

13   like I said, that there's actual markings on your truck.

14        JAMES EDWARD BEATY:  Well, our truck's

15   completely armored.  We have 1-inch bulletproof glass.

16        DEPUTY JEREMY VIGER:  No, but I'm saying for

17   situations like this.

18        JAMES EDWARD BEATY:  Right.  Yeah.

19        DEPUTY JEREMY VIGER:  If they really know what

20   they're looking for.

21        JAMES EDWARD BEATY:  Well, unfortunately DOT

22   requires us to have at at least a five-and-a-half by

23   fourteen badge and then all our DOT numbers.

24        DEPUTY JEREMY VIGER:  That's crazy though.  You

25   know how it is; it should be based on what you're

1   carrying and stuff too.

2          JAMES EDWARD BEATY:  Yeah, I know.

3          But the trailer's completely unmarked except

4   for --

5          TANDY JAY MOTLEY:  I'm pretty sure we were

6   followed from the show where we got loaded.  Like I

7   said, somebody -- I just had a weird -- I had a weird

8   feeling --

9          DEPUTY JEREMY VIGER:  Where was the show at?

10          TANDY JAY MOTLEY:  It was San --

11          JAMES EDWARD BEATY:  San Mateo.  At the Expo

12   Center.

13          DEPUTY JEREMY VIGER:  That might be something

14   that, once my partner comes back around, we can make a

15   notation of that; but like you said, you had that eery

16   feeling that someone was --

17          TANDY JAY MOTLEY:  I never felt that before,

18   and I did today.  It was just like -- and he was staring

19   me right in the eye.  And I looked, it's like why is

20   this guy dogging me?  He had a beard, driving a silver

21   SUV.  Just -- and then just sitting there for like two

22   minutes.  And then I was -- after that I was kind of

23   watching to see if anyone was following me, but I

24   couldn't -- you know.

25          DEPUTY JEREMY VIGER:  Yeah, you guys are

**Audio Transcription**

1   traveling at night so --

2        TANDY JAY MOTLEY:  At night so -- yeah.

3        DEPUTY JEREMY VIGER:  -- it's hard to pick up

4   on.

5        We can make mention of that, and then obviously

6   they can try to link it to maybe checking cameras at the

7   show --

8        TANDY JAY MOTLEY:  Right.

9        DEPUTY JEREMY VIGER:  -- to kind of see what

10  goes on.

11        DEPUTY DAVID SWIGART:  (Inaudible).

12        TANDY JAY MOTLEY:  Now, if somebody was

13  following me though, I did stop at the rest area about

14  an hour ago, it's about one hour from here, it's the

15  last rest area --

16        DEPUTY JEREMY VIGER:  Okay.

17        TANDY JAY MOTLEY:  -- before you start coming

18  through the grapevine, so it was almost an hour, 60

19  miles or somewhere down the road, and if there's cameras

20  in there, they might be able to see if there was a car

21  that followed me in that followed me out.  Just a

22  thought.

23        DEPUTY JEREMY VIGER:  Yeah.  Okay.  Yeah,

24  obviously this is our -- this is the county line for

25  L.A.

**Audio Transcription**

1            TANDY JAY MOTLEY:  Right.

2            DEPUTY JEREMY VIGER:  Is literally Frazier Park

3   Road.

4            TANDY JAY MOTLEY:  So we're in L.A. County now?

5            DEPUTY DAVID SWIGART:  You are right now

6   (inaudible).

7            DEPUTY JEREMY VIGER:  Because it happened on

8   the south side of this road, this is the county line.

9   So as far as going too far north, as far as like a

10  detective working this thing, obviously, let's just hope

11  there wasn't a whole lot taken, if anything, but we're

12  going to figure it out.  Obviously they -- obviously

13  they made entry for a reason so --

14            TANDY JAY MOTLEY:  Right.  Well, I (inaudible)

15  didn't take anything so --

16            DEPUTY DAVID SWIGART:  Yeah, so let's --

17            TANDY JAY MOTLEY:  Can you turn the lights on

18  on the trailer?

19            UNIDENTIFIED SPEAKER:  Never a dull moment.

20            TANDY JAY MOTLEY:  You have take downs or

21  anything?

22            DEPUTY JEREMY VIGER:  Pull up right behind us.

23            TANDY JAY MOTLEY:  (Inaudible) if anything was

24  missing they would have --

25            DEPUTY DAVID SWIGART:  Right.

**Audio Transcription**

1        TANDY JAY MOTLEY:  What I can do is count the

2    bags and --

3        DEPUTY DAVID SWIGART:  Which one (inaudible).

4        TANDY JAY MOTLEY:  Go ahead.

5        The lights aren't on.

6        JAMES EDWARD BEATY:  It won't come on.  The

7    switch is broken, when you push it in it --

8        TANDY JAY MOTLEY:  You got the flashlight.  I'm

9    going to need your help to count stuff.

10        DEPUTY DAVID SWIGART:  All right.  So let me

11    get a picture right now, and we'll go like, you know,

12    slightly slow, and then we'll --

13        TANDY JAY MOTLEY:  Do you want me to open the

14    other door?

15        DEPUTY JEREMY VIGER:  Yes, please, sir.

16        JAMES EDWARD BEATY:  They screwed up.  Those

17    orange bags are the highest value loads.

18        (Inaudible).

19        DEPUTY DAVID SWIGART:  Hey, (inaudible) notify

20    commercial, right?  It's commercial task force

21    (inaudible) notify.

22        DEPUTY JEREMY VIGER:  Yeah.  Did they determine

23    anything's stolen?

24        DEPUTY DAVID SWIGART:  Not yet, but I'm just

25    starting to brainstorm.  I haven't had one of these in a

**Audio Transcription**

Brink's Global Services vs.
Arat Jewelry Corp.

1   while.

2           DEPUTY JEREMY VIGER:  Yeah.  Well, you have

3   Cargo CATS.

4           DEPUTY DAVID SWIGART:  Yeah, that's what I'm

5   talking about.

6           DEPUTY JEREMY VIGER:  Obviously they're going

7   to do an inventory check --

8           JAMES EDWARD BEATY:  Right.

9           DEPUTY JEREMY VIGER:  -- and make sure

10  everything's here, determine what was taken and what

11  value, if a whole bag was taken.

12          DEPUTY DAVID SWIGART:  Right.

13          JAMES EDWARD BEATY:  Well, if a whole bag was

14  taken, it's already been scanned in in with all the --

15  with every piece (inaudible) --

16          DEPUTY JEREMY VIGER:  There you go.  That's

17  perfect.  So let's figure out.

18          JAMES EDWARD BEATY:  We don't know if any of

19  those pieces are missing yet.

20          DEPUTY JEREMY VIGER:  Yeah, that's what I mean.

21  We're here.  You guys will do an inventory, and then

22  we'll go from there.  Hopefully --

23          DEPUTY DAVID SWIGART:  Hopefully nothing's gone

24  and we'll go from there.

25          JAMES EDWARD BEATY:  That makes two of us.

**Audio Transcription**

1        It's going to be worse if something's

2    missing.

3        DEPUTY JEREMY VIGER:  Yeah, I mean, hopefully,

4    like you said, maybe they're prepping it.

5        JAMES EDWARD BEATY:  Yeah, that's why I told

6    him to keep his head on swivel and (inaudible).

7        DEPUTY JEREMY VIGER:  Yeah, we're going to post

8    up here, because you never know, they could still be

9    lurking.

10       JAMES EDWARD BEATY:  Yeah.  I told him

11   (inaudible).

12       DEPUTY JEREMY VIGER:  Is your intention for you

13   guys to take off soon after this, or are you guys here

14   for the night?

15       JAMES EDWARD BEATY:  No.  No.  No.  We're

16   leaving.  As soon as we get out of here, we're out.

17       DEPUTY JEREMY VIGER:  Okay.

18       JAMES EDWARD BEATY: We're going to go to our

19   Brink's facility in L.A.

20       DEPUTY JEREMY VIGER:  Okay.

21       JAMES EDWARD BEATY:  Straight from here to the

22   Brink's facility, and then see what, you know, Brink's

23   security wants to do, because we're self-insured and I

24   know the customer (inaudible).

25       DEPUTY DAVID SWIGART:  Oh, yeah.  All right.

**Audio Transcription**

```
1              So we're now holding this for prints, right?

2    Is that my understanding?  Because obviously you guys

3    (inaudible), right?

4              DEPUTY JEREMY VIGER:  We just -- we just don't

5    request prints.

6              DEPUTY DAVID SWIGART:  Request the print

7    deputy?

8              DEPUTY JEREMY VIGER:  Yeah, Because they're

9    going to go to their -- their security --

10             DEPUTY DAVID SWIGART:  You're not going to some

11   (inaudible)?

12             JAMES EDWARD BEATY:  No, we're going straight

13   to L.A.

14             DEPUTY JEREMY VIGER:  So they're going to a

15   secured lot there.

16             DEPUTY DAVID SWIGART:  Got it.

17             DEPUTY JEREMY VIGER:  Maybe run it by your

18   management and let them know, hey, we're going to

19   request prints, and if they could keep this vehicle

20   stationary for the time being --

21             JAMES EDWARD BEATY:  Right.

22             DEPUTY JEREMY VIGER:  -- whether you guys

23   off-load or keep it, if it's a secured loss --

24             JAMES EDWARD BEATY:  It's a secured lot.

25             DEPUTY JEREMY VIGER:  -- maybe keep it in
```

1  place.

2  JAMES EDWARD BEATY:  Yeah.

3  DEPUTY JEREMY VIGER:  And just tell them, hey,

4  the product's going to be delayed, but pending prints --

5  JAMES EDWARD BEATY:  Investigation.

6  DEPUTY JEREMY VIGER:  Yeah.  I mean, like I

7  say, it's going to be your management's call.  If

8  there's nothing taken, they might say, hey, whatever,

9  you know, what I mean --

10  JAMES EDWARD BEATY:  Right.

11  DEPUTY JEREMY VIGER:  -- it's just attempt.

12  That's on you.

13  DEPUTY DAVID SWIGART:  One of you guys for

14  sure, I know (inaudible) one of you guys for sure --

15  TANDY JAY MOTLEY:  It was not cracked.

16  (Inaudible).

17  UNIDENTIFIED SPEAKER:  2:55.

18  JAMES EDWARD BEATY:  So 2:55.  That's when he

19  woke me up and he said, somebody broke into us.

20  DEPUTY DAVID SWIGART:  At 2:55.

21  JAMES EDWARD BEATY:  Yeah.

22  DEPUTY DAVID SWIGART:  When's the last time

23  that you guys were for sure --

24  JAMES EDWARD BEATY:  -- (inaudible)?

25  DEPUTY JEREMY VIGER:  What time did you guys

**Audio Transcription**

1   pull in the lot down here?

2         JAMES EDWARD BEATY:  I don't know.  I was

3   asleep.  I was in the sleeper.

4         DEPUTY JEREMY VIGER:  Okay.  Well, we'll ask

5   him.

6         JAMES EDWARD BEATY:  He woke me up at 2:55, and

7   at that point I checked his log and he had been off duty

8   for 50 minutes.

9         DEPUTY JEREMY VIGER:  Okay.  So maybe 2:40.

10         JAMES EDWARD BEATY:  2:40.

11         DEPUTY JEREMY VIGER:  Okay.

12         JAMES EDWARD BEATY:  No, that would be 2:05.

13         DEPUTY JEREMY VIGER:  Oh, you said --

14         JAMES EDWARD BEATY:  It was 2:55 when he woke

15   me up --

16         DEPUTY JEREMY VIGER:  Okay.

17         JAMES EDWARD BEATY:  -- and he had been -- he

18   had been off duty for 50 minutes at that point.

19         DEPUTY JEREMY VIGER:  Oh, 50.  I thought you

20   said 15.

21         JAMES EDWARD BEATY:  No, 50.

22         DEPUTY JEREMY VIGER:  Okay.  50.

23         JAMES EDWARD BEATY:  So 2:05 is when it

24   happened (inaudible).

25         DEPUTY JEREMY VIGER:  Okay.  So he probably

**Audio Transcription**

1   pulled in here about 2:05.

2          DEPUTY DAVID SWIGART:  2:05.  Okay.

3          JAMES EDWARD BEATY:  Because that's the first

4   thing I checked, was how long he been (inaudible).

5          DEPUTY DAVID SWIGART:  And then he woke you up

6   at what time?

7          JAMES EDWARD BEATY:  2:55.

8          DEPUTY JEREMY VIGER:  Is he doing an inventory

9   check right now?

10          JAMES EDWARD BEATY:  Yes.

11          DEPUTY JEREMY VIGER:  So he knows exactly how

12   many bags and everything are on here?

13          JAMES EDWARD BEATY:  Yes, that's what this is,

14   the manifest.

15          DEPUTY JEREMY VIGER:  So he has that copy in

16   there?

17          JAMES EDWARD BEATY:  No, he just needs to know

18   the piece count, and then we have to scan it all in to

19   see what piece is missing.

20          DEPUTY JEREMY VIGER:  Gotcha.

21          DEPUTY DAVID SWIGART:  Can I get your

22   (inaudible).

23          (Inaudible).

24          JAMES EDWARD BEATY:  Well, I know (inaudible).

25          DEPUTY DAVID SWIGART:  Do you have an employee

```
 1   number with Brink's?

 2           JAMES EDWARD BEATY:  Yes.

 3           (Inaudible).

 4           JAMES EDWARD BEATY:  Do you need my driver's

 5   license?

 6           DEPUTY DAVID SWIGART:  No, I won't do that

 7   because (inaudible).

 8           JAMES EDWARD BEATY:  I'd rather give you

 9   everything you need instead of (inaudible).

10           DEPUTY DAVID SWIGART:  What is your personal

11   number?

12           (Redacted.)

13           (Inaudible).

14           DEPUTY DAVID SWIGART:  Where is your guys's

15   physical location guys (inaudible)?

16           JAMES EDWARD BEATY:  Salt Lake City.

17           DEPUTY DAVID SWIGART:  What's the address

18   there?

19           (Inaudible).

20           JAMES EDWARD BEATY:  I can go get the

21   registration (inaudible).

22           DEPUTY DAVID SWIGART:  Yeah, I'll take a

23   picture of the registration too.

24           TANDY JAY MOTLEY:  49 pieces.

25           JAMES EDWARD BEATY:  How much?
```

**Audio Transcription**

1          TANDY JAY MOTLEY:  I counted 49.

2          JAMES EDWARD BEATY:  49?

3          DEPUTY DAVID SWIGART:  Out of how many?

4          JAMES EDWARD BEATY:  73.  That's a lot.

5          DEPUTY DAVID SWIGART:  (Inaudible) yeah.

6          JAMES EDWARD BEATY:  Holy shit.

7          DEPUTY DAVID SWIGART:  This might be time to

8     wake up (inaudible) in the middle of the night.

9          JAMES EDWARD BEATY:  Double-check.

10          TANDY JAY MOTLEY:  I'm going to double-check.

11          JAMES EDWARD BEATY:  Double-check.

12     (Inaudible).  That's a lot.

13          (Inaudible).

14          DEPUTY DAVID SWIGART:  Yeah, (inaudible)

15     registration (inaudible).

16          All right.  We're going to make the call.

17          DEPUTY JEREMY VIGER:  (Inaudible).

18          DEPUTY DAVID SWIGART:  Once he gives me a tally

19     of an approximate value of the loss, because telling him

20     that bags are gone is not going to be --

21          DEPUTY JEREMY VIGER:  It's going to be a

22     million dollars.

23          DEPUTY DAVID SWIGART:  No, I know, but me

24     calling the boss and saying, hey, we have "X" amount of

25     bags, (inaudible) that means.  I need a dollar value

**Audio Transcription**

1    (inaudible).

2           DEPUTY JEREMY VIGER:  Like I said, they're

3    going to have to probably scan each individual bar

4    code --

5           DEPUTY DAVID SWIGART:  Yep.

6           DEPUTY JEREMY VIGER:  -- to figure out which

7    ones, and then he can probably -- he has a detailed

8    description.

9           DEPUTY DAVID SWIGART:  Yep.

10          DEPUTY JEREMY VIGER:  Now, is this the value of

11   the limited liability, is that the value that's in each

12   bag, or is this just the insurance that covers?

13          JAMES EDWARD BEATY:  No, that's the -- that's

14   the declared value that the customer put on it.

15          DEPUTY JEREMY VIGER:  Declared value of the

16   customer.  Geez.

17          JAMES EDWARD BEATY:  But they always estimate

18   just a little bit high because, you know, they're hoping

19   that somebody will take them, like us.

20          DEPUTY JEREMY VIGER:  He's saying --

21          TANDY JAY MOTLEY:  49?

22          DEPUTY JEREMY VIGER:  -- 49.

23          DEPUTY DAVID SWIGART:  All right.

24          DEPUTY JEREMY VIGER:  So if that's the case,

25   there's 24 pieces outstanding.

Audio Transcription

```
1              TANDY JAY MOTLEY:  Same thing.  49.

2              DEPUTY JEREMY VIGER:  But he's going to have to

3  figure out -- now, are you guys going to individually

4  scan them so we have a kind of an inventory as to what

5  got taken, what's still remaining?

6              TANDY JAY MOTLEY:  They have the scan.  I

7  don't -- our --

8              DEPUTY JEREMY VIGER:  You guys --

9              TANDY JAY MOTLEY:  (Inaudible).

10             DEPUTY JEREMY VIGER:  Oh, you guys don't --

11 okay.

12             Now, if you had to guess, approximately, not

13 knowing obviously what's here and what's gone, but what

14 are we looking at?

15             TANDY JAY MOTLEY:  They're all in orange bags,

16 so we don't know, we never seen the product.

17             DEPUTY JEREMY VIGER:  But if you had to -- we

18 need some kind of value on it.  Are you talking a

19 million dollars?  In excess of a million dollars?

20             JAMES EDWARD BEATY:  Oh, no, no, no, everything

21 that's right there in the back, just that alone --

22             TANDY JAY MOTLEY:  Hey, James, call Nelson.

23             JAMES EDWARD BEATY:  Huh?

24             TANDY JAY MOTLEY:  The guy you talked to, the

25 guy that loaded it --
```

Audio Transcription

1          JAMES EDWARD BEATY:  Right.

2          TANDY JAY MOTLEY:  -- call him.

3          JAMES EDWARD BEATY:  I will.

4          TANDY JAY MOTLEY:  Tell him there's 49 bags in

5    here.  And the paper says 73.

6          JAMES EDWARD BEATY:  Because Nelson's the

7    one -- Nelson's was in charge of the diamond jewelry

8    show.

9          DEPUTY JEREMY VIGER:  Now, did you guys see

10   this before it was sealed?

11         TANDY JAY MOTLEY:  I never seen anything before

12   it was sealed.

13         DEPUTY JEREMY VIGER:  No.  No.  No.

14         DEPUTY DAVID SWIGART:  He's asking you if you

15   physically saw --

16         DEPUTY JEREMY VIGER:  Did you guys see the way

17   the truck was stacked prior to the doors closing?

18         TANDY JAY MOTLEY:  Yeah, I saw the stack.

19         DEPUTY JEREMY VIGER:  Does it look like quite a

20   bit's gone?

21         TANDY JAY MOTLEY:  No.  My guess is it would

22   only have been like a piece or two, but --

23         JAMES EDWARD BEATY:  I don't know, I was

24   asleep.

25         TANDY JAY MOTLEY:  It looked pretty much the

**Audio Transcription**

1   same.  I mean, this -- (inaudible).

2          DEPUTY JEREMY VIGER:  Now, is there any way

3   that some of those pieces are doubled up in a bag?

4          TANDY JAY MOTLEY:  That's why -- that's why I'm

5   saying to call Nelson.

6          JAMES EDWARD BEATY:  No.

7          TANDY JAY MOTLEY:  But no.

8          JAMES EDWARD BEATY:  No.

9          DEPUTY JEREMY VIGER:  Okay.

10         DEPUTY DAVID SWIGART:  The seal's --

11         DEPUTY JEREMY VIGER:  Because I mean, that's

12   pretty expensive.

13         TANDY JAY MOTLEY:  24 bags --

14         DEPUTY JEREMY VIGER:  Correct.

15         TANDY JAY MOTLEY:  That's a -- I mean that's a

16   lot of stuff.

17         DEPUTY JEREMY VIGER:  Well, what doesn't make

18   sense to me is you would think the back half of the

19   trailer would be empty rather than leapfrogging the

20   stuff --

21         TANDY JAY MOTLEY:  Right.

22         DEPUTY JEREMY VIGER:  -- why wouldn't you

23   take -- like I say, I don't know, but it's hard to say,

24   unless they knew exactly what was in here.

25         JAMES EDWARD BEATY:  There's only 49 pieces on

**Audio Transcription**

1    the truck.

2            TANDY JAY MOTLEY:  We had another truckload,

3    maybe they give us --

4            JAMES EDWARD BEATY:  Yeah, find out.

5            DEPUTY DAVID SWIGART:  The seal is broken, and

6    it's clearly fresh cut, and there's (inaudible) --

7            TANDY JAY MOTLEY:  This happened here, yeah.

8            DEPUTY DAVID SWIGART:  -- (inaudible) so it

9    happened here.

10           DEPUTY JEREMY VIGER:  No.  No.  No.  I'm not

11   saying that.

12           DEPUTY DAVID SWIGART:  Oh.

13           DEPUTY JEREMY VIGER:  But he's saying there was

14   a secondary truck too.

15           TANDY JAY MOTLEY:  A smaller truck that was

16   taking stuff to Oakland.

17           DEPUTY JEREMY VIGER:  That could have took --

18           TANDY JAY MOTLEY:  That could have taken those

19   20- -- what was it?

20           DEPUTY JEREMY VIGER:  -- part of the load.

21           See what I'm saying?

22           DEPUTY DAVID SWIGART:  Oh, so you're

23   (inaudible) load and divide it, all bags may be

24   accounted for.

25           TANDY JAY MOTLEY:  And they gave me a full

**Audio Transcription**

1   list.

2           DEPUTY JEREMY VIGER:  We don't know yet.

3   That's -- the but they don't have like a -- like an

4   inventory where they can scan?  Like see these bar

5   codes?

6           DEPUTY DAVID SWIGART:  (Inaudible) I'm

7   following --

8           DEPUTY JEREMY VIGER:  They don't have the

9   inventory --

10          JAMES EDWARD BEATY:  Nelson said 73 pieces were

11  on this truck.

12          TANDY JAY MOTLEY:  Well, then there's 23

13  missing.  Or 4.

14          JAMES EDWARD BEATY:  4.  24 missing.

15          DEPUTY DAVID SWIGART:  I mean that's

16  (inaudible) if the loader is saying, confirming that he

17  put that amount on the truck --

18          TANDY JAY MOTLEY:  What's -- ask Nelson the

19  estimated value.

20          JAMES EDWARD BEATY:  Well, he says he's got to

21  call Tiff [phonetic], he's trying to get a manifest so

22  that he knows -- so that way he knows what bar codes are

23  missing.

24          DEPUTY JEREMY VIGER:  Do you know how much in

25  value total was on your truck?

**Audio Transcription**

1        JAMES EDWARD BEATY:  2.7 million.

2        DEPUTY JEREMY VIGER:  Okay.  I think you're

3   probably safe to say --

4        DEPUTY DAVID SWIGART:  I think half --

5        DEPUTY JEREMY VIGER:  -- a million dollars, at

6   least under half; because safe to say, tell them plus or

7   minus, obviously, could be well greater than million.

8        DEPUTY DAVID SWIGART:  I'm going to pull the

9   URN vehicle (inaudible), obviously commercial truck, and

10  then when I pull the (inaudible) I'll make the call and

11  then I'll get the rest of the details.  I just need his

12  details and --

13       JAMES EDWARD BEATY:  Go get your driver's

14  license and your employee badge so he can take pictures.

15       (Inaudible).

16       TANDY JAY MOTLEY:  It almost makes me wonder if

17  the own jeweler robbed himself, you know, like knew

18  exactly what they had or something, right, for

19  insurance.

20       DEPUTY DAVID SWIGART:  This is all -- this is

21  where (inaudible) the big detective to figure this

22  out.

23       JAMES EDWARD BEATY:  As much as taken they --

24  in what little amount of time, they knew exactly what

25  they was getting.  They knew what they was getting.

Brink's Global Services vs.
Arat Jewelry Corp.

1        DEPUTY JEREMY VIGER:  What I was telling him,

2   and like I said, these dudes, it's probably not their

3   first rodeo, the guys that were out here.  But the fact

4   that this stuff is so close, either they got spooked,

5   and were shuffling stuff to the rear and got spooked by

6   something and left, but in order to leapfrog the stuff

7   over this --

8        JAMES EDWARD BEATY:  Well, see all of these,

9   these are the high-value tags.  Everything that's yellow

10  are the lower-value tags.  And everything that's white,

11  is considered nonsequential or a hundred thousand or

12  less.

13        DEPUTY JEREMY VIGER:  So this orange tag --

14        JAMES EDWARD BEATY:  Yeah.

15        DEPUTY JEREMY VIGER:  -- high value.

16        JAMES EDWARD BEATY:  That's 600,000 or more,

17  per tag.

18        DEPUTY JEREMY VIGER:  Okay.

19        DEPUTY DAVID SWIGART:  (Inaudible).

20        TANDY JAY MOTLEY:  Mojo, M-o-j-o (inaudible).

21        JAMES EDWARD BEATY:  (Inaudible).

22        DEPUTY DAVID SWIGART:  I got that already from

23  him.

24        And you're 78584, right?

25        TANDY JAY MOTLEY:  Yeah.

Brink's Global Services vs.
Arat Jewelry Corp.

1           DEPUTY DAVID SWIGART:  I got it.

2           JAMES EDWARD BEATY:  No, no, he's talking about

3    your -- your employee I.D.

4           TANDY JAY MOTLEY:  Oh, yeah, yeah, yeah.

5           DEPUTY DAVID SWIGART:  I got it.  So I've got

6    to pull a file number for this and make a call.

7           TANDY JAY MOTLEY:  That's just nuts.

8           DEPUTY DAVID SWIGART:  So 7-point -- sorry, 2.4

9    million.

10          JAMES EDWARD BEATY:  7.  2.7.

11          DEPUTY DAVID SWIGART:  2.7 million.

12          JAMES EDWARD BEATY:  Yeah.  That's the

13   estimated.

14          DEPUTY DAVID SWIGART:  Estimated.

15          DEPUTY JEREMY VIGER:  That's the total value.

16          JAMES EDWARD BEATY:  That's total value.

17          DEPUTY DAVID SWIGART:  2.7 mill --

18          JAMES EDWARD BEATY:  Total value.

19          DEPUTY DAVID SWIGART:  You had 73 bags loaded.

20          JAMES EDWARD BEATY:  Yes.

21          DEPUTY DAVID SWIGART:  You still have 49

22   present.

23          JAMES EDWARD BEATY:  Yes.

24          DEPUTY DAVID SWIGART:  So that means 20- --

25          JAMES EDWARD BEATY:  4.

**Audio Transcription**

1    DEPUTY DAVID SWIGART:  24 outstanding stolen.

2    DEPUTY JEREMY VIGER:  And it's called described

3    as high-end jewelry?

4    JAMES EDWARD BEATY:  Yes.

5    DEPUTY DAVID SWIGART:  High-end jewelry or

6    loose gems, right?

7    JAMES EDWARD BEATY:  Yes.  High-end jewelry or

8    loose gems.  It's both.

9    DEPUTY JEREMY VIGER:  Okay.

10    JAMES EDWARD BEATY:  And there's even gold in

11    here too.

12    Oh, my God.

13    DEPUTY JEREMY VIGER:  Now, if you're saying one

14    of those orange tags is a minimum 600,000?

15    JAMES EDWARD BEATY:  That's what Nelson told me

16    at the diamond jewelry show.

17    DEPUTY JEREMY VIGER:  Well, I got to think you

18    have more than 2.7 million because right there you have

19    1.2 million.

20    JAMES EDWARD BEATY:  I know.  I'm just telling

21    you what Nelson told me.

22    DEPUTY JEREMY VIGER:  No.  No.  No.  I'm just

23    trying to -- I'm thinking you've got more than 2.7

24    million in this truck.

25    TANDY JAY MOTLEY:  It's very possible.  But I

**Audio Transcription**

1   have --

2          JAMES EDWARD BEATY:  Well, that's just what he

3   told me on the phone.  He thinks it's 2.7.

4          TANDY JAY MOTLEY:  Some of these are just beads

5   and rocks.

6          JAMES EDWARD BEATY:  But some of those rocks --

7          TANDY JAY MOTLEY:  Some of those --

8          JAMES EDWARD BEATY:  Some of those obsidian

9   rocks and opals are worth millions by themselves just

10  for one stone.

11         TANDY JAY MOTLEY:  I have no clue on that; but

12  either way it's not --

13         DEPUTY JEREMY VIGER:  Yeah.  You don't see this

14  every day.

15         JAMES EDWARD BEATY:  That makes two of us.

16  This is the first time this has happened to me in eight

17  years.  I've been here for eight years.

18         TANDY JAY MOTLEY:  I've been five years and

19  never had anything like this happen.

20         DEPUTY JEREMY VIGER:  Did you get the

21  information he was saying that -- where -- where the

22  auction was?

23         DEPUTY DAVID SWIGART:  No, (inaudible).

24         DEPUTY JEREMY VIGER:  Okay.  I guess it was up

25  in like San Mateo.

**Audio Transcription**

1   DEPUTY DAVID SWIGART:  Oh, I got the San Mateo

2   part.

3   DEPUTY JEREMY VIGER:  And then he hit the rest

4   stop roughly 60 miles from here.

5   DEPUTY DAVID SWIGART:  Uh-huh.

6   DEPUTY JEREMY VIGER:  So I don't know, maybe

7   there's cameras there.  This is going to take some

8   extensive work, but if Cargo CATS --

9   DEPUTY DAVID SWIGART:  But the seal was broken

10  here though.

11  DEPUTY JEREMY VIGER:  Correct.

12  DEPUTY DAVID SWIGART:  The seal was broken

13  here.

14  DEPUTY JEREMY VIGER:  But if he got followed

15  down from up north --

16  DEPUTY DAVID SWIGART:  Yeah.

17  DEPUTY JEREMY VIGER:  -- most likely he got

18  followed into the truck stop and then followed all the

19  way down here, because they're not going to lose sight

20  of him if that's what their intention -- they don't know

21  he's going to land here.  You know what I mean?

22  DEPUTY DAVID SWIGART:  Yeah, they don't know,

23  they can't set it up.

24  DEPUTY JEREMY VIGER:  Yeah, I imagine Cargo

25  CATS will probably take this one.

**Audio Transcription**

1      DEPUTY DAVID SWIGART:  Yeah, I'm going to

2  (inaudible).

3      DEPUTY JEREMY VIGER:  Yeah, because he's

4  saying -- okay, you see that orange sticker on the white

5  tag?

6      DEPUTY DAVID SWIGART:  Yeah.

7      DEPUTY JEREMY VIGER:  He's saying those, he was

8  told, had a minimum of $600,000 if it has an orange tag

9  on it.

10      DEPUTY DAVID SWIGART:  If it has an orange tag.

11      DEPUTY JEREMY VIGER:  So that in itself, just

12  right there he has three orange tags; so if that's true,

13  there's 1.8 million just in those three things.

14      Now, anything -- and then there's another 46

15  bags in there.  So I have a feeling it's going to be

16  well in excess of 2.7 million in this truck.

17      DEPUTY DAVID SWIGART:  That's what they're

18  saying they --

19      DEPUTY JEREMY VIGER:  That's what he was told.

20      DEPUTY DAVID SWIGART:  -- (inaudible).

21      DEPUTY JEREMY VIGER:  Yeah, and I don't think

22  he's going to be able to get the inventory on ours, so

23  it's going to need some serious follow up with normal

24  business hours.  You know what I mean?

25      DEPUTY DAVID SWIGART:  (Inaudible) back, it's

**Audio Transcription**

1    roughly --

2          DEPUTY JEREMY VIGER:  He said if it has the

3    orange sticker, those are the highest value ones in the

4    truck, and they're 600,000 at a minimum.

5          DEPUTY DAVID SWIGART:  600,000.

6          DEPUTY JEREMY VIGER:  Now, he doesn't obviously

7    know which ones were taken --

8          DEPUTY DAVID SWIGART:  Right.

9          DEPUTY JEREMY VIGER:  -- so he said if it's an

10   all white tag, it's minimal, yellow is medium, and

11   orange is like --

12         DEPUTY DAVID SWIGART:  Orange is high high

13   value.

14         OFFICER 2:  -- super expensive, yeah.  That's

15   the way I guess it's color coordinated.

16         TANDY JAY MOTLEY:  They had to come in here

17   with a fucking trailer.

18         DEPUTY JEREMY VIGER:  The mere fact that -- I

19   mean they got it done, you said, in 15, maybe 20

20   minutes?

21         TANDY JAY MOTLEY:  20 minutes, yeah.

22         DEPUTY DAVID SWIGART:  I've never called.  Is

23   it Commercial Crime Bureau?

24         DEPUTY JEREMY VIGER:  No, Majors; it's under

25   Majors, and then Cargo CATS.

1          DEPUTY DAVID SWIGART:  It goes -- should I just

2    call Major Crimes then and then --

3          DEPUTY JEREMY VIGER:  Right now you're going to

4    have to call probably headquarters, the on-call, and see

5    who's on call for Cargo CATS, and then wait for a call

6    back from the on-call detective because it's off hours.

7          DEPUTY DAVID SWIGART:  And what does "CAT"

8    stand for again?

9          DEPUTY JEREMY VIGER:  What's that?

10          DEPUTY DAVID SWIGART:  Cargo CAT.  If you don't

11    know, that's all right.

12          DEPUTY JEREMY VIGER:  Oh, I don't know.

13    Everyone just calls them Cargo CATS.

14          DEPUTY DAVID SWIGART:  Okay.  (Inaudible)?

15          DEPUTY JEREMY VIGER:  Yeah --

16          DEPUTY DAVID SWIGART:  On call?  Headquarters

17    bureau?

18          DEPUTY JEREMY VIGER:  Yeah, you can try calling

19    it; and if someone picks up, just tell them what we

20    have --

21          DEPUTY DAVID SWIGART:  Okay.

22          DEPUTY JEREMY VIGER:  -- and say, hey, I'm

23    looking for an on-call for Cargo CATS.

24          (Phone call placed.)

25          UNIDENTIFIED SPEAKER:  (Inaudible) good

**Audio Transcription**

1   morning.  How can I help you?

2          DEPUTY DAVID SWIGART:  Hey, good morning.  This

3   is Deputy Swigart, Santa Clarita Sheriff's Station.

4   (Inaudible) the on call for Cargo CATS?

5          UNIDENTIFIED SPEAKER:  What I can give you is

6   the -- what is it -- the Sheriff's Information Bureau,

7   and then they will give you the number from there.

8          DEPUTY DAVID SWIGART:  Sheriff Information

9   Bureau?  Okay.  Go ahead.

10          UNIDENTIFIED SPEAKER:  Yes, sir.  And the

11   number is (213) 229 (inaudible).

12          TANDY JAY MOTLEY:  Hold on.  (Inaudible).

13          UNIDENTIFIED SPEAKER:  I spent the week in

14   here.  But I'm in a TP Trucking truck in the back corner

15   back here, and there was -- someone parked a little

16   trailer, like a car hauler.

17          DEPUTY JEREMY VIGER:  Okay.

18          UNIDENTIFIED SPEAKER:  And unhitched from it.

19   And I noticed that at least this morning, it looks like

20   someone rifled through their stuff too.  Like their cord

21   is pulled out, their power cord.  I didn't notice

22   anything missing, but I didn't -- it just -- it looked

23   different this morning.  I thought, I wonder who went

24   through his stuff, because he has like stuff on the top

25   of it --

**Audio Transcription**

1        DEPUTY JEREMY VIGER:  What time did you --

2        UNIDENTIFIED SPEAKER:  Just now.  I just -- I

3   mean I just got out of my truck.  So it's really kind of

4   non-information, I'm sorry, but it --

5        DEPUTY JEREMY VIGER:  No, you never know, it

6   could be linked.

7        UNIDENTIFIED SPEAKER:  It just didn't -- I

8   don't know if anything's missing or not, but it just

9   looks like someone rifled through it, pulled some stuff

10  out.  Like his power cord he uses to plug into his

11  pickup to his trailer is pulled way out, like they were

12  going to try to take it or something.  Anyway, that's

13  all.

14       DEPUTY JEREMY VIGER:  Okay, well, we'll --

15  after we're done here, maybe we'll cruise over there and

16  take a look.

17       UNIDENTIFIED SPEAKER:  Sorry, guys.

18       DEPUTY JEREMY VIGER:  No, I appreciate it.

19       TANDY JAY MOTLEY:  Can I close her up?

20       DEPUTY JEREMY VIGER:  Let me just make sure he

21  doesn't need -- I don't know if he has photographs of

22  everything in there.

23       DEPUTY DAVID SWIGART:  (Inaudible) in the back.

24  Total value inside this thing before everything happened

25  is 23 million.

**Audio Transcription**

```
1              JAMES EDWARD BEATY:  23 million.

2              DEPUTY DAVID SWIGART:  Okay.  So how many of

3    those --

4              (Phone call.)

5              JAMES EDWARD BEATY:  Hello?

6              Right.  Right.  Uh-huh.  Okay.  We're -- we

7    are -- we're here with the officers, we're -- Lebec,

8    we're at the truck stop.  Yeah, we're at the Pilot truck

9    stop in Lebec.

10             I already have.  No.  Oh.  Yeah.  There's an

11   Amazon truck right next to us.  And then there's another

12   truck on the other side of us called Crete Carriers.

13   All the other trucks (inaudible) except for ours.

14             But I took pictures of the area.  So I'll

15   get -- I'll get them to you.  All right.  Thank you.

16             (Phone call ended.)

17             JAMES EDWARD BEATY:  Nelson thinks what was

18   taken is the Pasadena stuff, which was the most -- the

19   highest value.

20             DEPUTY JEREMY VIGER:  Okay.  And when do you

21   think you'd be able to determine that?  Once you guys

22   land in L.A.?

23             JAMES EDWARD BEATY:  Once we go to L.A.

24             DEPUTY JEREMY VIGER:  They're going to scan

25   everything off the truck?
```

**Audio Transcription**

1          JAMES EDWARD BEATY:  Yes.

2          DEPUTY JEREMY VIGER:  Okay.

3          JAMES EDWARD BEATY:  He thinks that all the LAX

4   stuff is what got stolen is because it's the highest

5   value.

6          TANDY JAY MOTLEY:  But that's right there.  It

7   says "LAX" on it.

8          JAMES EDWARD BEATY:  I'm just telling you what

9   he said.

10          DEPUTY JEREMY VIGER:  Obviously --

11          TANDY JAY MOTLEY:  He doesn't know --

12          DEPUTY JEREMY VIGER:  -- he's not going to have

13   a clue because he's not here.

14          But once you guys get down there, obviously

15   once that information is determined, hey, what was

16   taken, that information obviously needs to be relayed to

17   us so then they can do a specific -- well, we'll give

18   you a supplement --

19          DEPUTY DAVID SWIGART:  Yeah, we'll give you a

20   supplemental or have the CAT, you know the high-level

21   detectives are the ones that are going to be contacted

22   by (inaudible) --

23          DEPUTY JEREMY VIGER:  We have a division in our

24   department that deals with commercial theft --

25          JAMES EDWARD BEATY:  Right.

**Audio Transcription**

1      DEPUTY JEREMY VIGER:  -- like semi trucks

2   specifically, so this is all they do.  So they're

3   probably going to have a general idea as to, you know,

4   the group of guys that are out doing this stuff.  I

5   guarantee you it's not their first rodeo.

6      JAMES EDWARD BEATY:  Oh, no.

7      DEPUTY JEREMY VIGER:  So they're going to be

8   basically well-knowledged in, you know, following here,

9   following there kind of thing.

10      DEPUTY DAVID SWIGART:  Because it's a

11   significant (inaudible), I'm going to really try to

12   cross the Ts, dot Is, and get all (inaudible).

13      DEPUTY JEREMY VIGER:  Yeah, go ahead.  Go

14   ahead.

15      JAMES EDWARD BEATY:  This is the address we're

16   going to (inaudible).  Expo Center in San Mateo,

17   (inaudible) Saratoga (inaudible).

18      DEPUTY DAVID SWIGART:  And then where did you

19   stop prior to --

20      JAMES EDWARD BEATY:  He said --

21      TANDY JAY MOTLEY:  I stopped at a rest area

22   about 60 miles north of her on the I-5.

23      DEPUTY DAVID SWIGART:  Do you know the name of

24   it?

25      TANDY JAY MOTLEY:  I don't know the name of the

**Audio Transcription**

1  rest area.  I was like 2 minutes, I ran in, peed, and

2  ran back out.

3          DEPUTY DAVID SWIGART:  Because that might give

4  our detectives the ability to --

5          TANDY JAY MOTLEY:  Right.

6          DEPUTY DAVID SWIGART:  -- (inaudible) tailing

7  you.

8          TANDY JAY MOTLEY:  That was my idea, why I

9  mentioned it, yeah.

10          DEPUTY DAVID SWIGART:  (Inaudible).

11          TANDY JAY MOTLEY:  It doesn't show rest areas

12  on there, does it?

13          JAMES EDWARD BEATY:  No, it doesn't.

14  (Inaudible).

15          TANDY JAY MOTLEY:  Hold on.  Let me see -- hold

16  on.

17          Navigate to San Mateo.

18          JAMES EDWARD BEATY:  That's what I just did.

19          TANDY JAY MOTLEY:  Right.  Right.  But if I do

20  that and then I set -- look for rest areas, it will tell

21  me rest areas.

22          Going into search.  Hold on.  Search.  Rest

23  areas.  A; it's only showing one right here, and it was

24  on the west side of the highway.

25          DEPUTY JEREMY VIGER:  Okay.

**Audio Transcription**

1          TANDY JAY MOTLEY:  So --

2          JAMES EDWARD BEATY:  Mountain Park?

3          TANDY JAY MOTLEY:  It's right here.  That's got

4    to be it.  See how far that is.

5          DEPUTY DAVID SWIGART:  When you flip it to

6    actual like satellite mode, you might be able to pick up

7    a landmark, oh, yeah yeah yeah, there's (inaudible).

8          TANDY JAY MOTLEY:  Right.  I'm just trying to

9    see how far away it is.

10          DEPUTY JEREMY VIGER:  You have a rest area that

11   was six minutes back.

12          TANDY JAY MOTLEY:  So it was farther than that.

13          DEPUTY JEREMY VIGER:  Yeah.  So --

14          TANDY JAY MOTLEY:  Definitely 60 miles.

15          Let's see.

16          JAMES EDWARD BEATY:  Well, our ELD would record

17   the stop.

18          TANDY JAY MOTLEY:  Yeah, we can ask Jack.

19          JAMES EDWARD BEATY:  No, we can look on the

20   ELD.

21          TANDY JAY MOTLEY:  Okay, yeah, look it up.

22          DEPUTY DAVID SWIGART:  While he's doing that, I

23   just want to --

24          TANDY JAY MOTLEY:  I think I did do off duty

25   for 2 minutes or 5 minutes, whatever it was.

Audio Transcription

```
 1              (Inaudible).

 2              TANDY JAY MOTLEY:  I can look at my ELD.

 3              (Inaudible).

 4              JAMES EDWARD BEATY:  He's going to bring the

 5    ELD, and we can look at it.

 6              DEPUTY DAVID SWIGART:  How old (inaudible)

 7    James?

 8              TANDY JAY MOTLEY:  Me?  I'm Tandy.  43.

 9              DEPUTY JEREMY VIGER:  I'm going to say you

10    probably stopped at Buttonwillow rest area --

11              TANDY JAY MOTLEY:  That sounds --

12              DEPUTY JEREMY VIGER:  -- 56 miles away, or 56

13    minutes away.

14              TANDY JAY MOTLEY:  Yeah, that sounds about

15    right.  But we're going to tell you right now.

16              DEPUTY JEREMY VIGER:  Okay.

17              TANDY JAY MOTLEY:  Because the ELD will tell us

18    exactly where I stopped.

19              DEPUTY JEREMY VIGER:  Okay.  I'm going to guess

20    it was probably that Buttonwillow one.

21              JAMES EDWARD BEATY:  Okay.  You did go off

22    duty.

23              TANDY JAY MOTLEY:  Yeah, it was for not very

24    long.  Just long enough (inaudible).

25              JAMES EDWARD BEATY:  Is that all good?
```

**Audio Transcription**

1        TANDY JAY MOTLEY:  Yeah, everything's good.

2        JAMES EDWARD BEATY:  Well, I can't guess past

3   it unless I sign in.

4        TANDY JAY MOTLEY:  Just go ahead.

5        JAMES EDWARD BEATY:  This is where we stopped.

6   Shafter, California, is where you stopped.

7        TANDY JAY MOTLEY:  It was the rest area in

8   Shafter.

9        JAMES EDWARD BEATY:  10.3 miles southwest of

10  Shafter, California.  It was 1 hour and 1 minute from

11  here.

12       TANDY JAY MOTLEY:  It's probably exactly the

13  one you said.

14       DEPUTY JEREMY VIGER:  Yeah, it's coming up as

15  Buttonwillow.

16       TANDY JAY MOTLEY:  Yeah.

17       DEPUTY JEREMY VIGER:  S-h-a-f-t-e-r?

18       JAMES EDWARD BEATY:  Uh-huh.

19       DEPUTY JEREMY VIGER:  Shafter.

20       TANDY JAY MOTLEY:  And it was the southbound

21  side, because I think they have one on both sides.

22       JAMES EDWARD BEATY:  He went off duty for

23  5 minutes and 31 seconds.

24       (Inaudible).

25       TANDY JAY MOTLEY:  Salt Lake City?

**Audio Transcription**

1        What's the address for our show?

2        JAMES EDWARD BEATY:  Yeah, hold this for a

3    second.

4        DEPUTY JEREMY VIGER:  Do you recall what it

5    looked like?

6        TANDY JAY MOTLEY:  That's it.

7        DEPUTY JEREMY VIGER:  Okay.

8        TANDY JAY MOTLEY:  Yeah.

9        DEPUTY JEREMY VIGER:  It's going to be this one

10   right here.

11       DEPUTY DAVID SWIGART:  Let me take a photo of

12   that real quick.

13       TANDY JAY MOTLEY:  They had little vending

14   machines to the left of the restrooms.

15       JAMES EDWARD BEATY:  That's the address for our

16   physical location in Salt Lake City.

17       DEPUTY DAVID SWIGART:  And what's the phone

18   number at your office?

19       JAMES EDWARD BEATY:  To be honest with you, you

20   probably have to talk to our office manager.

21       TANDY JAY MOTLEY:  Who's the one that's going

22   to be picking up the phone --

23       JAMES EDWARD BEATY:  Okay, Jack, Jack Gardner

24   is our director.

25       TANDY JAY MOTLEY:  He's out of town though --

**Audio Transcription**

```
 1              JAMES EDWARD BEATY:  But he's out of town.

 2              DEPUTY DAVID SWIGART:  What's the best number

 3    (inaudible).

 4              TANDY JAY MOTLEY:  I would say Chad.

 5              JAMES EDWARD BEATY:  Chad Harrington.

 6              DEPUTY DAVID SWIGART:  Put his number down.

 7    (Inaudible).

 8              JAMES EDWARD BEATY:  He's our office manager.

 9              DEPUTY JEREMY VIGER:  It doesn't have a hard

10    location like a hard address, but it's called

11    Buttonwillow Rest Area Southbound, because there's a

12    northbound and a southbound.

13              DEPUTY DAVID SWIGART:  You took off from

14    San Mateo; the only place you stopped was Button.

15              TANDY JAY MOTLEY:  Button.  That's the only

16    place I stopped all together.

17              DEPUTY DAVID SWIGART:  (Inaudible) to L.A.

18              JAMES EDWARD BEATY:  Right.  (Inaudible).

19              TANDY JAY MOTLEY:  And I can tell you exactly

20    what time I logged off duty here.

21              DEPUTY JEREMY VIGER:  Did you pull an URN yet?

22              DEPUTY DAVID SWIGART:  Yeah, I pulled an URN.

23              DEPUTY JEREMY VIGER:  Yeah, because Cargo is

24    going to ask for that.

25              (Inaudible).
```

**Audio Transcription**

1          TANDY JAY MOTLEY:  (Inaudible).

2          So it was almost exactly 3:00 when I pulled in

3    here.

4          DEPUTY JEREMY VIGER:  In here.

5          TANDY JAY MOTLEY:  Yeah.  And I went -- I

6    clicked off duty right away, went inside, used -- for

7    about 20, 30 minutes, went to the restroom, ate, came

8    back out, and that's when I noticed.  So it happened

9    within that --

10          DEPUTY JEREMY VIGER:  Okay.  But you said you

11    were awoken at what time?  2:50?

12          JAMES EDWARD BEATY:  2:55.

13          TANDY JAY MOTLEY:  The time frame is different

14    because we use Utah time, so it's a hour ahead.

15          DEPUTY JEREMY VIGER:  On yours.

16          TANDY JAY MOTLEY:  Yes.

17          JAMES EDWARD BEATY:  Yeah, obviously it's

18    mountain time.

19          DEPUTY JEREMY VIGER:  So you probably got here

20    at 2:00.

21          TANDY JAY MOTLEY:  Yeah, 2:00 California time,

22    yeah.

23          DEPUTY JEREMY VIGER:  Okay.  Okay.

24          JAMES EDWARD BEATY:  Because that's not the

25    time --

Audio Transcription

1    DEPUTY JEREMY VIGER:  Okay.  So roughly 2:00

2   you parked here, you went inside, you came out,

3   obviously figured out, hey, we've been broken into --

4    TANDY JAY MOTLEY:  Right.

5    DEPUTY JEREMY VIGER:  -- and you wake him up.

6    TANDY JAY MOTLEY:  I called -- actually, the

7   first thing I did was called Chad Harrington, one of my

8   directors.

9    DEPUTY JEREMY VIGER:  Okay.

10    TANDY JAY MOTLEY:  He didn't answer.  So then I

11   called Tony; he didn't answer.  So then I called Glen;

12   he answered.  Then he told me to call Jack.  I keep

13   calling Jack.  I tried and tried.  He didn't answer.  So

14   I called the police.

15    JAMES EDWARD BEATY:  Now, Tony and Glen he's

16   talking about our fleet directors, they're the ones that

17   direct us where to go.

18    TANDY JAY MOTLEY:  So this actually gives us a

19   perfect time frame because I can look at my phone and

20   see what time I called Chad the first time.

21    JAMES EDWARD BEATY:  He's talking --

22    DEPUTY JEREMY VIGER:  He's talking to one of

23   the detectives.  So once he passes on the initial

24   information, they'll get the ball rolling and probably

25   end up rolling out to the location you guys are going to

**Audio Transcription**

1    land at and then get it going from there, as far as

2    (inaudible).

3              He'll give you a --

4              TANDY JAY MOTLEY:  So 2:32 a.m.

5              JAMES EDWARD BEATY:  Like a case number,

6    investigation number?

7              DEPUTY JEREMY VIGER:  Is when you -- obviously

8    you --

9              TANDY JAY MOTLEY:  I had noticed it, and I

10   went, what the heck.

11             DEPUTY JEREMY VIGER:  Okay.

12             TANDY JAY MOTLEY:  Yeah.  And then it shows my

13   call was at 2:32 to Chad Harrington right as soon as I

14   walked out.  So it was about 30 minutes in there.

15             DEPUTY JEREMY VIGER:  Gotcha.

16             TANDY JAY MOTLEY:  Okay.  So that's what the

17   time -- 2:30 is when it happened.

18             DEPUTY JEREMY VIGER:  That's crazy (inaudible)

19   cameras (inaudible).

20             TANDY JAY MOTLEY:  That's what I said.  I went

21   in there and I asked them, and they said nothing.  Only

22   under (inaudible).

23             Can they catch anything by any chance, because

24   this is all open, we would have seen anything pull in,

25   you know what I mean?

Audio Transcription

```
 1              DEPUTY JEREMY VIGER:  Okay.

 2              TANDY JAY MOTLEY:  Because nobody walked off --

 3              DEPUTY JEREMY VIGER:  Well, what I'm hoping is

 4    there's cameras that cover Frazier Park Road coming in,

 5    maybe something that, you know, on the top of the pumps

 6    that overlook the road --

 7              TANDY JAY MOTLEY:  That's what I'm hoping.

 8              DEPUTY JEREMY VIGER:  -- that could see you

 9    with a trail car.  Because obviously, I can -- I'm going

10    to tell you right now you guys were followed, hundred

11    percent --

12              JAMES EDWARD BEATY:  Oh, yeah.

13              DEPUTY JEREMY VIGER:  -- because there's no way

14    in hell they're going to pick your trailer out of all

15    these, even though -- you know, they might know, hey,

16    the Brink's whatever, but what's the likelihood you'd

17    even have a load?

18              JAMES EDWARD BEATY:  Right.

19              TANDY JAY MOTLEY:  Right.

20              DEPUTY JEREMY VIGER:  So --

21              JAMES EDWARD BEATY:  Most of the time when we

22    park, most of the time we're empty.  This is like a

23    one-in-eight chance that we just so happened to have

24    something (inaudible).

25              TANDY JAY MOTLEY:  It's a 50/50 actually.
```

Audio Transcription

1          JAMES EDWARD BEATY:  No, no, it's not.  How

2    many federal loads do (inaudible) --

3          DEPUTY JEREMY VIGER:  But let me tell you this:

4    When you guys have an empty load, do you guys have the

5    red tag and stuff on there?

6          JAMES EDWARD BEATY:  Yeah.

7          DEPUTY JEREMY VIGER:  It's marked as if you

8    have a load anyway?

9          JAMES EDWARD BEATY:  Uh-huh.

10          DEPUTY JEREMY VIGER:  Okay.  So that

11    wouldn't -- they wouldn't pick up on that, being like

12    oh, this thing's tagged, it probably has cargo.

13          JAMES EDWARD BEATY:  Well, we do that -- we do

14    that on purpose.

15          DEPUTY JEREMY VIGER:  Yeah, I know.  It would

16    make sense to throw them off --

17          JAMES EDWARD BEATY:  Yeah.

18          DEPUTY JEREMY VIGER:  -- hey, we don't know.  I

19    just don't know what your guys's protocol is.

20          JAMES EDWARD BEATY:  How many federal loads

21    (inaudible) when you stop someplace in between?  I've

22    always headed (inaudible).

23          TANDY JAY MOTLEY:  Many, many, and never --

24    yeah, but people are (inaudible).

25          DEPUTY DAVID SWIGART:  (Inaudible) jewelry

1    show, right?

2           TANDY JAY MOTLEY:  Yes.

3           JAMES EDWARD BEATY:  Yes.

4           DEPUTY DAVID SWIGART:  Jewelry show

5    (inaudible).

6           DEPUTY JEREMY VIGER:  Yeah, this is one of the

7    biggest hits I've ever seen.

8           TANDY JAY MOTLEY:  You know what worries me the

9    most is they always want to blame the employee first.

10          DEPUTY JEREMY VIGER:  I mean, I don't know how

11   they're going to blame you guys.  I mean --

12          TANDY JAY MOTLEY:  Yeah, but still, it just

13   worries me.

14          JAMES EDWARD BEATY:  Well, I mean they can

15   blame us all they want, they can dig through our past or

16   whatever.  You know, I don't care, but there's no way --

17   (inaudible).

18          TANDY JAY MOTLEY:  24 (inaudible), that's a

19   lot.

20          DEPUTY JEREMY VIGER:  It is.  And I mean --

21          TANDY JAY MOTLEY:  You know, I don't -- I think

22   something's off on that too us because it doesn't look

23   like it was missing 24 packages when I seen in it.  It

24   looked almost the same.

25              (End of file labeled

**Audio Transcription**

1          "(Extraction_1.1)_459VR.mp4.")

2          Begin file labeled

3          "(Extraction_1.1)_459VR-2.mp4.")

4          DEPUTY JEREMY VIGER:  Going on camera.

5          TANDY JAY MOTLEY:  We don't know if anything's

6    been taken yet because we didn't want to go inside --

7          DEPUTY JEREMY VIGER:  Okay.

8          TANDY JAY MOTLEY:  -- and have them open.

9          DEPUTY JEREMY VIGER:  Okay.

10         TANDY JAY MOTLEY:  But we'll take count now

11   that you guys are here.

12         DEPUTY DAVID SWIGART:  So that was --

13         TANDY JAY MOTLEY:  That was our seal.

14         DEPUTY DAVID SWIGART:  This is your seal?

15         TANDY JAY MOTLEY:  We had a lock on here.

16         DEPUTY DAVID SWIGART:  You had a lock on here

17   yep.

18         TANDY JAY MOTLEY:  And it's gone.  So I don't

19   even know where the lock is.  We kind of looked around

20   for it, but there's nothing to be found.

21         DEPUTY DAVID SWIGART:  Okay.

22         JAMES EDWARD BEATY:  Now, what I ended up doing

23   after I got up, because I was in the sleeper, I figured

24   if this was me and I was going to do something like

25   this, I'd try to stay in the shadows as much as possible

**Audio Transcription**

 1  because inside here they're bright, bright orange bags.

 2  You cannot mistake them.

 3          DEPUTY JEREMY VIGER:  Are you guys marked with

 4  "Brink's" at all on the truck?

 5          JAMES EDWARD BEATY:  Yeah.

 6          TANDY JAY MOTLEY:  On the truck, yeah.

 7          JAMES EDWARD BEATY:  On the truck and

 8  everything.  And "BGS" right up there for Brink's Global

 9  Services.

10          DEPUTY DAVID SWIGART:  Okay.

11          TANDY JAY MOTLEY:  And we picked up our load

12  about five hours from here?

13          JAMES EDWARD BEATY:  Six.

14          TANDY JAY MOTLEY:  Six hours, yeah.

15          JAMES EDWARD BEATY:  Los Angeles and San Mateo.

16          DEPUTY DAVID SWIGART:  You guys didn't pick up

17  on being followed down here at all?

18          TANDY JAY MOTLEY:  I didn't pick up on being

19  followed, but I felt like I had some -- at the jewelry

20  show, like there was somebody kind of looking at me

21  weird, like kind of dogging me, staring me right in the

22  eyes, sitting there, doors were open, as we were getting

23  loaded.  It just felt weird, I've never had that --

24          DEPUTY JEREMY VIGER:  How much inventory do you

25  guy thinks you're carrying?

Audio Transcription

1          JAMES EDWARD BEATY:  About two-and-a-half

2    million in diamonds and jewelry.

3          DEPUTY JEREMY VIGER:  Wow.  Okay.

4          JAMES EDWARD BEATY:  So that's why -- that's

5    why we need you guys here.

6          DEPUTY JEREMY VIGER:  Oh, no.  No, I get it.

7          DEPUTY DAVID SWIGART:  I understand.  And we're

8    here to take the criminal report's obviously where the

9    crime happened.  That's your seal's right there, right?

10          TANDY JAY MOTLEY:  Seal's there, lock's missing

11    though.

12          DEPUTY DAVID SWIGART:  Okay.  Lock's missing,

13    seal's there.

14          TANDY JAY MOTLEY:  It was fast because I went

15    inside and I ate something, and I came out.  So it was

16    like 20 minutes.

17          DEPUTY JEREMY VIGER:  Okay.

18          TANDY JAY MOTLEY:  And I came out, and I was

19    like, what, my lock's missing.

20          DEPUTY DAVID SWIGART:  I'll start taking

21    pictures, sir, before we touch anything, and then I'll

22    make a plan to how we're going to figure this out.

23          TANDY JAY MOTLEY:  I did open the door just to

24    take a peek in to see if I could tell if anything was

25    missing.

**Audio Transcription**

1     DEPUTY DAVID SWIGART:  With gloves or without

2   gloves?

3     TANDY JAY MOTLEY:  Without gloves.

4     DEPUTY JEREMY VIGER:  Okay.

5     TANDY JAY MOTLEY:  But my hands would have been

6   all over this anyway when I closed it.

7     DEPUTY DAVID SWIGART:  Right.  I'm just talking

8   about in case -- okay.  All right.  Because I imagine --

9   I don't know what your manager's going to say, but the

10  option is to hold this in place for a print technician

11  to come --

12    TANDY JAY MOTLEY:  Right.

13    DEPUTY DAVID SWIGART:  -- but I don't think you

14  want to hold two-something million dollars in this

15  parking lot because we all know this parking lot --

16  what's here.

17    TANDY JAY MOTLEY:  Right.

18    DEPUTY DAVID SWIGART:  This is not a secure

19  place.

20    DEPUTY JEREMY VIGER:  Do you guys have a

21  deadline to meet and everything else?

22    JAMES EDWARD BEATY:  Yeah (inaudible).

23    TANDY JAY MOTLEY:  My thought is we can

24  probably go in there and get a count of the bags with

25  you guys here.

**Audio Transcription**

1        DEPUTY DAVID SWIGART:  Yes.

2        TANDY JAY MOTLEY:  And then see if anything's

3   missing.  Because they're big, and they're kind of

4   heavy.  So --

5        DEPUTY DAVID SWIGART:  I'm going to take

6   exterior photos, and then we're going to probably crack,

7   we'll make a plan, we'll crack it, and we'll do it.

8        Let me do this, step out, unless you guys want

9   to be in the photos, and I'm sure you do not want to be.

10        JAMES EDWARD BEATY:  Yeah, we'll --

11        DEPUTY DAVID SWIGART:  Yeah, let's take that --

12   sorry, let's take that -- yeah, let's not make it

13   looking like we're snacking back here (inaudible).

14        TANDY JAY MOTLEY:  This was more under there, I

15   picked it up.

16        DEPUTY DAVID SWIGART:  This what?

17        TANDY JAY MOTLEY:  This was more under there.

18        DEPUTY DAVID SWIGART:  Oh, that was more under

19   there?

20        TANDY JAY MOTLEY:  It was laying about right

21   here.

22        DEPUTY DAVID SWIGART:  That's fine.  That's all

23   right.  I'll --

24        TANDY JAY MOTLEY:  We picked it up, we made

25   sure it was the right seal number just to be sure.

**Audio Transcription**

1         DEPUTY DAVID SWIGART:  Right.  Right.  That's

2 fine.

3         TANDY JAY MOTLEY:  It could have happened an

4 hour away at the rest area up north on the 5 --

5         JAMES EDWARD BEATY:  But if it's laying here --

6         TANDY JAY MOTLEY:  But it did happen here, so

7 we (inaudible).

8         (Inaudible).

9         DEPUTY DAVID SWIGART:  Is there pry marks

10 anywhere, or is it just a cut lock?

11         TANDY JAY MOTLEY:  That's all I can tell.  I

12 don't know how they got in --

13         DEPUTY DAVID SWIGART:  It's mangled and --

14         TANDY JAY MOTLEY:  Mangled.  That's just --

15 these were straight.

16         DEPUTY DAVID SWIGART:  But I'm saying like

17 there's no pry marks against the --

18         TANDY JAY MOTLEY:  Not against the metal.

19         DEPUTY DAVID SWIGART:  The doors -- I mean the

20 doors actually, other than like the hinge we'll call it.

21         TANDY JAY MOTLEY:  I did see some dust here.

22         DEPUTY DAVID SWIGART:  Yeah, it's fresh --

23 that's fresh work, yeah, that's fresh.  So I think I got

24 it, I'm going to get closer.

25         TANDY JAY MOTLEY:  So maybe it was grinded and

**Audio Transcription**

1   then pried?

2          DEPUTY DAVID SWIGART:  Yeah, most likely

3   because I mean -- at least -- I'm just going to say cut

4   by unknown --

5          Hi.  Hi.

6          UNIDENTIFIED SPEAKER:  How's it going?

7          JAMES EDWARD BEATY:  This gentleman's truck --

8   he just woke up.  He was in his truck.

9          DEPUTY DAVID SWIGART:  Oh, you're in this

10  truck?  Okay.  And you didn't see or hear anything?

11         UNIDENTIFIED SPEAKER:  No, I didn't see,

12  (inaudible) happening on mine.

13         DEPUTY DAVID SWIGART:  Okay.

14         UNIDENTIFIED SPEAKER:  I heard some ruckus

15  earlier like there was -- it was a foreign language, it

16  wasn't Spanish because I know a lot of Spanish, it

17  wasn't that.

18         TANDY JAY MOTLEY:  This just happened a little

19  over an hour ago.

20         (Inaudible).

21         (Inaudible).  SCC (inaudible) M-34, it's a

22  Minnesota plate, 6-5.  6-5, it's a Minnesota plate, Paul

23  Adam Tom 5389.  6-5.

24         TANDY JAY MOTLEY:  -- after that I was kind of

25  watching to see if anyone was following me, but I

**Audio Transcription**

1  couldn't -- you know.

2       DEPUTY JEREMY VIGER:  Yeah, you guys are

3  traveling at night, so it's hard to figure out --

4       TANDY JAY MOTLEY:  At night.

5       DEPUTY JEREMY VIGER:  We can make mention of

6  that, and then obviously they can try to link it to

7  maybe check the cameras at the show.

8       TANDY JAY MOTLEY:  Right.

9       DEPUTY JEREMY VIGER:  To see what's going on.

10       TANDY JAY MOTLEY:  Now, if somebody was

11  following me --

12       DEPUTY DAVID SWIGART:  6-5, copies, ma'am, can

13  you route that (inaudible) our box.

14       TANDY JAY MOTLEY:  -- I did stop at the rest

15  area about an hour ago, it's about one hour from here,

16  it's the last rest area before you start coming through

17  the grapevine, so it was almost an hour, 60 miles or

18  somewhere down the road.  And if there's cameras in

19  there, they might be able to see if there was a car that

20  followed me in that followed me out.  Just a thought.

21       DEPUTY JEREMY VIGER:  Yeah, obviously this is

22  our -- this is the county line for L.A., it's literally

23  Frazier Park --

24       TANDY JAY MOTLEY:  So we're in L.A. County now?

25       DEPUTY DAVID SWIGART:  You are right now in

**Audio Transcription**

1    L.A. County.

2          DEPUTY JEREMY VIGER:  South side of this road,

3    (inaudible).

4          TANDY JAY MOTLEY:  Dang.

5          DEPUTY JEREMY VIGER:  As far as going too far

6    north as far as like a detective working this thing,

7    obviously let's just hope there wasn't a whole lot

8    taken, if anything, but we're going to figure it out.

9    Obviously they made entry for a reason so --

10          TANDY JAY MOTLEY:  Right.  Well, I got

11    (inaudible) back and didn't take anything.

12          DEPUTY JEREMY VIGER:  Yeah.

13          DEPUTY DAVID SWIGART:  So let's -- ready to --

14          TANDY JAY MOTLEY:  Can you turn the lights on

15    in the trailer?

16          JAMES EDWARD BEATY:  Yeah.

17          UNIDENTIFIED SPEAKER:  Never a dull moment.

18          DEPUTY DAVID SWIGART:  Do you want to -- do you

19    have take downs or anything, pull up right behind us and

20    (inaudible) take down.

21          DEPUTY DAVID SWIGART:  Hold on.  Before you --

22    we're all on camera so I know it's all kosher and

23    everything, but you guys got the authorization to look

24    in here, right, from your boss?

25          TANDY JAY MOTLEY:  Once you guys were here, we

**Audio Transcription**

1  had the authorization, because they don't want --

2          DEPUTY DAVID SWIGART:  Okay.  I'm going to put

3  my gloves on too just in case there's any blood droplets

4  or anything that we can collect for DNA (inaudible).

5          Sir, I know you're right next door -- yeah.

6  We're going to open the doors obviously.

7          TANDY JAY MOTLEY:  You might want to, if you

8  don't mind.

9          DEPUTY DAVID SWIGART:  It's kind of a sensitive

10  thing.

11          Thank you.

12          We are on camera.  I'll go step by step.  I'm

13  going to take pictures step by step here.

14          TANDY JAY MOTLEY:  So my thought, if anything

15  is missing, they would have grabbed it from here.

16          DEPUTY DAVID SWIGART:  Right.

17          TANDY JAY MOTLEY:  What I can do is count the

18  bags.  I just want to --

19          DEPUTY DAVID SWIGART:  I just want to double,

20  triple check.

21          TANDY JAY MOTLEY:  Good.

22          The lights aren't on.

23          JAMES EDWARD BEATY:  They won't come on, the

24  switch broke when you (inaudible).

25          TANDY JAY MOTLEY:  (Inaudible) flashlight?

**Audio Transcription**

1          DEPUTY DAVID SWIGART:  Clear.

2          TANDY JAY MOTLEY:  I'm going to need your help

3    to count stuff.

4          DEPUTY DAVID SWIGART:  All right.  So let me

5    take a picture right now, and we'll go like slightly

6    slow, and then we'll speed up.

7          TANDY JAY MOTLEY:  You want me to open the

8    other door?

9          DEPUTY DAVID SWIGART:  Yes, please, sir.

10         JAMES EDWARD BEATY:  Those orange bags are the

11   highest value bags.

12         DEPUTY JEREMY VIGER:  (Inaudible) bags.

13         DEPUTY DAVID SWIGART:  Just in case we see

14   people walking around, in case we have somebody still

15   casing.

16         JAMES EDWARD BEATY:  Yeah, I told him to keep

17   his head on the swivel --

18         DEPUTY DAVID SWIGART:  Yeah, absolutely --

19         JAMES EDWARD BEATY:  -- in case they want to

20   come back and finish --

21         DEPUTY DAVID SWIGART:  Finish the job.

22         Two, one.  Get the license plate in there so it

23   will associate.

24         Okay.  And let me just get up in there, and

25   then we'll start doing it.

**Audio Transcription**

1    JAMES EDWARD BEATY:  Hopefully they just got

2    supplies and they didn't get anything.

3        (Inaudible). 73.

4    TANDY JAY MOTLEY:  Yeah, I know.

5    DEPUTY DAVID SWIGART:  Can you just hold that

6    open for me, just so I can do this?

7        I'll come up next while you're doing the count.

8        You got me?  I'm just going to do this, and

9    then you can start doing your count.

10    TANDY JAY MOTLEY:  James, do you want to come

11    up and count here with me?

12    JAMES EDWARD BEATY:  No.  One of us has to be

13    out here.

14    DEPUTY DAVID SWIGART:  And then I'm going to do

15    one from the front to the back.  And then we can start

16    doing your thing.

17        Sorry.  You're going to be in it for a second.

18    Come behind me then.

19        Oh, you're good?  Okay.  It is what it is.

20    Everybody knows we're here, you're on camera.

21        All right.  That's it, guys.  Go ahead and

22    start doing your thing.

23    TANDY JAY MOTLEY:  I've got 13 up to here.

24    DEPUTY DAVID SWIGART:  All right.

25        Hey, (inaudible) this is where we notify

**Audio Transcription**

```
 1   Commercial, right?  This is Commercial Task Force

 2   (inaudible) notify.

 3           DEPUTY JEREMY VIGER:  Yeah.  Did you determine

 4   anything stolen?

 5           DEPUTY DAVID SWIGART:  Not yet, but I'm just

 6   trying to brainstorm again, because I haven't had one of

 7   these in a while.

 8           DEPUTY JEREMY VIGER:  Okay.  Well, you have

 9   Cargo CATS?

10           DEPUTY DAVID SWIGART:  Yeah, that's what I'm

11   talking about.

12           I got it, sir.

13           DEPUTY JEREMY VIGER:  Obviously they're going

14   to do an inventory check and make sure everything's

15   here, determine what was taken and what value.

16           DEPUTY DAVID SWIGART:  Right.

17           DEPUTY JEREMY VIGER:  If a whole bag was taken.

18           JAMES EDWARD BEATY:  Well, if a whole bag was

19   taken, it's already been scanned in with all the -- with

20   every piece already (inaudible).

21           DEPUTY JEREMY VIGER:  There you go.  That's

22   perfect.  Let's figure out --

23           JAMES EDWARD BEATY:  We just don't know if any

24   of the pieces are missing.

25           DEPUTY DAVID SWIGART:  Yep.
```

**Audio Transcription**

1          DEPUTY JEREMY VIGER:  Yeah, that's what I mean.

2          We're here, you have to do an inventory, and

3    then we'll go from there.  Hopefully --

4          DEPUTY DAVID SWIGART:  Hopefully nothing's

5    gone, but we'll go from there, yeah.

6          JAMES EDWARD BEATY:  I told him that --

7          DEPUTY JEREMY VIGER:  (Inaudible) guys take

8    off?

9          JAMES EDWARD BEATY:  (Inaudible).  No.  No.

10   No.  We're leaving.  As soon as we're done here, we're

11   out.  We're going to go to our Brink's facility in L.A.

12          DEPUTY JEREMY VIGER:  Okay.

13          JAMES EDWARD BEATY:  Straight to here

14   (inaudible) the Brink's facility, and then see about,

15   you know, Brink's security (inaudible) self-insured, I

16   know the customer's going to be (inaudible).

17          DEPUTY DAVID SWIGART:  Oh, yeah.  All right.

18          So we're now holding this for prints, right?

19   I'm understanding.  Because obviously you guys are on

20   the move again, right?

21          JAMES EDWARD BEATY:  Yeah.

22          DEPUTY JEREMY VIGER:  We can still -- we can

23   still request --

24          DEPUTY DAVID SWIGART:  We can request a print

25   deputy.

Audio Transcription

1   DEPUTY JEREMY VIGER:  Yeah, because they're

2   going to go to their --

3   DEPUTY DAVID SWIGART:  Oh, you're going to

4   L.A., you're not going to (inaudible).

5   JAMES EDWARD BEATY:  No.  No.  Straight to --

6   DEPUTY JEREMY VIGER:  Because they're going to

7   a secured, locked area.

8   DEPUTY DAVID SWIGART:  Got it.

9   DEPUTY JEREMY VIGER:  Maybe run it by your

10   manager, let him know, hey, we're going to request

11   prints, and if they can leave the vehicle stationary for

12   the time being --

13   JAMES EDWARD BEATY:  Right.

14   DEPUTY DAVID SWIGART:  Yes.

15   DEPUTY JEREMY VIGER:  Whether you guys off-load

16   it or keep it, if it's a secured lock, maybe keep it in

17   place, and just tell them, hey, the product's going to

18   be delayed pending (inaudible).

19   JAMES EDWARD BEATY:  Yeah.

20   DEPUTY JEREMY VIGER:  I mean, like I said, it's

21   going to be your management's call.

22   JAMES EDWARD BEATY:  Right.

23   DEPUTY JEREMY VIGER:  If there's nothing taken,

24   they might say, hey, whatever.

25   JAMES EDWARD BEATY:  Oh, yeah.

Audio Transcription

1       DEPUTY DAVID SWIGART:  When were you guys for

2   sure -- I know you were talking about (inaudible), when

3   were you guys for sure it was not cracked?

4       JAMES EDWARD BEATY:  Well, I woke up at 5

5   minutes before 3:00 a.m.

6       DEPUTY DAVID SWIGART:  5 minutes before 3:00

7   a.m., okay.

8       JAMES EDWARD BEATY:  2:55.

9       DEPUTY DAVID SWIGART:  2:55.

10      JAMES EDWARD BEATY:  That's when he woke me up

11  and he said somebody broke into it.

12      DEPUTY DAVID SWIGART:  Oh, at 2:55.

13      When's the last time that you guys are for sure

14  (inaudible).

15      DEPUTY JEREMY VIGER:  What time did you pull in

16  the lot?

17      DEPUTY DAVID SWIGART:  Yeah, what time did you

18  pull in the lot?

19      JAMES EDWARD BEATY:  I don't know, I was

20  asleep.  I was in the sleeper.

21      DEPUTY JEREMY VIGER:  Okay.  Well, we'll ask

22  him.

23      DEPUTY DAVID SWIGART:  Okay.  From him, okay.

24      JAMES EDWARD BEATY:  But he woke me up at 2:55.

25  And at that point I checked his log, and he had been off

**Audio Transcription**

1   duty for 50 minutes.

2            DEPUTY JEREMY VIGER:  Okay.  (Inaudible).

3            JAMES EDWARD BEATY:  No, that would be 2:00.

4            DEPUTY JEREMY VIGER:  Oh, you said --

5            JAMES EDWARD BEATY:  It was 2:55 when he woke

6   me up, and he had been -- he had been off duty for 50

7   minutes (inaudible).

8            DEPUTY DAVID SWIGART:  Oh, 50, I thought you

9   said 15.

10           JAMES EDWARD BEATY:  So 2:05 is when it

11  happened (inaudible).

12           DEPUTY JEREMY VIGER:  He probably pulled in

13  here about 2:05.

14           DEPUTY DAVID SWIGART:  2:05, okay.

15           JAMES EDWARD BEATY:  Because that's the first

16  thing I checked, is how (inaudible) --

17           DEPUTY DAVID SWIGART:  And then he woke you up

18  at what time?

19           JAMES EDWARD BEATY:  2:55.

20           DEPUTY DAVID SWIGART:  2:55.

21           DEPUTY JEREMY VIGER:  Is he doing an inventory

22  check right now?

23           JAMES EDWARD BEATY:  Yes.

24           DEPUTY JEREMY VIGER:  So he knows exactly how

25  many bags (inaudible).

**Audio Transcription**

1        JAMES EDWARD BEATY:  Yeah, that's what this is,

2   the manifest.

3        DEPUTY JEREMY VIGER:  Oh, he has a copy in

4   there?

5        JAMES EDWARD BEATY:  No, he just needs to know

6   the (inaudible) count, and then we have to scan it all

7   in to see what's missing.

8        DEPUTY DAVID SWIGART:  Can I get your driver's

9   license, sir?

10        JAMES EDWARD BEATY:  (Inaudible)?

11        DEPUTY DAVID SWIGART:  Yeah, absolutely.  Use

12   there as a table.  He's going to be informant 1, because

13   he's the one that originally discovered, you're

14   informant 2.

15        JAMES EDWARD BEATY:  He's the driver on duty.

16   I'm -- I was the sleeper (inaudible).

17        DEPUTY DAVID SWIGART:  No problem.  No problem.

18   I've got just got to record you guys are both obviously

19   attached and associated with this.

20        JAMES EDWARD BEATY:  Yes.

21        DEPUTY DAVID SWIGART:  Not a problem.

22        JAMES EDWARD BEATY:  Well, I know they're going

23   to investigate us (inaudible).

24        DEPUTY DAVID SWIGART:  (Inaudible) the whole

25   thing, yeah; it is what it is.

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

1        JAMES EDWARD BEATY:  They always assume it's

2  going to be an inside person.

3        DEPUTY DAVID SWIGART:  Yeah.

4        And then what's your -- do you have an employee

5  number with Brink's?

6        JAMES EDWARD BEATY:  Yes.

7        DEPUTY DAVID SWIGART:  Okay.  Let me get --

8        JAMES EDWARD BEATY:  72 --

9        DEPUTY DAVID SWIGART:  72 --

10        JAMES EDWARD BEATY:  -- 357 is mine.

11        DEPUTY DAVID SWIGART:  -- 357.

12        JAMES EDWARD BEATY:  And his is 78584.  That's

13  Tandy Motley.

14        DEPUTY DAVID SWIGART:  Okay.  And how do you --

15  I'll take your name down real quick, James.

16        JAMES EDWARD BEATY:  James Beaty.

17        DEPUTY DAVID SWIGART:  Beaty.

18        JAMES EDWARD BEATY:  B-e-a-t-y.

19        DEPUTY DAVID SWIGART:  -t-y.  Thank you for

20  this.

21        JAMES EDWARD BEATY:  (Inaudible) picture.

22        DEPUTY DAVID SWIGART:  Yeah.

23        JAMES EDWARD BEATY:  Do you need our driver's

24  licenses's too?

25        DEPUTY DAVID SWIGART:  No, I won't need that

**Audio Transcription**

```
 1   because that's the assumption of Brink's that you are --

 2   but no, thank you for being so --

 3            JAMES EDWARD BEATY:  I'd rather give you

 4   everything you need instead of leaving anything out.

 5            DEPUTY DAVID SWIGART:  Absolutely.  What is

 6   your personal phone number?

 7            (Redacted).

 8            DEPUTY DAVID SWIGART:  Okay.  And driver's

 9   license I took a picture of, is that your current

10   address?

11            JAMES EDWARD BEATY:  Yes.

12            DEPUTY DAVID SWIGART:  So you are living out

13   there in the city of Utah?

14            JAMES EDWARD BEATY:  Yes.

15            DEPUTY DAVID SWIGART:  Okay.  What else have

16   you got for me before I ask for more.

17            JAMES EDWARD BEATY:  Okay.  That's Tandy's --

18            DEPUTY DAVID SWIGART:  That's his?

19            JAMES EDWARD BEATY:  Yes.

20            DEPUTY DAVID SWIGART:  Okay.  What's his

21   number?

22            (Redacted.)

23            DEPUTY DAVID SWIGART:  I think I already got

24   that.

25            JAMES EDWARD BEATY:  His name is Tandy Motley.
```

Audio Transcription

1          DEPUTY DAVID SWIGART:  Yeah, I got that.  Okay,

2     how do you spell his first name?

3          JAMES EDWARD BEATY:  T-a-n-d-y.

4          DEPUTY DAVID SWIGART:  Okay.

5          JAMES EDWARD BEATY:  M-o-t-l-e-y.

6          DEPUTY DAVID SWIGART:  -l-e-y.  Okay.  All

7     right.

8          JAMES EDWARD BEATY:  And then, yeah, I gave you

9     his employee I.D. number.

10         DEPUTY DAVID SWIGART:  What is your personal or

11    your work e-mail?

12         JAMES EDWARD BEATY:  I don't have a work

13    e-mail.  I just have a personal e-mail.

14         (Redacted) at hotmail.com.

15         DEPUTY DAVID SWIGART:  At hotmail.com.

16         JAMES EDWARD BEATY:  It's an old gamer tag.

17    I've had it for 32 years.

18         DEPUTY DAVID SWIGART:  No worries on that.

19    Okay.

20         And you're obviously employed by Brink's.

21         Where is your guy's (inaudible) around here.

22    Where's your guys's physical location you guys are

23    assigned to?

24         JAMES EDWARD BEATY:  Salt Lake City.

25         DEPUTY DAVID SWIGART:  What's the address

**Audio Transcription**

1   there?

2        JAMES EDWARD BEATY:  It's 36 -- I think 3635,

3   or 3536, (inaudible).

4        DEPUTY DAVID SWIGART:  No worries.  And that's

5   with -- the owner of this truck is owned by Brink's.

6        JAMES EDWARD BEATY:  Brink's Global.

7        DEPUTY DAVID SWIGART:  Brink's Global owns it.

8        Over here.

9        And where the truck is registered out,

10  that's --

11       JAMES EDWARD BEATY:  (Inaudible).

12       DEPUTY DAVID SWIGART:  Yeah, I'll take a

13  picture of the registration too.

14       TANDY JAY MOTLEY:  49 pieces.

15       JAMES EDWARD BEATY:  How much?

16       TANDY JAY MOTLEY:  I counted 49.

17       JAMES EDWARD BEATY:  49?

18       DEPUTY DAVID SWIGART:  Out of how many?

19       JAMES EDWARD BEATY:  73.  That's a lot.

20       DEPUTY DAVID SWIGART:  Let's make the call,

21  yeah.

22       TANDY JAY MOTLEY:  Holy shit.

23       DEPUTY DAVID SWIGART:  This might be time to

24  wake up somebody in the middle of the night.

25           JAMES EDWARD BEATY:  Are you -- double-check on

**Brink's Global Services vs.**
**Arat Jewelry Corp.**

1   it.

2          TANDY JAY MOTLEY:  I'm going to double-check.

3          DEPUTY DAVID SWIGART:  This is significant.

4          JAMES EDWARD BEATY:  Double-check, please.

5   That's a lot.

6          DEPUTY DAVID SWIGART:  Yeah, this is going to

7   be major.

8          JAMES EDWARD BEATY:  This is getting worse.

9          I'll be back in a second.  I'm going to go get

10  the registration.

11          DEPUTY DAVID SWIGART:  Yeah, get the

12  registration, (inaudible) details.

13          All right.  I'm going to make the call that --

14  once he gives me a tally of the approximate value of the

15  loss, because I -- telling him that bags are gone is not

16  going to be sufficient.

17          DEPUTY JEREMY VIGER:  It's going to be a

18  million dollars.

19          DEPUTY DAVID SWIGART:  Oh, no, it's going -- I

20  know, but me calling the boss and saying, hey, we have

21  "X" amount of bags, what does that mean?  I need a

22  dollar value on it.

23          DEPUTY JEREMY VIGER:  Like I said, we're going

24  to have to probably scan each individual bar code --

25          DEPUTY DAVID SWIGART:  Yep.

**Audio Transcription**

1    DEPUTY JEREMY VIGER:  -- to figure out which

2  ones.  Then he can probably -- he has a detailed

3  description.

4    DEPUTY DAVID SWIGART:  Yep.

5    DEPUTY JEREMY VIGER:  Now, is this the value,

6  the limited liability?  Is that the value that's in each

7  bag or is this just the insurance that covers it?

8    JAMES EDWARD BEATY:  No, that's the declared

9  value the customer (inaudible).

10    DEPUTY JEREMY VIGER:  Declared value of the

11  customer.

12    JAMES EDWARD BEATY:  They always estimate just

13  a little bit high because, you know, they're hoping that

14  somebody will take it, like us.

15    DEPUTY JEREMY VIGER:  He's saying --

16    JAMES EDWARD BEATY:  49?

17    DEPUTY JEREMY VIGER:  49.

18    DEPUTY DAVID SWIGART:  All right.

19    DEPUTY JEREMY VIGER:  So if that's the case,

20  there's 24 pieces outstanding.

21    TANDY JAY MOTLEY:  Same thing.  49.

22    DEPUTY JEREMY VIGER:  But he's going to have to

23  figure out --

24    DEPUTY DAVID SWIGART:  Now, are you guys going

25  to individually scan them so we have kind of a --

Audio Transcription

1          TANDY JAY MOTLEY:  They have (inaudible).

2          JAMES EDWARD BEATY:  It scans to a cloud, so we

3   don't know exactly what's in it.

4          DEPUTY JEREMY VIGER:  If you had to guess

5   (inaudible) not knowing (inaudible).

6          JAMES EDWARD BEATY:  Here's the registration.

7   (Inaudible).

8              (Inaudible).

9          JAMES EDWARD BEATY:  Oh, no, no, no.

10  Everything that's in the -- right there in the back,

11  just that alone --

12         TANDY JAY MOTLEY:  Call Nelson.

13         JAMES EDWARD BEATY:  Huh?

14         TANDY JAY MOTLEY:  The guy you talked to, the

15  guy that loaded it.

16         JAMES EDWARD BEATY:  Right.

17         TANDY JAY MOTLEY:  Call him.

18         JAMES EDWARD BEATY:  I will.

19         TANDY JAY MOTLEY:  Tell him there's 49 bags in

20  here.  (Inaudible) 73.

21         JAMES EDWARD BEATY:  Because Nelson's the

22  one -- Nelson was in charge of the diamond jewelry

23  show.

24         DEPUTY JEREMY VIGER:  Yeah, but did you guys

25  see this before it was sealed?

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

1      TANDY JAY MOTLEY:  I never seen anything before
2  it was sealed.
3      JAMES EDWARD BEATY:  No.  No.  No.  He's asking
4  you --
5      DEPUTY JEREMY VIGER:  No.  No.  No.
6      JAMES EDWARD BEATY:  -- if you physically saw
7  it go into it.
8      DEPUTY JEREMY VIGER:  Did you guys see the way
9  the truck was stacked prior to the door closing?
10      TANDY JAY MOTLEY:  Yeah, I saw it stacked.
11      DEPUTY JEREMY VIGER:  Does it look like quite a
12  bit's gone?
13      TANDY JAY MOTLEY:  No.  My guess is it would
14  only be like a piece or two, but --
15      JAMES EDWARD BEATY:  I don't know; I was
16  asleep.
17      TANDY JAY MOTLEY:  It looked pretty much the
18  same.  I mean this --
19      DEPUTY JEREMY VIGER:  Now, is there any way
20  that some of those pieces are doubled up in a bag?
21      TANDY JAY MOTLEY:  That's what I -- that's why
22  I was saying call Nelson.
23      JAMES EDWARD BEATY:  No.
24      TANDY JAY MOTLEY:  But no.
25      JAMES EDWARD BEATY:  No.

Audio Transcription

1          DEPUTY DAVID SWIGART:  The seal --

2          DEPUTY JEREMY VIGER:  I mean (inaudible).

3          TANDY JAY MOTLEY:  That's pretty expensive.  24

4    bags.

5          DEPUTY JEREMY VIGER:  Correct.

6          TANDY JAY MOTLEY:  That's a -- I mean that's a

7    lot of stuff.

8          DEPUTY JEREMY VIGER:  What doesn't make sense

9    to me is you would think the back half of the trailer

10   would be empty rather than leapfrogging the stuff.

11         TANDY JAY MOTLEY:  Right.

12         DEPUTY JEREMY VIGER:  I mean, like I say, I

13   don't know, but it's hard to say, unless they knew

14   exactly what was in here.

15         TANDY JAY MOTLEY:  Right.

16         JAMES EDWARD BEATY:  There's only 49 pieces on

17   the truck.

18         TANDY JAY MOTLEY:  We had another truck though.

19   Maybe they gave us -- yeah.

20         DEPUTY DAVID SWIGART:  But the seal is broken,

21   and it's clearly fresh cut, and there's very fresh --

22         TANDY JAY MOTLEY:  This happened here, yeah.

23         DEPUTY DAVID SWIGART:  -- there's fresh work

24   dust.  So it happened here.

25         DEPUTY JEREMY VIGER:  No.  No.  No.  I'm not

1  saying that.

2        DEPUTY DAVID SWIGART:  Oh.

3        DEPUTY JEREMY VIGER:  But he's saying there was

4  a secondary truck too?

5        TANDY JAY MOTLEY:  A smaller truck that was

6  taking stuff to Oakland.

7        DEPUTY JEREMY VIGER:  That could have took --

8        TANDY JAY MOTLEY:  That could have taken those

9  20- --

10        DEPUTY JEREMY VIGER:  -- part of the load.

11        TANDY JAY MOTLEY:  -- what was it?

12        DEPUTY DAVID SWIGART:  So the load might have

13  been divided, all bags may be accounted for.

14        TANDY JAY MOTLEY:  Yeah, and they gave me a

15  full list.

16        DEPUTY JEREMY VIGER:  We don't know yet.

17  That's -- the only -- but they don't have like a -- like

18  a -- an inventory where they can scan?  Like see these

19  bar codes?

20        DEPUTY DAVID SWIGART:  Yeah, I'm following you,

21  I'm following you.

22        DEPUTY JEREMY VIGER:  They don't have --

23        JAMES EDWARD BEATY:  Nelson said 73 pieces went

24  on this truck.

25        TANDY JAY MOTLEY:  Well, then there's 23

1   missing, or 4.

2        JAMES EDWARD BEATY:  4.  24 missing.

3        DEPUTY DAVID SWIGART:  I mean that's where

4   we're going to have to go to (inaudible) on.  If the

5   loader is saying, confirming that he put that amount on

6   the truck --

7        TANDY JAY MOTLEY:  What's -- ask Nelson the

8   estimated value.

9        JAMES EDWARD BEATY:  Well, he says he's got to

10  call Tiff [phonetic], he's trying to get a manifest so

11  he knows -- so that way he knows what bar codes are

12  missing.

13       DEPUTY JEREMY VIGER:  Do you know how much in

14  value total was on your truck?

15       JAMES EDWARD BEATY:  2.7 million.

16       DEPUTY JEREMY VIGER:  Okay.  I think you're --

17  I think it would probably be safe to say it was a

18  million dollars.

19       DEPUTY DAVID SWIGART:  Yeah.

20       JAMES EDWARD BEATY:  At least.

21       DEPUTY JEREMY VIGER:  Because at least under

22  half.

23       DEPUTY JEREMY VIGER:  Safe to say, tell him

24  plus or minus, obviously.

25       DEPUTY DAVID SWIGART:  Yep.

1    DEPUTY JEREMY VIGER:  Could be well greater

2  than a million.

3    DEPUTY DAVID SWIGART:  I'm going to pull the --

4  I'm going to pull the URN vehicle (inaudible), obviously

5  commercial truck, and then once I pull the URN, I'll

6  make the call, and then I'll get the rest of the

7  details.  I just need his details, and then I'll make

8  the call.

9    JAMES EDWARD BEATY:  He needs your driver's

10  license and your employee badge to take a picture.

11    DEPUTY DAVID SWIGART:  (Inaudible) your I.D.

12    I think I'll have enough then to make the call

13  then.

14    TANDY JAY MOTLEY:  It almost makes me wonder if

15  the own jeweler robbed himself, you know, like Knew

16  exactly what they had or something, right, for

17  insurance.

18    DEPUTY DAVID SWIGART:  This is all -- this is

19  for the big detective to figure this one out.

20    JAMES EDWARD BEATY:  As much was taken in what

21  little amount of time, they knew exactly what was here.

22  (Inaudible).

23    DEPUTY DAVID SWIGART:  Oh, yeah, they --

24    DEPUTY JEREMY VIGER:  What I was telling him,

25  and like I said, these dudes, it's probably not their

**Audio Transcription**

```
 1   first rodeo, the guys that were out here.

 2            JAMES EDWARD BEATY:  No.

 3            DEPUTY JEREMY VIGER:  But the fact that this

 4   stuff is so close, either they gotta spooked and were

 5   shuffling stuff to the rear, got spooked by something

 6   and left, but in order to leapfrog the stuff over

 7   this -- (inaudible).

 8            DEPUTY DAVID SWIGART:  And then while he's

 9   talking, I need your e-mail address.

10            TANDY JAY MOTLEY:  Okay.  (Redacted.)

11            DEPUTY DAVID SWIGART:  How do you spell that?

12            TANDY JAY MOTLEY:  (Redacted) at Gmail.com.

13            JAMES EDWARD BEATY:  He's going to need your

14   employee badge.

15            DEPUTY DAVID SWIGART:  Got that already from

16   him.

17            And you're 78584, right?

18            TANDY JAY MOTLEY:  Yeah.

19            DEPUTY DAVID SWIGART:  Okay.  Good it.

20            JAMES EDWARD BEATY:  No.  No.  He's talking

21   about your employee I.D. number.

22            TANDY JAY MOTLEY:  Oh, yeah, yeah, yeah.

23            DEPUTY DAVID SWIGART:  Yeah, I got it.

24            Okay.  I've got to pull a file number for this

25   and then make a call.
```

**Audio Transcription**

1          All right.  So 7-point -- sorry, 2.4 million.

2          JAMES EDWARD BEATY:  7.  2.7.

3          DEPUTY DAVID SWIGART:  2.7 million.

4          JAMES EDWARD BEATY:  That would be estimated.

5          DEPUTY DAVID SWIGART:  Estimated.

6          DEPUTY JAMES EDWARD BEATY:  That's the total

7    value.

8          DEPUTY DAVID SWIGART:  2.7 mill.

9          You had 73 bags loaded.

10         JAMES EDWARD BEATY:  Yes.

11         DEPUTY DAVID SWIGART:  You still have 49

12   present.

13         JAMES EDWARD BEATY:  Yes.

14         DEPUTY DAVID SWIGART:  So that means 24's

15   outstanding.  Okay.

16         JAMES EDWARD BEATY:  (Inaudible) high-end

17   jewelry.

18         DEPUTY DAVID SWIGART:  High-end jewelry or

19   loose gems, right?

20         TANDY JAY MOTLEY:  Yes, (inaudible).

21         DEPUTY DAVID SWIGART:  Right.  Geez. All right.

22         DEPUTY JEREMY VIGER:  Did you get the

23   information he was saying where -- where the auction

24   was?

25         DEPUTY DAVID SWIGART:  No, I haven't had that

**Audio Transcription**

1   located.

2         DEPUTY JEREMY VIGER:   Okay.   I guess it was up

3   in like San Mateo.

4         DEPUTY DAVID SWIGART:   Oh, I got the San Mateo

5   part.

6         DEPUTY JEREMY VIGER:   That he hit the rest stop

7   roughly 60 miles from here.

8         DEPUTY DAVID SWIGART:   Uh-huh.

9         DEPUTY JEREMY VIGER:   So, I don't know, maybe

10   there's cameras there.

11         This is going to take some extensive work for

12   the Cargo CATS --

13         DEPUTY DAVID SWIGART:   But the seal was broken

14   here though.

15         DEPUTY JEREMY VIGER:   Correct.

16         DEPUTY DAVID SWIGART:   The seal was broken

17   here.

18         DEPUTY JEREMY VIGER:   But if he got followed

19   down --

20         DEPUTY DAVID SWIGART:   If he was tailed.

21         DEPUTY JEREMY VIGER:   -- from the north --

22         DEPUTY DAVID SWIGART:   Yeah.

23         DEPUTY JEREMY VIGER:   -- most likely he got

24   followed into the truck stop --

25         DEPUTY DAVID SWIGART:   Yeah.

**Audio Transcription**

1      DEPUTY JEREMY VIGER:  -- and then followed all

2   the way down here, because they're not going to lose

3   sight of him if that's their intent.  Because they don't

4   know he's going to land here.

5      DEPUTY DAVID SWIGART:  Yeah, and they don't

6   know, yeah, they can't set it up.  It's like a --

7   yeah.

8      DEPUTY JEREMY VIGER:  Yeah, I imagine Cargo

9   CATS will probably take this one.

10      DEPUTY DAVID SWIGART:  Yeah, they're going

11   to -- (inaudible).

12      DEPUTY JEREMY VIGER:  Yeah, because he's

13   saying -- okay, so you see that orange sticker on the

14   white tag?

15      DEPUTY DAVID SWIGART:  Yeah.

16      DEPUTY JEREMY VIGER:  He's saying those, he was

17   told, have a minimum of $600,000 if it has an orange tag

18   on it.

19      DEPUTY DAVID SWIGART:  If it's an orange tag.

20      DEPUTY JEREMY VIGER:  So that in itself, just

21   right there he has three orange tags; so if that's true,

22   there's 1.8 million just in those three things.

23      Now, anything -- and then there's another 46

24   bags in there.  So I have a feeling it's going to be

25   well in excess of 2.7 million in this truck.

**Audio Transcription**

1        DEPUTY DAVID SWIGART:  Yeah, but they're

2   saying they --

3        DEPUTY JEREMY VIGER:  That's what they were

4   told.

5        DEPUTY DAVID SWIGART:  -- we're going on what

6   he was told.

7        DEPUTY JEREMY VIGER:  Yeah.  And I don't think

8   he's going to be able to get the inventory on ours, so

9   it's going to need some serious follow up --

10        DEPUTY DAVID SWIGART:  Yeah, with CAT --

11        DEPUTY JEREMY VIGER:  -- with normal business

12   hours.  You know what I mean?

13        DEPUTY DAVID SWIGART:  Right.  So you're saying

14   each of those bags is roughly --

15        DEPUTY JEREMY VIGER:  If it has -- he said if

16   it has the orange sticker, those are the highest value

17   ones in the truck.  They're 600,000 at a minimum.

18        DEPUTY DAVID SWIGART:  600,000, geez.

19        DEPUTY JEREMY VIGER:  He doesn't obviously know

20   which ones were taken.

21        DEPUTY DAVID SWIGART:  Right.

22        DEPUTY JEREMY VIGER:  So he said if it's an all

23   white tag, it's minimal, a yellow is medium, and orange

24   is --

25        DEPUTY DAVID SWIGART:  Orange is like high,

1    high value.

2            DEPUTY JEREMY VIGER:  -- super (inaudible).

3    Yeah.  That's the way I guess it's color coordinated.

4            DEPUTY DAVID SWIGART:  That's crazy.  This is

5    crazy.

6            Hey, I've never called; is it Commercial Crimes

7    Bureau?  What is it --

8            DEPUTY JEREMY VIGER:  No, Majors.  It's under

9    Majors.

10            DEPUTY DAVID SWIGART:  It's under Majors?

11            DEPUTY JEREMY VIGER:  Majors and Cargo Theft.

12            DEPUTY DAVID SWIGART:  Because like do I just

13    call Major Crimes then and then --

14            DEPUTY JEREMY VIGER:  Well, right now you're

15    going to have to call probably headquarters, the

16    on-call, and see who's on call for Cargo CATS.  And then

17    wait for a call back from an on-call detective because

18    it's off hours.

19            DEPUTY DAVID SWIGART:  And what does CAT stand

20    for again?  Commercial --

21            DEPUTY JEREMY VIGER:  What's that?

22            DEPUTY DAVID SWIGART:  CATS, Cargo CATS.

23            DEPUTY JEREMY VIGER:  Oh --

24            DEPUTY DAVID SWIGART:  If you don't know,

25    that's all right.

**Audio Transcription**

1      DEPUTY JEREMY VIGER:  I don't know.  Everyone

2   just calls them Cargo CATS.

3      DEPUTY DAVID SWIGART:  Okay.  And just call

4   headquarters, see who's on call?

5      DEPUTY JEREMY VIGER:  Yeah.

6      DEPUTY DAVID SWIGART:  So headquarters,

7   headquarters.  Like Headquarters Bureau?  This one?

8      DEPUTY JEREMY VIGER:  Yeah.  You can try

9   calling it, and if someone picks up, just tell them what

10   we have, and say, hey, I'm looking for an on-call for

11   Cargo CATS.

12      (Phone call placed.)

13      UNIDENTIFIED SPEAKER:  Sheriff and coroner.

14   Good morning.  How may I help you?

15      DEPUTY DAVID SWIGART:  Hey, good morning.  This

16   is Deputy Swigart, Santa Clarita Sheriff's Station.

17      You guys possibly have the on-call for Cargo

18   CATS?

19      UNIDENTIFIED SPEAKER:  What I can give you is

20   the -- what is this, the Sheriff Information Bureau, and

21   then they will give you the number from there.

22      DEPUTY DAVID SWIGART:  Sheriff Information

23   Bureau?  Okay.  Go ahead.

24      UNIDENTIFIED SPEAKER:  Yes, sir.  And the

25   number is (213) --

**Audio Transcription**

 1            DEPUTY DAVID SWIGART:  Yep.

 2            UNIDENTIFIED SPEAKER:  -- 229 --

 3            DEPUTY DAVID SWIGART:  Okay.

 4            UNIDENTIFIED SPEAKER:  -- 1850.

 5            DEPUTY DAVID SWIGART:  Okay.  Got it.  I'll

 6    call them right now.

 7            UNIDENTIFIED SPEAKER:  Okay, sir.  Thank you,

 8    sir.

 9            DEPUTY DAVID SWIGART:  Thank you.

10            UNIDENTIFIED SPEAKER:  Okay.  Bye.

11            (End of phone call.)

12            (Begin new phone call.)

13            UNIDENTIFIED SPEAKER:  Sheriffs Information

14    Bureau, Deputy (inaudible).

15            DEPUTY DAVID SWIGART:  Hey, sir, it's Deputy

16    Swigart, Santa Clarita Station.

17            UNIDENTIFIED SPEAKER:  Yeah, hi.

18            DEPUTY DAVID SWIGART:  Hey, do you have the

19    number for Cargo CATS that would be on call at this

20    hour.  I've got a significant Brink's theft.

21            UNIDENTIFIED SPEAKER:  Okay.  Hang on one

22    second.

23            JAMES EDWARD BEATY:  Total value, 23-point --

24    23 million.

25            DEPUTY DAVID SWIGART:  23 million.  Okay.

**Brink's Global Services vs.**
**Arat Jewelry Corp.**

1       JAMES EDWARD BEATY:  And there was 30 pieces

2  valued at 3.3 million --

3       DEPUTY DAVID SWIGART:  Okay.

4       JAMES EDWARD BEATY:  -- that are missing on top

5  of the other 24.  There was 30 pieces called "chase

6  pieces."

7       DEPUTY DAVID SWIGART:  Okay.

8       JAMES EDWARD BEATY:  You know, and those were

9  counted separately.

10       DEPUTY DAVID SWIGART:  So they're not counted

11  the same as the bags.

12       JAMES EDWARD BEATY:  Right.

13       DEPUTY DAVID SWIGART:  Okay.  But in the total

14  value inside this thing before anything happened was

15  23 million.

16       JAMES EDWARD BEATY:  23 million.

17       DEPUTY DAVID SWIGART:  Okay.  So how many of

18  those -- what do you call those pieces?

19       Okay.  I'm talking a second.

20       JAMES EDWARD BEATY:  Okay.

21       DEPUTY DAVID SWIGART:  Chase pieces.  Chase

22  pieces.

23       TANDY JAY MOTLEY:  Is this the biggest robbery

24  you've ever seen?

25       DEPUTY DAVID SWIGART:  Biggest I've had to deal

**Audio Transcription**

1 | with personally.  I mean, 23 million on the truck.

2 |         JAMES EDWARD BEATY:  We're -- we're here with

3 | these officers, they're -- Lebec.  We're at the truck

4 | stop.  Yeah, we're at the Pilot truck stop in Lebec.

5 |         TANDY JAY MOTLEY:  I don't see how they

6 | (inaudible).

7 |         JAMES EDWARD BEATY:  Yeah.

8 |         UNIDENTIFIED SPEAKER:  Hi, this is Deputy

9 | (inaudible).  How can I help you?

10 |         DEPUTY DAVID SWIGART:  Hi, ma'am.  This is

11 | Deputy Swigart, Santa Clarita Station.  I'm looking to

12 | get ahold of whoever's on call for Cargo CATS.

13 |         UNIDENTIFIED SPEAKER:  Okay.  Can you spell

14 | your last name for me?

15 |         DEPUTY DAVID SWIGART:  Last name's spelled

16 | S-w-i-g-a-r-t.

17 |         UNIDENTIFIED SPEAKER:  Your call back?

18 |         Let's go -- you can go with my personal.

19 |         (Redacted.)

20 |         JAMES EDWARD BEATY:  Amazon truck right next to

21 | us.

22 |         UNIDENTIFIED SPEAKER:  (Inaudible) regarding?

23 |         DEPUTY DAVID SWIGART:  A significant Brink's

24 | truck theft.  They stole a bunch of high-end jewelry and

25 | loose gems out of a Brink's.

**Audio Transcription**

1          UNIDENTIFIED SPEAKER:  You said "significant

2    Brink's truck"?

3          DEPUTY DAVID SWIGART:  So I meant like a

4    high-value amount of theft from a Brink's, like Brink's

5    armed security, a Brink's jewelry and loose gems truck.

6          UNIDENTIFIED SPEAKER:  Okay.  All right.  Let

7    me see who I can get in touch with, and someone will

8    call you back.

9          DEPUTY DAVID SWIGART:  All right.  Thank you so

10   much.

11         UNIDENTIFIED SPEAKER:  You're welcome.  Bye.

12         (Phone call ended.)

13         JAMES EDWARD BEATY:  Once we get (inaudible)

14   scanned and taken off the truck.  But he thinks that all

15   the LAX stuff is what got stolen because (inaudible).

16         TANDY JAY MOTLEY:  But that's right there.  It

17   says "LAX" on it.

18         JAMES EDWARD BEATY:  I'm just telling you what

19   he said.

20         DEPUTY JEREMY VIGER:  Obviously he doesn't know

21   (inaudible) not here, but once you guys get down there,

22   obviously once that information is determined, what was

23   (inaudible) that information (inaudible) relayed to us.

24   We'll give you a supplemental.

25         DEPUTY DAVID SWIGART:  Yeah, we'll give you a

**Audio Transcription**

1   supplemental, of course, but I mean the CAT, you know,

2   the high-level detectives are the ones that are going to

3   be in contact directly with you or your manager or

4   whatever.

5         DEPUTY JEREMY VIGER:  We have a division in our

6   department that deals with commercial theft (inaudible)

7   specifically.  So this is all they do.  So they're

8   probably going to have a general idea as to, you know,

9   the group of guys that are out doing this stuff.  I

10  guarantee you it's not their first rodeo.

11        JAMES EDWARD BEATY:  Oh, no.

12        DEPUTY JEREMY VIGER:  So they're going to be

13  basically well-knowledged and following here, following

14  there (inaudible).

15        DEPUTY DAVID SWIGART:  Because of the

16  significant nature of this here, I'm going to really try

17  to obviously cross Ts, dot Is, and get all this

18  information (inaudible).  I'm going to flip it to active

19  too --

20        JAMES EDWARD BEATY:  This is the address we're

21  going to, the Brink's branch.

22        DEPUTY DAVID SWIGART:  Okay.  Let me grab that.

23  And then I want to get the address of where you guys

24  came from.

25        So this is where you're going.  Got it.

**Audio Transcription**

1          And then show me the one where you guys were

2     coming from.

3          JAMES EDWARD BEATY:  Let's see.  San Mateo.

4     Oh.

5          DEPUTY DAVID SWIGART:  That's where you came

6     from?

7          JAMES EDWARD BEATY:  This Expo Center in

8     San Mateo at 1346 Saratoga (inaudible).

9          DEPUTY DAVID SWIGART:  Saratoga, okay.

10          And then where did you stop prior to the

11     midway --

12          JAMES EDWARD BEATY:  He said he stopped at the

13     a rest stop.

14          TANDY JAY MOTLEY:  I stopped at a rest area

15     about 60 miles north of here on I-5.

16          DEPUTY DAVID SWIGART:  Do you know the name of

17     it?

18          TANDY JAY MOTLEY:  I don't know the name of the

19     rest area.

20          JAMES EDWARD BEATY:  Hold on.  I'll just do

21     a --

22          TANDY JAY MOTLEY:  I was like two minutes.  I

23     ran in --

24          DEPUTY DAVID SWIGART:  Yeah.  Yeah.

25          TANDY JAY MOTLEY:  -- peed and ran back out.

**Audio Transcription**

1          JAMES EDWARD BEATY:  I'll do this, I'll do

2    directions.

3          DEPUTY DAVID SWIGART:  Just because that might

4    give our detectives the ability to see who was tailing

5    you, if someone pulled in kind of in tandem with you.

6          TANDY JAY MOTLEY:  Right.  That was my idea why

7    I mentioned it.

8          DEPUTY DAVID SWIGART:  Yeah.  If you could all

9    try and backtrack that for me while I'm doing some of

10   this information that, would be fantastic.

11         TANDY JAY MOTLEY:  It doesn't show rest areas

12   though, does it?

13         JAMES EDWARD BEATY:  No, it doesn't.

14   (Inaudible).  On the truck GPS it does.

15         TANDY JAY MOTLEY:  Hold on.  Let me see.

16         JAMES EDWARD BEATY:  Why don't you grab --

17         TANDY JAY MOTLEY:  Hold on.

18         JAMES EDWARD BEATY:  -- the tablet out of the

19   truck.

20         TANDY JAY MOTLEY:  Navigate to San Mateo.

21         JAMES EDWARD BEATY:  Well, that's what I just

22   did.

23         TANDY JAY MOTLEY:  Right, right, but if I do

24   that and then I set -- look for rest areas, it will tell

25   me rest areas.  Go into search, so hold on, search rest

**Audio Transcription**

1   areas.

2          It's only showing one right here.  And it was

3   on the west side of the highway.

4          JAMES EDWARD BEATY:  Mountain Park?

5          TANDY JAY MOTLEY:  It's right here.  That's got

6   to be --

7          DEPUTY DAVID SWIGART:  And if you flip it to --

8   what do you call it -- actual like satellite mode, you

9   might be able to pick out the landmarks, like, oh, yeah,

10  yeah, yeah, I noticed that, yeah, yeah, yeah, I noticed

11  that.  You know what I mean?

12         TANDY JAY MOTLEY:  I'm just trying to see how

13  far away it is.

14         DEPUTY DAVID SWIGART:  Okay.

15         DEPUTY JEREMY VIGER:  You have a rest area

16  that's six minutes back --

17         TANDY JAY MOTLEY:  No, it's farther than that.

18  It was at least 60 miles.

19         JAMES EDWARD BEATY:  Well, our ELD would record

20  a stop.

21         TANDY JAY MOTLEY:  Yeah, we can ask Jack.

22         JAMES EDWARD BEATY:  We can look on the ELD.

23         TANDY JAY MOTLEY:  Okay.  Yeah, look it up.

24         DEPUTY DAVID SWIGART:  While he's doing that, I

25  just want to double confirm the time frame.

1    TANDY JAY MOTLEY:  I think I did do off duty

2  for 2 minutes or 5 minutes, whatever it was.

3    DEPUTY DAVID SWIGART:  I just want to do the

4  time frame for sure.

5    JAMES EDWARD BEATY:  Okay.

6    DEPUTY DAVID SWIGART:  You pulled in here

7  around 0205, right?  2:05 a.m. in the morning?

8    TANDY JAY MOTLEY:  I can look at my ELD.

9    DEPUTY DAVID SWIGART:  Yeah, make sure -- I

10 need to know when you pulled in because that's the time

11 that -- it's secure and then it's not.  Double confirm

12 that.

13    TANDY JAY MOTLEY:  He's going to bring the ELD,

14 and we can look at it.

15    DEPUTY DAVID SWIGART:  Cool.  How old are you

16 today, James?

17    TANDY JAY MOTLEY:  Me?

18    DEPUTY DAVID SWIGART:  Yeah.

19    TANDY JAY MOTLEY:  I'm Tandy.

20    DEPUTY DAVID SWIGART:  Sorry.

21    TANDY JAY MOTLEY:  I'm 43.

22    DEPUTY DAVID SWIGART:  You're 43.  Just

23 double-checking your age.

24    And this is a Utah license.  Utah's

25 abbreviation is UT?

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

1          TANDY JAY MOTLEY:  Yep.

2          DEPUTY DAVID SWIGART:  It's almost -- I've

3    really got to get this stuff down because it's not just

4    your typical I smashed the window and took the change

5    cup out.  This is --

6          TANDY JAY MOTLEY:  No, this is crazy.

7          DEPUTY DAVID SWIGART:  -- a big one.

8          TANDY JAY MOTLEY:  I know.

9          DEPUTY JEREMY VIGER:  I'm going to show you he

10   probably stopped at Buttonwillow rest area.

11         TANDY JAY MOTLEY:  That sounds --

12         DEPUTY JEREMY VIGER:  56 miles away.  So 56

13   minutes away.

14         TANDY JAY MOTLEY:  Yeah, that sounds about

15   right.  But we're going to tell you right now.

16         DEPUTY JEREMY VIGER:  Okay.

17         TANDY JAY MOTLEY:  Because the ELD will tell us

18   exactly where I stopped.

19         DEPUTY JEREMY VIGER:  Okay.  I'm going to guess

20   it was probably that Buttonwillow one.

21         JAMES EDWARD BEATY:  You did go off duty.

22         TANDY JAY MOTLEY:  Yeah, it was for not very

23   long.  Just long enough to --

24         JAMES EDWARD BEATY:  Is that all good?

25         TANDY JAY MOTLEY:  Yeah, everything's good.

**Audio Transcription**

1       JAMES EDWARD BEATY:  Well, I can't get past it

2  until I signed in.

3           (Inaudible).  Shafter, California,

4  (inaudible).

5           (Inaudible).

6       JAMES EDWARD BEATY:  10.3 miles southwest of

7  Shafter.  It was 1 hour and 1 minute from here.

8       TANDY JAY MOTLEY:  Yeah.  It's probably exactly

9  the one you said.

10       DEPUTY JEREMY VIGER:  Yeah, it's coming up as

11  Buttonwillow.

12       DEPUTY DAVID SWIGART:  If that's the best we'll

13  go with --

14           (Inaudible).

15       TANDY JAY MOTLEY:  And it was the southbound

16  side, because I think they have one on both sides.

17       JAMES EDWARD BEATY:  You went off duty for

18  5 minutes and 31 seconds.

19       DEPUTY DAVID SWIGART:  I think we've got a

20  little -- slightly north, and your physical work

21  location, where is it out of again?

22       TANDY JAY MOTLEY:  Salt Lake City.

23       DEPUTY DAVID SWIGART:  What's the address

24  there?

25       TANDY JAY MOTLEY:  What's the address for

**Audio Transcription**

1    (inaudible)?

2            DEPUTY DAVID SWIGART:  I know a lot's going on

3    right now.

4            JAMES EDWARD BEATY:  Do you recall what it

5    looked like?

6            TANDY JAY MOTLEY:  That's it.

7            JAMES EDWARD BEATY:  Okay.  It's going to be

8    this one right here.

9            DEPUTY DAVID SWIGART:  Cool.  Let me take a

10   photo of that real quick.

11           TANDY JAY MOTLEY:  And the address there is

12   approximate.  It had the whole vending machines to the

13   left of the restrooms.

14           JAMES EDWARD BEATY:  That's the address for our

15   physical location in Salt Lake City.

16           DEPUTY DAVID SWIGART:  And what's the phone

17   number at your office place, your business place?

18           JAMES EDWARD BEATY:  To be honest with you, you

19   probably have to talk to our office manager.

20           DEPUTY DAVID SWIGART:  Who's going to be the

21   one that's going to be -- pick up the phone when the big

22   detectives call from downtown?

23           JAMES EDWARD BEATY:  Okay.  Jack, Jack Gardner

24   is our director.

25           DEPUTY DAVID SWIGART:  What's his number?

**Audio Transcription**

1     TANDY JAY MOTLEY:  He's out of town though

2   (inaudible).

3     JAMES EDWARD BEATY:  But he's out of town.

4     DEPUTY DAVID SWIGART:  Whoever the best number

5   is that's going to start handling this.

6     JAMES EDWARD BEATY:  So Chad.

7     TANDY JAY MOTLEY:  I would say Chad.

8     JAMES EDWARD BEATY:  Chad Harrington.

9     DEPUTY DAVID SWIGART:  Okay.  I'm just going to

10   put his number down.

11     And he does work for Brink's, naturally, right?

12     JAMES EDWARD BEATY:  He's our office manager.

13     DEPUTY DAVID SWIGART:  I'm going to put down

14   the number.  He's not a foreman or anything like that,

15   he's just the contact when they call.  Okay.  Got it.

16     JAMES EDWARD BEATY:  It doesn't have a hard

17   location, like a hard address, but it's called

18   "Buttonwillow Rest Area Southbound."

19     DEPUTY DAVID SWIGART:  Got it.

20     JAMES EDWARD BEATY:  Because there's a

21   northbound and southbound.

22     DEPUTY DAVID SWIGART:  And that's very

23   relevant.  Yep.

24     All right.  So you took off from San Mateo, the

25   only place you stopped was the Button.

**Audio Transcription**

1          TANDY JAY MOTLEY:  Button.  That's the only

2     place I stopped, (inaudible).

3          DEPUTY DAVID SWIGART:  And then here.  Cool.

4     And then you're onwards to L.A.

5          TANDY JAY MOTLEY:  Right.

6          JAMES EDWARD BEATY:  Yeah.

7          DEPUTY DAVID SWIGART:  I got your thing in my

8     report.  Okay.  I'm going to keep chipping away as

9     questions come up.

10          TANDY JAY MOTLEY:  And I can tell you exactly

11     what time I logged off duty here.

12          DEPUTY JEREMY VIGER:  And did you pull an Urn

13     yet?

14          DEPUTY DAVID SWIGART:  Yeah, I pulled the URN

15     already.

16          DEPUTY JEREMY VIGER:  Because Cargo

17     (inaudible).

18          DEPUTY DAVID SWIGART:  Yeah, as soon as they

19     call me back on my personal.

20          JAMES EDWARD BEATY:  Go ahead and take a

21     picture of this.  This is of our exact manifest.  That's

22     one of them, and this is the first page.

23          DEPUTY DAVID SWIGART:  There's two pages?

24          JAMES EDWARD BEATY:  Yeah.

25          DEPUTY DAVID SWIGART:  Okay.  I'm going to do

**Audio Transcription**

1  this (inaudible) in the evidence phone.

2          (Phone ringing.)

3          DEPUTY DAVID SWIGART:  This is probably them.

4          Deputy Swigart speaking.

5          LIEUTENANT HERNANDEZ:  Hi, Swigart, this is

6  Lieutenant Hernandez from (inaudible).

7          DEPUTY DAVID SWIGART:  How you doing, L-t?

8          LIEUTENANT HERNANDEZ:  Very good.  What have

9  you got going on?

10          DEPUTY DAVID SWIGART:  All right.  So I'm Santa

11  Clarita Station, we're up at Lebec, the northern border

12  here of San -- I'm sorry, Los Angeles obviously, in Kern

13  County at the Flying J Truck Stop up here.

14          LIEUTENANT HERNANDEZ:  Okay.

15          DEPUTY DAVID SWIGART:  We have a Brink's --

16  Brink's, you know, obviously armored -- sorry, armed

17  guards.  The truck's not armored, it's a regular like,

18  you know, 18-wheeler.  But yeah, the back, the doors,

19  the seal's cracked off it, there's fresh cut and pry

20  marks on the -- we'll call it like the locking system on

21  the back of this truck.  And bags containing high-end

22  jewelry and loose jewels and whatnot have been taken.

23          LIEUTENANT HERNANDEZ:  So the truck is empty.

24          DEPUTY DAVID SWIGART:  The truck is not empty.

25  There -- at this point I'm still getting preliminary

**Audio Transcription**

1   information because the truck driver's/armed guards

2   don't know everything.  Obviously they keep a lot of the

3   stuff in the dark on them.

4         But there were 73 bags containing obviously

5   from about, you know, a few hundred dollars worth of

6   stuff to a hundred thousand dollars worth of stuff.  73

7   bags were loaded on the truck, we got that confirmed by

8   their headquarters, 49 are still present, so that means

9   24 were stolen.  24 bags were stolen of various value.

10  The truck contains in total originally $23 million in

11  high-end jewels and jewelry.

12        LIEUTENANT HERNANDEZ:  Give me one second.

13        DEPUTY DAVID SWIGART:  No problem.

14        LIEUTENANT HERNANDEZ:  Okay.  So what's the

15  address of -- over there in Lebec?

16        DEPUTY DAVID SWIGART:  So we're at the Flying

17  J.  It's going to be at 42810 Frazier Mountain Park,

18  that's three words.  Frazier, F-r-a-z- --

19        LIEUTENANT HERNANDEZ:  I know where Frazier

20  Park is.  I used to work up there.  So --

21        DEPUTY DAVID SWIGART:  Okay.

22        LIEUTENANT HERNANDEZ:  -- I'm familiar, but I

23  just didn't know -- when you said -- I'm thinking of the

24  truck stop, I was thinking (inaudible), but that's in

25  Frazier Park (inaudible) 42810 -- what was the street?

Audio Transcription

1        DEPUTY DAVID SWIGART:  Yeah, 42810 Frazier

2   Park -- sorry, Frazier Mountain Park Road.

3        LIEUTENANT HERNANDEZ:  Okay.  (Inaudible).

4        DEPUTY DAVID SWIGART:  So they parked here at

5   2:05.  So that's only, you know, what, like two, three

6   hours ago.  And then they noticed it was cracked at

7   2:555, so 0255.  So a 50-minute window, five-zero minute

8   window.

9        LIEUTENANT HERNANDEZ:  What were they doing in

10  San Mateo?

11       DEPUTY DAVID SWIGART:  So they originally

12  started up in San Mateo at like a jewelry show --

13       Hey, you guys started at a jewelry show, right?

14       TANDY JAY MOTLEY:  Uh-huh.

15       JAMES EDWARD BEATY:  Yes.

16       DEPUTY DAVID SWIGART:  Yeah.  Jewelry show in

17  San Mateo.  And then they headed down here and they made

18  only one quick five-minute stop for -- a rest stop

19  slightly north of here.  And they pulled in here.  And

20  they're here just to rest and (inaudible), get some food

21  and whatnot.  And that's why they're here.

22       LIEUTENANT HERNANDEZ:  (Inaudible) this

23  happened?

24       DEPUTY DAVID SWIGART:  So one of the armored

25  guards -- sorry, the armed guard was sleeping in the

Audio Transcription

1  sleeper compartment which is in the front of the vehicle

2  that pulls it, obviously not connected -- sorry, not

3  like -- you know, no connection into the -- internal

4  connection to what's in the truck.  And then the other

5  armed guard was inside the Flying J getting obviously

6  like food and whatnot.

7          LIEUTENANT HERNANDEZ:  (Inaudible) hear our

8  conversation?

9          DEPUTY DAVID SWIGART:  As of right now, yes;

10  they're supplying information.  But I can step away,

11  ma'am.

12          LIEUTENANT HERNANDEZ:  Okay.  Yeah, step away.

13          DEPUTY DAVID SWIGART:  I'm stepping away now.

14  Yep.  All right.  I'll --

15          JAMES EDWARD BEATY:  That's his ELD.

16          DEPUTY DAVID SWIGART:  Okay.  Let me just take

17  a picture, and then I'm going to step away for a

18  second.

19          JAMES EDWARD BEATY:  And this is Tandy's.

20          DEPUTY DAVID SWIGART:  Got it.  Okay.

21          One second, sir.  I'm going to bring my

22  (inaudible) too.  All right.  Give me a second here.

23  I'll come back to that.

24          All right, ma'am, can you still hear me?

25          LIEUTENANT HERNANDEZ:  Yeah.

1        DEPUTY DAVID SWIGART:  All right.  Yeah, so I'm

2   stepping away from everyone right now out of earshot

3   while they're talking to my partner.

4        Go ahead, ma'am.

5        LIEUTENANT HERNANDEZ:  So what's your take on

6   this?  Do you think they were totally victimized?  I

7   mean --

8        DEPUTY DAVID SWIGART:  So I'm -- I'm -- I'm of

9   the opinion and so is my partner here --

10       (End of recording.)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Audio Transcription**

```
 1                    REPORTER'S CERTIFICATE

 2              I, the undersigned, a Certified Shorthand

 3    Reporter of the State of California, do hereby certify:

 4              That the foregoing electronically-recorded

 5    proceedings were transcribed by me to the best of my

 6    ability.

 7              I further certify I am neither financially

 8    interested in the action nor a relative or employee of

 9    any attorney or party to this action.

10              IN WITNESS WHEREOF, I have this date

11    subscribed my name.

12

13    Dated: 04/08/2023.

14

15

16    _____

17                              Diana Sasseen
                                CSR No. 13456

18

19

20

21

22

23

24

25
```

**Audio Transcription**

**$**

**$23** 106:10

**$600,000** 34:8 87:17

**(**

**(213)** 37:11 90:25

**-**

**-l-e-y** 74:6

**-t-y** 72:19

**0**

**0205** 99:7

**0255** 107:7

**1**

**1** 45:10 71:12 101:7

**1-inch** 9:15

**1.2** 31:19

**1.8** 34:13 87:22

**10.3** 45:9 101:6

**13** 65:23

**1346** 96:8

**15** 18:20 35:19 70:9

**18-wheeler** 105:18

**1850** 91:4

**2**

**2** 35:14 42:1 43:25
71:14 99:2

**2.4** 30:8 85:1

**2.7** 28:1 30:10,11,17
31:18,23 32:3 34:16
82:15 85:2,3,8 87:25

**20** 4:15 8:21 35:19,21
48:7 56:16

**20-** 26:19 30:24 81:9

**229** 37:11 91:2

**23** 27:12 38:25 39:1
81:25 91:24,25
92:15,16 93:1

**23-point** 91:23

**24** 22:25 25:13 27:14
31:1 53:18,23 77:20
80:3 82:2 92:5 106:9

**24's** 85:14

**2:00** 48:20,21 49:1
70:3

**2:05** 18:12,23 19:1,2
70:10,13,14 99:7
107:5

**2:30** 50:17

**2:32** 50:4,13

**2:40** 18:9,10

**2:50** 48:11

**2:55** 17:17,18,20
18:6,14 19:7 48:12
69:8,9,12,24 70:5,
19,20

**2:555** 107:7

**3**

**3.3** 92:2

**30** 48:7 50:14 92:1,5

**31** 45:23 101:18

**32** 74:17

**3536** 75:3

**357** 72:10,11

**36** 75:2

**3635** 75:2

**3:00** 48:2 69:5,6

**4**

**4** 27:13,14 30:25
82:1,2

**42810** 106:17,25
107:1

**43** 44:8 99:21,22

**46** 34:14 87:23

**49** 20:24 21:1,2
22:21,22 23:1 24:4
25:25 30:21 75:14,
16,17 77:16,17,21
78:19 80:16 85:11
106:8

**5**

**5** 43:25 45:23 59:4
69:4,6 99:2 101:18

**50** 18:8,18,19,21,22
70:1,6,8

**50-minute** 107:7

**50/50** 51:25

**5389** 60:23

**56** 44:12 100:12

**6**

**6-5** 60:22,23 61:12

**60** 11:18 33:4 41:22
43:14 61:17 86:7
96:15 98:18

**600,000** 29:16 31:14
35:4,5 88:17,18

**7**

**7** 30:10 85:2

**7-point** 30:8 85:1

**72** 72:8,9

**73** 21:4 24:5 27:10
30:19 65:3 75:19
78:20 81:23 85:9
106:4,6

**78584** 29:24 72:12
84:17

**A**

**a.m.** 50:4 69:5,7 99:7

**abbreviation** 99:25

**ability** 42:4 97:4

**able** 11:20 34:22
39:21 43:6 61:19
88:8 98:9

**absolutely** 64:18
71:11 73:5

**accounted** 26:24
81:13

**active** 95:18

**actual** 9:13 43:6 98:8

**Adam** 60:23

**address** 20:17 41:15
46:1,15 47:10 73:10
74:25 84:9 95:20,23
101:23,25 102:11,14
103:17 106:15

**age** 99:23

**ago** 8:10,19 11:14
60:19 61:15 107:6

**Audio Transcription**

**Brink's Global Services vs.
Arat Jewelry Corp.**

**ahead** 13:4 37:9
41:13,14 45:4 48:14
65:21 90:23 104:20
109:4

**ahold** 93:12

**aisle** 8:3

**Amazon** 39:11 93:20

**amount** 21:24 27:17
28:24 76:21 82:5
83:21 94:4

**Angeles** 55:15
105:12

**answer** 49:10,11,13

**answered** 49:12

**anything's** 6:5 13:23
38:8 54:5 58:2

**anyway** 5:5 38:12
52:8 57:6

**appreciate** 38:18

**approximate** 21:19
76:14 102:12

**approximately** 23:12

**area** 7:6 11:13,15
39:14 41:21 42:1
43:10 44:10 45:7
47:11 59:4 61:15,16
68:7 96:14,19 98:15
100:10 103:18

**areas** 42:11,20,21,23
97:11,24,25 98:1

**armed** 94:5 105:16
107:25 108:5

**armored** 9:15 105:16,
17 107:24

**asked** 50:21

**asking** 24:14 79:3

**asleep** 18:3 24:24
69:20 79:16

**assigned** 74:23

**associate** 64:23

**associated** 71:19

**assume** 72:1

**assumption** 73:1

**ate** 4:14 48:7 56:15

**attached** 71:19

**attempt** 17:11

**auction** 32:22 85:23

**authorization** 62:23
63:1

**awful** 8:8

**awoken** 48:11

---

**B**

**B-E-A-T-Y** 72:18

**back** 6:16 10:14
23:21 25:18 34:25
36:6 37:14,15 38:23
42:2 43:11 48:8
58:13 62:11 64:20
65:15 76:9 78:10
80:9 89:17 93:17
94:8 96:25 98:16
104:19 105:18,21
108:23

**backtrack** 97:9

**badge** 9:23 28:14
83:10 84:14

**bag** 7:16 14:11,13
22:12 25:3 66:17,18
77:7 79:20

**bags** 6:3 13:2,17
19:12 21:20,25
23:15 24:4 25:13
26:23 30:19 34:15
55:1 57:24 63:18

**64**:10,11,12 70:25
76:15,21 78:19 80:4
81:13 85:9 87:24
88:14 92:11 105:21
106:4,7,9

**ball** 49:24

**bar** 22:3 27:4,22
76:24 81:19 82:11

**based** 5:21 9:25

**basically** 41:8 95:13

**beads** 32:4

**beard** 10:20

**Beaty** 4:1,9,12 5:17,
25 7:12 8:1,3,5,14,
18 9:2,14,18,21
10:2,11 13:6,16
14:8,13,18,25 15:5,
10,15,18,21 16:12,
21,24 17:2,5,10,18,
21,24 18:2,6,10,12,
14,17,21,23 19:3,7,
10,13,17,24 20:2,4,
8,16,20,25 21:2,4,6,
9,11 22:13,17 23:20,
23 24:1,3,6,23 25:6,
8,25 26:4 27:10,14,
20 28:1,13,23 29:8,
14,16,21 30:2,10,12,
16,18,20,23,25 31:4,
7,10,15,20 32:2,6,8,
15 39:1,5,17,23
40:1,3,8,25 41:6,15,
20 42:13,18 43:2,16,
19 44:4,21,25 45:2,
5,9,18,22 46:2,15,
19,23 47:1,5,8,18
48:12,17,24 49:15,
21 50:5 51:12,18,21
52:1,6,9,13,17,20
53:3,14 54:22 55:5,
7,13,15 56:1,4 57:22
58:10 59:5 60:7
62:16 63:23 64:10,

16,19 65:1,12 66:18,
23 67:6,9,13,21
68:5,13,19,22,25
69:4,8,10,19,24
70:3,5,10,15,19,23
71:1,5,10,15,20,22
72:1,6,8,10,12,16,
17,18,21,23 73:3,11,
14,17,19,25 74:3,5,
8,12,16,24 75:2,6,
11,15,17,19,25 76:4,
8 77:8,12,16 78:2,6,
9,13,16,18,21 79:3,
6,15,23,25 80:16
81:23 82:2,9,15,20
83:9,20 84:2,13,20
85:2,4,6,10,13,16
91:23 92:1,4,8,12,
16,20 93:2,7,20
94:13,18 95:11,20
96:3,7,12,20 97:1,
13,16,18,21 98:4,19,
22 99:5 100:21,24
101:1,6,17 102:4,7,
14,18,23 103:3,6,8,
12,16,20 104:6,20,
24 107:15 108:15,19

**beeline** 7:17

**best** 47:2 101:12
103:4

**BGS** 55:8

**big** 6:6 28:21 58:3
83:19 100:7 102:21

**biggest** 53:7 92:23,25

**bit** 22:18 77:13

**bit's** 24:20 79:12

**blame** 53:9,11,15

**blood** 63:3

**border** 105:11

**boss** 21:24 62:24
76:20

**Audio Transcription**

**Brink's Global Services vs.
Arat Jewelry Corp.**

**box** 61:13

**brainstorm** 13:25
66:6

**branch** 95:21

**break-ins** 8:8

**bright** 7:16 55:1

**brightly** 7:14

**bring** 44:4 99:13
108:21

**Brink's** 15:19,22 20:1
51:16 55:4,8 67:11,
14,15 72:5 73:1
74:20 75:5,6,7 91:20
93:23,25 94:2,4,5
95:21 103:11
105:15,16

**broke** 17:19 63:24
69:11

**broken** 13:7 26:5
33:9,12 49:3 80:20
86:13,16

**bulletproof** 9:15

**bunch** 93:24

**bureau** 35:23 36:17
37:6,9 89:7 90:7,20,
23 91:14

**business** 34:24 88:11
102:17

**Button** 47:14,15
103:25 104:1

**Buttonwillow** 44:10,
20 45:15 47:11
100:10,20 101:11
103:18

**Bye** 91:10 94:11

---

**C**

**California** 45:6,10

48:21 101:3

**call** 17:7 21:16 23:22
24:2 25:5 27:21
28:10 30:6 36:2,4,5,
16,24 37:4 39:4,16
49:12 50:13 59:20
68:21 75:20 76:13
78:12,17 79:22
82:10 83:6,8,12
84:25 89:13,15,16,
17 90:3,4,12 91:6,
11,12,19 92:18
93:12,17 94:8,12
98:8 102:22 103:15
104:19 105:20

**called** 31:2 35:22
39:12 47:10 49:6,7,
11,14,20 89:6 92:5
103:17

**calling** 21:24 36:18
49:13 76:20 90:9

**calls** 36:13 90:2

**camera** 54:4 62:22
63:12 65:20

**cameras** 7:24 11:6,19
33:7 50:19 51:4
61:7,18 86:10

**cans** 7:17

**car** 11:20 37:16 51:9
61:19

**care** 53:16

**cargo** 14:3 33:8,24
35:25 36:5,10,13,23
37:4 47:23 52:12
66:9 86:12 87:8
89:11,16,22 90:2,11,
17 91:19 93:12
104:16

**Carriers** 39:12

**carrying** 10:1 55:25

**case** 5:8 22:24 50:5
57:8 63:3 64:13,14,
19 77:19

**casing** 64:15

**CAT** 36:7,10 40:20
88:10 89:19 95:1

**catch** 50:23

**CATS** 14:3 33:8,25
35:25 36:5,13,23
37:4 66:9 86:12 87:9
89:16,22 90:2,11,18
91:19 93:12

**Center** 10:12 41:16
96:7

**Chad** 47:4,5 49:7,20
50:13 103:6,7,8

**chance** 50:23 51:23

**change** 100:4

**charge** 24:7 78:22

**chase** 92:5,21

**check** 14:7 19:9 61:7
63:20 66:14 70:22

**checked** 7:11,17 18:7
19:4 69:25 70:16

**checking** 11:6

**chipping** 104:8

**city** 20:16 45:25
46:16 73:13 74:24
101:22 102:15

**Clarita** 37:3 90:16
91:16 93:11 105:11

**Clear** 64:1

**clearly** 26:6 80:21

**clicked** 48:6

**close** 29:4 38:19 84:4

**closed** 57:6

**closer** 59:24

**closing** 24:17 79:9

**cloud** 78:2

**clue** 32:11 40:13

**code** 22:4 76:24

**codes** 27:5,22 81:19
82:11

**collect** 63:4

**color** 35:15 89:3

**come** 5:10 13:6 35:16
57:11 63:23 64:20
65:7,10,18 104:9
108:23

**comes** 10:14

**coming** 11:17 45:14
51:4 61:16 96:2
101:10

**commercial** 13:20
28:9 35:23 40:24
66:1 83:5 89:6,20
95:6

**compartment** 108:1

**completely** 9:15 10:3

**confirm** 98:25 99:11

**confirmed** 106:7

**confirming** 27:16
82:5

**connected** 108:2

**connection** 108:3,4

**considered** 29:11

**contact** 95:3 103:15

**contacted** 40:21

**containing** 105:21
106:4

**contains** 106:10

**Audio Transcription**

conversation 108:8

Cool 99:15 102:9
104:3

coordinated 35:15
89:3

copies 61:12

copy 19:15 71:3

cord 37:20,21 38:10

corner 37:14

coroner 90:13

Correct 25:14 33:11
80:5 86:15

count 6:3 13:1,9
19:18 54:10 57:24
63:17 64:3 65:7,9,11
71:6

counted 21:1 75:16
92:9,10

county 11:24 12:4,8
61:22,24 62:1
105:13

course 95:1

cover 51:4

covers 22:12 77:7

crack 6:10 58:6,7

cracked 17:15 69:3
105:19 107:6

crazy 8:4 9:24 50:18
89:4,5 100:6

Crete 39:12

crime 4:5 35:23 56:9

Crimes 36:2 89:6,13

criminal 4:5 56:8

cross 41:12 95:17

cruise 38:15

cup 100:5

current 73:9

customer 15:24
22:14,16 77:9,11

customer's 67:16

cut 7:20 26:6 59:10
60:3 80:21 105:19

---

**D**

Dang 62:4

dark 106:3

DAVID 4:4,10,19,25
5:3,7,12,18 6:4,8,13,
19,21,25 7:4,19
11:11 12:5,16,25
13:3,10,19,24 14:4,
12,23 15:25 16:6,10,
16 17:13,20,22 19:2,
5,21,25 20:6,10,14,
17,22 21:3,5,7,14,
18,23 22:5,9,23
24:14 25:10 26:5,8,
12,22 27:6,15 28:4,
8,20 29:19,22 30:1,
5,8,11,14,17,19,21,
24 31:1,5 32:23
33:1,5,9,12,16,22
34:1,6,10,17,20,25
35:5,8,12,22 36:1,7,
10,14,16,21 37:2,8
38:23 39:2 40:19
41:10,18,23 42:3,6,
10 43:5,22 44:6
46:11,17 47:2,6,13,
17,22 52:25 53:4
54:12,14,16,21
55:10,16 56:7,12,20
57:1,7,13,18 58:1,5,
11,16,18,22 59:1,9,
13,16,19,22 60:2,9,
13 61:12,25 62:13,
18,21 63:2,9,16,19

64:1,4,9,13,18,21
65:5,14,24 66:5,10,
16,25 67:4,17,24
68:3,8,14 69:1,6,9,
12,17,23 70:8,14,17,
20 71:8,11,17,21,24
72:3,7,9,11,14,17,
19,22,25 73:5,8,12,
15,18,20,23 74:1,4,
6,10,15,18,25 75:4,
7,12,18,20,23 76:3,
6,11,19,25 77:4,18,
24 80:1,20,23 81:2,
12,20 82:3,19,25
83:3,11,18,23 84:8,
11,15,19,23 85:3,5,
8,11,14,18,21,25
86:4,8,13,16,20,22,
25 87:5,10,15,19
88:1,5,10,13,18,21,
25 89:4,10,12,19,22,
24 90:3,6,15,22
91:1,3,5,9,15,18,25
92:3,7,10,13,17,21,
25 93:10,15,23 94:3,
9,25 95:15,22 96:5,
9,16,24 97:3,8 98:7,
14,24 99:3,6,9,15,
18,20,22 100:2,7
101:12,19,23 102:2,
9,16,20,25 103:4,9,
13,19,22 104:3,7,14,
18,23,25 105:3,7,10,
15,24 106:13,16,21
107:1,4,11,16,24
108:9,13,16,20
109:1,8

day 32:14

deadline 5:21 57:21

deal 92:25

deals 40:24 95:6

declared 22:14,15
77:8,10

Definitely 43:14

delayed 17:4 68:18

department 40:24
95:6

deputy 4:3,4,10,16,
19,25 5:3,6,7,12,18,
20,24 6:4,8,12,13,
19,21,25 7:4,8,19,23
8:2,4 9:4,8,12,16,19,
24 10:9,13,25 11:3,
9,11,16,23 12:2,5,7,
16,22,25 13:3,10,15,
19,22,24 14:2,4,6,9,
12,16,20,23 15:3,7,
12,17,20,25 16:4,6,
7,8,10,14,16,17,22,
25 17:3,6,11,13,20,
22,25 18:4,9,11,13,
16,19,22,25 19:2,5,
8,11,15,20,21,25
20:6,10,14,17,22
21:3,5,7,14,17,18,
21,23 22:2,5,6,9,10,
15,20,22,23,24 23:2,
8,10,17 24:9,13,14,
16,19 25:2,9,10,11,
14,17,22 26:5,8,10,
12,13,17,20,22 27:2,
6,8,15,24 28:2,4,5,8,
20 29:1,13,15,18,19,
22 30:1,5,8,11,14,
15,17,19,21,24 31:1,
2,5,9,13,17,22
32:13,20,23,24 33:1,
3,5,6,9,11,12,14,16,
17,22,24 34:1,3,6,7,
10,11,17,19,20,21,
25 35:2,5,6,8,9,12,
18,22,24 36:1,3,7,9,
10,12,14,15,16,18,
21,22 37:2,3,8,17
38:1,5,14,18,20,23
39:2,20,24 40:2,10,
12,19,23 41:1,7,10,

Case 1:22-cv-06653-PGG-BCM   Document 159-2   Filed 05/04/23   Page 117 of 130

**Audio Transcription**

Brink's Global Services vs.
Arat Jewelry Corp.

13,18,23 42:3,6,10,
25 43:5,10,13,22
44:6,9,12,16,19
45:14,17,19 46:4,7,
9,11,17 47:2,6,9,13,
17,21,22,23 48:4,10,
15,19,23 49:1,5,9,22
50:7,11,15,18 51:1,
3,8,13,20 52:3,7,10,
15,18,25 53:4,6,10,
20 54:4,7,9,12,14,
16,21 55:3,10,16,24
56:3,6,7,12,17,20
57:1,4,7,13,18,20
58:1,5,11,16,18,22
59:1,9,13,16,19,22
60:2,9,13 61:2,5,9,
12,21,25 62:2,5,12,
13,18,21 63:2,9,16,
19 64:1,4,9,12,13,
18,21 65:5,14,24
66:3,5,8,10,13,16,
17,21,25 67:1,4,7,
12,17,22,24,25 68:1,
3,6,8,9,14,15,20,23
69:1,6,9,12,15,17,
21,23 70:2,4,8,12,
14,17,20,21,24 71:3,
8,11,17,21,24 72:3,
7,9,11,14,17,19,22,
25 73:5,8,12,15,18,
20,23 74:1,4,6,10,
15,18,25 75:4,7,12,
18,20,23 76:3,6,11,
17,19,23,25 77:1,4,
5,10,15,17,18,19,22,
24 78:4,24 79:5,8,
11,19 80:1,2,5,8,12,
20,23,25 81:2,3,7,
10,12,16,20,22 82:3,
13,16,19,21,23,25
83:1,3,11,18,23,24
84:3,8,11,15,19,23
85:3,5,6,8,11,14,18,
21,22,25 86:2,4,6,8,
9,13,15,16,18,20,21,

22,23,25 87:1,5,8,
10,12,15,16,19,20
88:1,3,5,7,10,11,13,
15,18,19,21,22,25
89:2,4,8,10,11,12,
14,19,21,22,23,24
90:1,3,5,6,8,15,16,
22 91:1,3,5,9,14,15,
18,25 92:3,7,10,13,
17,21,25 93:8,10,11,
15,23 94:3,9,20,25
95:5,12,15,22 96:5,
9,16,24 97:3,8 98:7,
14,15,24 99:3,6,9,
15,18,20,22 100:2,7,
9,12,16,19 101:10,
12,19,23 102:2,9,16,
20,25 103:4,9,13,19,
22 104:3,7,12,14,16,
18,23,25 105:3,4,7,
10,15,24 106:13,16,
21 107:1,4,11,16,24
108:9,13,16,20
109:1,8

**described** 31:2

**description** 22:8 77:3

**detailed** 22:7 77:2

**details** 28:11,12
76:12 83:7

**detective** 12:10 28:21
36:6 62:6 83:19
89:17

**detectives** 40:21 42:4
49:23 95:2 97:4
102:22

**determine** 13:22
14:10 39:21 66:3,15

**determined** 40:15
94:22

**diamond** 8:10 24:7
31:16 78:22

**diamonds** 56:2

**different** 8:9 37:23
48:13

**dig** 53:15

**direct** 9:4 49:17

**directions** 97:2

**directly** 95:3

**director** 46:24 102:24

**directors** 49:8,16

**discovered** 71:13

**divide** 26:23

**divided** 81:13

**division** 40:23 95:5

**DNA** 63:4

**dogging** 10:20 55:21

**doing** 7:12 19:8 41:4
43:22 54:22 64:25
65:7,9,16,22 70:21
95:9 97:9 98:24
105:7 107:9

**dollar** 21:25 76:22

**dollars** 5:13 21:22
23:19 28:5 57:14
76:18 82:18 106:5,6

**door** 4:22 13:14
56:23 63:5 64:8 79:9

**doors** 24:17 55:22
59:19,20 63:6
105:18

**dot** 9:21,23 41:12
95:17

**double** 63:19 98:25
99:11

**double-check** 21:9,
10,11 75:25 76:2,4

**double-checking**
99:23

**doubled** 25:3 79:20

**downs** 12:20 62:19

**downtown** 102:22

**driver** 71:15

**driver's** 20:4 28:13
71:8 72:23 73:8 83:9

**driver's/armed** 106:1

**driving** 10:20

**droplets** 63:3

**dudes** 29:2 83:25

**dull** 12:19 62:17

**dust** 59:21 80:24

**duty** 18:7,18 43:24
44:22 45:22 47:20
48:6 70:1,6 71:15
99:1 100:21 101:17
104:11

---

**E**

---

**e-mail** 74:11,13 84:9

**earlier** 60:15

**earshot** 109:2

**EDWARD** 4:1,9,12
5:17,25 7:12 8:1,3,5,
14,18 9:2,14,18,21
10:2,11 13:6,16
14:8,13,18,25 15:5,
10,15,18,21 16:12,
21,24 17:2,5,10,18,
21,24 18:2,6,10,12,
14,17,21,23 19:3,7,
10,13,17,24 20:2,4,
8,16,20,25 21:2,4,6,
9,11 22:13,17 23:20,
23 24:1,3,6,23 25:6,
8,25 26:4 27:10,14,
20 28:1,13,23 29:8,
14,16,21 30:2,10,12,

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

16,18,20,23,25 31:4,
7,10,15,20 32:2,6,8,
15 39:1,5,17,23
40:1,3,8,25 41:6,15,
20 42:13,18 43:2,16,
19 44:4,21,25 45:2,
5,9,18,22 46:2,15,
19,23 47:1,5,8,18
48:12,17,24 49:15,
21 50:5 51:12,18,21
52:1,6,9,13,17,20
53:3,14 54:22 55:5,
7,13,15 56:1,4 57:22
58:10 59:5 60:7
62:16 63:23 64:10,
16,19 65:1,12 66:18,
23 67:6,9,13,21
68:5,13,19,22,25
69:4,8,10,19,24
70:3,5,10,15,19,23
71:1,5,10,15,20,22
72:1,6,8,10,12,16,
18,21,23 73:3,11,14,
17,19,25 74:3,5,8,
12,16,24 75:2,6,11,
15,17,19,25 76:4,8
77:8,12,16 78:2,6,9,
13,16,18,21 79:3,6,
15,23,25 80:16
81:23 82:2,9,15,20
83:9,20 84:2,13,20
85:2,4,6,10,13,16
91:23 92:1,4,8,12,
16,20 93:2,7,20
94:13,18 95:11,20
96:3,7,12,20 97:1,
13,16,18,21 98:4,19,
22 99:5 100:21,24
101:1,6,17 102:4,7,
14,18,23 103:3,6,8,
12,16,20 104:6,20,
24 107:15 108:15,19

**eery** 10:15

**eight** 32:16,17

**either** 29:4 32:12 84:4

**ELD** 43:16,20 44:2,5,
17 98:19,22 99:8,13
100:17 108:15

**employed** 74:20

**employee** 19:25
28:14 30:3 53:9 72:4
74:9 83:10 84:14,21

**employees** 7:24

**empty** 25:19 51:22
52:4 80:10 105:23,
24

**ended** 7:12 39:16
54:22 94:12

**entry** 12:13 62:9

**estimate** 22:17 77:12

**estimated** 27:19
30:13,14 82:8 85:4,5

**Everybody** 65:20

**everything's** 14:10
45:1 66:14 100:25

**evidence** 105:1

**exact** 104:21

**exactly** 19:11 25:24
28:18,24 44:18
45:12 47:19 48:2
70:24 78:3 80:14
83:16,21 100:18
101:8 104:10

**excess** 23:19 34:16
87:25

**expensive** 25:12
35:14 80:3

**explain** 8:7

**Expo** 10:11 41:16
96:7

**exposed** 7:14

**extensive** 33:8 86:11

**exterior** 6:9 58:6

**eye** 10:19

**eyes** 55:22

────────

**F**

**F-R-A-Z-** 106:18

**facility** 15:19,22
67:11,14

**fact** 29:3 35:18 84:3

**familiar** 106:22

**fantastic** 97:10

**far** 12:9 43:4,9 50:1
62:5,6 98:13

**farther** 43:12 98:17

**fast** 4:13 56:14

**federal** 52:2,20

**feeling** 10:8,16 34:15
87:24

**felt** 10:17 55:19,23

**figure** 4:21 12:12
14:17 22:6 23:3
28:21 56:22 61:3
62:8 66:22 77:1,23
83:19

**figured** 49:3 54:23

**file** 30:6 53:25 54:2
84:24

**find** 7:18 26:4

**fine** 6:25 7:1 58:22
59:2

**finish** 64:20,21

**first** 19:3 29:3 32:16
41:5 49:7,20 53:9
70:15 74:2 84:1
95:10 104:22

**five** 32:18 55:12

**five-and-a-half** 9:22

**five-minute** 107:18

**five-zero** 107:7

**flashlight** 13:8 63:25

**fleet** 49:16

**flip** 43:5 95:18 98:7

**Flying** 105:13 106:16
108:5

**follow** 34:23 88:9

**followed** 8:25 9:1
10:6 11:21 33:14,18
51:10 55:17,19
61:20 86:18,24 87:1

**following** 10:23 11:13
27:7 41:8,9 60:25
61:11 81:20,21
95:13

**food** 107:20 108:6

**force** 13:20 66:1

**foreign** 60:15

**foreman** 103:14

**found** 54:20

**fourteen** 9:23

**frame** 48:13 49:19
98:25 99:4

**Frazier** 12:2 51:4
61:23 106:17,18,19,
25 107:1,2

**fresh** 26:6 59:22,23
80:21,23 105:19

**front** 65:15 108:1

**fucking** 35:17

**fuel** 8:3

**full** 9:8 26:25 81:15

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

## G

**gamer** 74:16

**Gardner** 46:23 102:23

**geez** 22:16 85:21 88:18

**gems** 31:6,8 85:19 93:25 94:5

**general** 41:3 95:8

**gentleman** 8:14

**gentleman's** 60:7

**get all** 41:12 95:17

**getting** 9:3 28:25 55:22 76:8 105:25 108:5

**give** 20:8 26:3 37:5,7 40:17,19 42:3 50:3 73:3 90:19,21 94:24, 25 97:4 106:12 108:22

**gives** 21:18 49:18 76:14

**glass** 9:15

**Glen** 49:11,15

**Global** 55:8 75:6,7

**gloves** 4:25 5:1,2 57:1,2,3 63:3

**Gmail.com.** 84:12

**go** 6:2 13:4,11 14:16, 22,24 15:18 16:9 20:20 28:13 37:9 39:23 41:13 44:21 45:4 49:17 54:6 57:24 63:12 64:5 65:21 66:21 67:3,5, 11 68:2 76:9 79:7 82:4 90:23 93:18

97:25 100:21 101:13 104:20 109:4

**God** 31:12

**goes** 11:10 36:1

**going** 4:21 5:9 6:8,9 7:13 12:9,12 13:9 14:6 15:1,7,18 16:9, 10,12,14,18 17:4,7 21:10,16,20,21 22:3 23:2,3 28:8 33:7,19, 21 34:1,15,22,23 36:3 38:12 39:24 40:12,21 41:3,7,11, 16 42:22 44:4,9,15, 19 46:9,21 47:24 49:25 50:1 51:9,14 53:11 54:4,24 56:22 57:9 58:5,6 59:24 60:3,6 61:9 62:5,8 63:2,6,13 64:2 65:8, 14,17 66:13 67:11, 16 68:2,3,4,6,10,17, 21 71:12,22 72:2 76:2,6,9,13,16,17, 19,23 77:22,24 82:4 83:3,4 84:13 86:11 87:2,4,10,24 88:5,8, 9 89:15 95:2,8,12, 16,18,21,25 99:13 100:9,15,19 102:2,7, 20,21 103:5,9,13 104:8,25 105:9 106:17 108:17,21

**gold** 31:10

**good** 36:25 37:2 44:25 45:1 63:21 65:19 84:19 90:14, 15 100:24,25 105:8

**Gotcha** 19:20 50:15

**gotta** 84:4

**GPS** 97:14

**grab** 95:22 97:16

**grabbed** 63:15

**grapevine** 11:18 61:17

**greater** 28:7 83:1

**grinded** 59:25

**group** 41:4 95:9

**guarantee** 41:5 95:10

**guard** 107:25 108:5

**guards** 105:17 106:1 107:25

**guess** 8:25 23:12 24:21 32:24 35:15 44:19 45:2 78:4 79:13 86:2 89:3 100:19

**guy** 10:20 23:24,25 55:25 78:14,15

**guy's** 74:21

**guys** 4:2 5:20 6:3,14 7:23 9:9 10:25 14:21 15:13 16:2,22 17:13, 14,23,25 20:15 23:3, 8,10 24:9,16 29:3 38:17 39:21 40:14 41:4 49:25 51:10 52:4 53:11 54:11 55:3,16 56:5 57:20, 25 58:8 61:2 62:23, 25 65:21 67:7,19 68:15 69:1,3,13 71:18 74:22 77:24 78:24 79:8 84:1 90:17 94:21 95:9,23 96:1 107:13

**guys's** 20:14 52:19 74:22

## H

**half** 8:21 25:18 28:4,6

80:9 82:22

**handling** 103:5

**hands** 5:4 57:5

**Hang** 91:21

**happen** 7:10 32:19 59:6

**happened** 4:6 7:6 8:18 12:7 18:24 26:7,9 32:16 38:24 48:8 50:17 51:23 56:9 59:3 60:18 70:11 80:22,24 92:14 107:23

**happening** 60:12

**hard** 11:3 25:23 47:9, 10 61:3 80:13 103:16,17

**Harrington** 47:5 49:7 50:13 103:8

**hauler** 37:16

**He'll** 50:3

**head** 15:6 64:17

**headed** 52:22 107:17

**headquarters** 36:4,16 89:15 90:4,6,7 106:8

**hear** 60:10 108:7,24

**heard** 60:14

**heavy** 6:6 58:4

**heck** 50:10

**hell** 51:14

**Hello** 39:5

**help** 13:9 37:1 64:2 90:14 93:9

**Hernandez** 105:5,6,8, 14,23 106:12,14,19, 22 107:3,9,22 108:7, 12,25 109:5

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

**hey** 13:19 16:18 17:3, 8 21:24 23:22 36:22 37:2 40:15 49:3 51:15 52:18 65:25 68:10,17,24 76:20 89:6 90:10,15 91:15, 18 107:13

**hi** 60:5 91:17 93:8,10 105:5

**high** 8:13 22:18 29:15 35:12 77:13 88:25 89:1

**high-end** 31:3,5,7 85:16,18 93:24 105:21 106:11

**high-level** 40:20 95:2

**high-value** 29:9 94:4

**highest** 13:17 35:3 39:19 40:4 64:11 88:16

**highway** 42:24 98:3

**hinge** 59:20

**hit** 33:3 86:6

**hits** 53:7

**hold** 5:10,13 37:12 42:15,22 46:2 57:10, 14 62:21 65:5 96:20 97:15,17,25

**holding** 16:1 67:18

**Holy** 21:6 75:22

**honest** 46:19 102:18

**hope** 12:10 62:7

**hopefully** 14:22,23 15:3 65:1 67:3,4

**hoping** 22:18 51:3,7 77:13

**hotmail.com.** 74:14, 15

**hour** 7:6 8:19,21 11:14,18 45:10 48:14 59:4 60:19 61:15,17 91:20 101:7

**hours** 8:10 34:24 36:6 55:12,14 88:12 89:18 107:6

**How's** 60:6

**Huh** 23:23 78:13

**hundred** 9:5 29:11 51:10 106:5,6

---

**I**

**I-5** 41:22 96:15

**I.D.** 30:3 74:9 83:11 84:21

**idea** 41:3 42:8 95:8 97:6

**imagine** 5:8,20 33:24 57:8 87:8

**inaudible** 5:15,24 6:13,14,15 7:15,22 8:11,15,17,20,22,23, 24 11:11 12:6,14,23 13:3,18,19,21 14:15 15:6,11,24 16:3,11 17:14,16,24 18:24 19:4,22,23,24 20:3, 7,9,13,15,19,21 21:5,8,12,13,14,15, 17,25 22:1 23:9 25:1 26:6,8,23 27:6,16 28:9,10,15,21 29:19, 20,21 32:23 34:2,20, 25 36:14,25 37:4,11, 12 38:23 39:13 40:22 41:11,12,16, 17 42:6,10,14 43:7 44:1,3,6,24 45:24 47:3,7,17,18,25 48:1

50:2,18,19,22 51:24 52:2,21,22,24,25 53:5,17,18 57:22 58:13 59:7,8 60:12, 20,21 61:13 62:3,11, 20 63:4,24,25 64:12 65:3,25 66:2,20 67:7,9,14,15,16 68:4,18 69:2,14 70:2,7,11,16,25 71:6,10,16,23,24 72:21 74:21 75:3,11 76:12 77:9 78:1,5,7, 8,20 80:2 82:4 83:4, 11,22 84:7 85:16,20 87:11 89:2 91:14 93:6,9,22 94:13,15, 21,23 95:6,14,18 96:8 97:14 101:3,4, 5,14 102:1 103:2 104:2,17 105:1,6 106:24,25 107:3,20, 22 108:7,22

**individual** 22:3 76:24

**individually** 23:3 77:25

**informant** 71:12,14

**information** 32:21 37:6,8 40:15,16 49:24 85:23 90:20, 22 91:13 94:22,23 95:18 97:10 106:1 108:10

**initial** 49:23

**inside** 4:14 38:24 48:6 49:2 54:6 55:1 56:15 72:2 92:14 108:5

**insurance** 22:12 28:19 77:7 83:17

**intent** 87:3

**intention** 15:12 33:20

**internal** 108:3

**inventory** 14:7,21 19:8 23:4 27:4,9 34:22 55:24 66:14 67:2 70:21 81:18 88:8

**investigate** 71:23

**investigation** 17:5 50:6

---

**J**

**Jack** 43:18 46:23 49:12,13 98:21 102:23

**James** 4:1,9,12 5:17, 25 7:12 8:1,3,5,14, 18 9:2,14,18,21 10:2,11 13:6,16 14:8,13,18,25 15:5, 10,15,18,21 16:12, 21,24 17:2,5,10,18, 21,24 18:2,6,10,12, 14,17,21,23 19:3,7, 10,13,17,24 20:2,4, 8,16,20,25 21:2,4,6, 9,11 22:13,17 23:20, 22,23 24:1,3,6,23 25:6,8,25 26:4 27:10,14,20 28:1,13, 23 29:8,14,16,21 30:2,10,12,16,18,20, 23,25 31:4,7,10,15, 20 32:2,6,8,15 39:1, 5,17,23 40:1,3,8,25 41:6,15,20 42:13,18 43:2,16,19 44:4,7, 21,25 45:2,5,9,18,22 46:2,15,19,23 47:1, 5,8,18 48:12,17,24 49:15,21 50:5 51:12, 18,21 52:1,6,9,13, 17,20 53:3,14 54:22

---

**Audio Transcription**

55:5,7,13,15 56:1,4
57:22 58:10 59:5
60:7 62:16 63:23
64:10,16,19 65:1,10,
12 66:18,23 67:6,9,
13,21 68:5,13,19,22,
25 69:4,8,10,19,24
70:3,5,10,15,19,23
71:1,5,10,15,20,22
72:1,6,8,10,12,15,
16,18,21,23 73:3,11,
14,17,19,25 74:3,5,
8,12,16,24 75:2,6,
11,15,17,19,25 76:4,
8 77:8,12,16 78:2,6,
9,13,16,18,21 79:3,
6,15,23,25 80:16
81:23 82:2,9,15,20
83:9,20 84:2,13,20
85:2,4,6,10,13,16
91:23 92:1,4,8,12,
16,20 93:2,7,20
94:13,18 95:11,20
96:3,7,12,20 97:1,
13,16,18,21 98:4,19,
22 99:5,16 100:21,
24 101:1,6,17 102:4,
7,14,18,23 103:3,6,
8,12,16,20 104:6,20,
24 107:15 108:15,19

**JAY** 4:7,13,17,22 5:2,
4,11,16,23 6:2,5,17,
20,23 7:2,5,10,21
8:20,25 9:7,10 10:5,
10,17 11:2,8,12,17
12:1,4,14,17,20,23
13:1,4,8,13 17:15
20:24 21:1,10 22:21
23:1,6,9,15,22,24
24:2,4,11,18,21,25
25:4,7,13,15,21
26:2,7,15,18,25
27:12,18 28:16
29:20,25 30:4,7
31:25 32:4,7,11,18

35:16,21 37:12
38:19 40:6,11 41:21,
25 42:5,8,11,15,19
43:1,3,8,12,14,18,
21,24 44:2,8,11,14,
17,23 45:1,4,7,12,
16,20,25 46:6,8,13,
21,25 47:4,15,19
48:1,5,13,16,21
49:4,6,10,18 50:4,9,
12,16,20 51:2,7,19,
25 52:23 53:2,8,12,
18,21 54:5,8,10,13,
15,18 55:6,11,14,18
56:10,14,18,23 57:3,
5,12,17,23 58:2,14,
17,20,24 59:3,6,11,
14,18,21,25 60:18,
24 61:4,8,10,14,24
62:4,10,14,25 63:7,
14,17,21,25 64:2,7
65:4,10,23 75:14,16,
22 76:2 77:21 78:1,
12,14,17,19 79:1,10,
13,17,21,24 80:3,6,
11,15,18,22 81:5,8,
11,14,25 82:7 83:14
84:10,12,18,22
85:20 92:23 93:5
94:16 96:14,18,22,
25 97:6,11,15,17,20,
23 98:5,12,17,21,23
99:1,8,13,17,19,21
100:1,6,8,11,14,17,
22,25 101:8,15,22,
25 102:6,11 103:1,7
104:1,5,10 107:14

**JEREMY** 4:3,16 5:6,
20,24 6:12 7:8,23
8:2,4 9:4,8,12,16,19,
24 10:9,13,25 11:3,
9,16,23 12:2,7,22
13:15,22 14:2,6,9,
16,20 15:3,7,12,17,
20 16:4,8,14,17,22,

25 17:3,6,11,25
18:4,9,11,13,16,19,
22,25 19:8,11,15,20
21:17,21 22:2,6,10,
15,20,22,24 23:2,8,
10,17 24:9,13,16,19
25:2,9,11,14,17,22
26:10,13,17,20 27:2,
8,24 28:2,5 29:1,13,
15,18 30:15 31:2,9,
13,17,22 32:13,20,
24 33:3,6,11,14,17,
24 34:3,7,11,19,21
35:2,6,9,18,24 36:3,
9,12,15,18,22 37:17
38:1,5,14,18,20
39:20,24 40:2,10,12,
23 41:1,7,13 42:25
43:10,13 44:9,12,16,
19 45:14,17,19 46:4,
7,9 47:9,21,23 48:4,
10,15,19,23 49:1,5,
9,22 50:7,11,15,18
51:1,3,8,13,20 52:3,
7,10,15,18 53:6,10,
20 54:4,7,9 55:3,24
56:3,6,17 57:4,20
61:2,5,9,21 62:2,5,
12 64:12 66:3,8,13,
17,21 67:1,7,12,22
68:1,6,9,15,20,23
69:15,21 70:2,4,12,
21,24 71:3 76:17,23
77:1,5,10,15,17,19,
22 78:4,24 79:5,8,
11,19 80:2,5,8,12,25
81:3,7,10,16,22
82:13,16,21,23 83:1,
24 84:3 85:22 86:2,
6,9,15,18,21,23
87:1,8,12,16,20
88:3,7,11,15,19,22
89:2,8,11,14,21,23
90:1,5,8 94:20 95:5,
12 98:15 100:9,12,
16,19 101:10

104:12,16

**jeweler** 28:17 83:15

**jewelry** 8:10 24:7
31:3,5,7,16 52:25
53:4 55:19 56:2
78:22 85:17,18
93:24 94:5 105:22
106:11 107:12,13,16

**jewels** 105:22 106:11

**job** 64:21

---

**K**

**keep** 15:6 16:19,23,
25 49:12 64:16
68:16 104:8 106:2

**Kern** 105:12

**kind** 6:6 9:12 10:22
11:9 23:4,18 38:3
41:9 54:19 55:20,21
58:3 60:24 63:9
77:25 97:5

**knew** 9:2 25:24
28:17,24,25 80:13
83:15,21

**know** 5:9,14 7:13,22
8:7 9:6,19,25 10:2,
24 13:11 14:18 15:8,
22,24 16:18 17:9,14
18:2 19:17,24 21:23
22:18 23:16 24:23
25:23 27:2,24 28:17
31:20 33:6,20,21,22
34:24 35:7 36:11,12
38:5,8,21 40:11,20
41:3,8,23,25 50:25
51:5,15 52:15,18,19
53:8,10,16,21 54:5,
19 57:9,15 59:12
60:16 61:1 62:22
63:5 65:4 66:23
67:15,16 68:10 69:2,

Audio Transcription

Brink's Global Services vs.
Arat Jewelry Corp.

19 71:5,22 76:20
77:13 78:3 79:15
80:13 81:16 82:13
83:15 86:9 87:4,6
88:12,19 89:24 90:1
92:8 94:20 95:1,8
96:16,18 98:11
99:10 100:8 102:2
105:16,18 106:2,5,
19,23 107:5 108:3

**knowing** 23:13 78:5

**knows** 19:11 27:22
65:20 70:24 82:11

**kosher** 62:22

---

**L**

**L-T** 105:7

**L.A.** 11:25 12:4 15:19
16:13 39:22,23
47:17 61:22,24 62:1
67:11 68:4 104:4

**labeled** 53:25 54:2

**Lake** 20:16 45:25
46:16 74:24 101:22
102:15

**land** 33:21 39:22 50:1
87:4

**landmark** 43:7

**landmarks** 98:9

**language** 60:15

**lately** 8:8

**LAX** 40:3,7 94:15,17

**laying** 6:23 7:8 58:20
59:5

**leapfrog** 29:6 84:6

**leapfrogging** 25:19
80:10

**leave** 68:11

**leaving** 15:16 67:10
73:4

**Lebec** 39:7,9 93:3,4
105:11 106:15

**left** 29:6 46:14 84:6
102:13

**let's** 6:15 12:10,16
14:17 43:15 58:11,
12 62:7,13 66:22
75:20 93:18 96:3

**liability** 22:11 77:6

**license** 20:5 28:14
64:22 71:9 73:9
83:10 99:24

**licenses's** 72:24

**Lieutenant** 105:5,6,8,
14,23 106:12,14,19,
22 107:3,9,22 108:7,
12,25 109:5

**lights** 12:17 13:5
62:14 63:22

**likelihood** 9:5 51:16

**limited** 22:11 77:6

**line** 11:24 12:8 61:22

**link** 11:6 61:6

**linked** 38:6

**list** 27:1 81:15

**literally** 12:2 61:22

**little** 8:9,19 22:18
28:24 37:15 46:13
60:18 77:13 83:21
101:20

**living** 73:12

**load** 26:20,23 51:17
52:4,8 55:11 81:10,
12

**loaded** 10:6 23:25
30:19 55:23 78:15
85:9 106:7

**loader** 27:16 82:5

**loads** 13:17 52:2,20

**located** 86:1

**location** 20:15 46:16
47:10 49:25 74:22
101:21 102:15
103:17

**lock** 7:18,20 54:15,
16,19 59:10 68:16

**lock's** 4:7,10,18
56:10,12,19

**locked** 68:7

**locking** 105:20

**log** 18:7 69:25

**logged** 47:20 104:11

**long** 19:4 44:24
100:23

**look** 6:16 24:19 38:16
42:20 43:19,21 44:2,
5 49:19 53:22 62:23
79:11 97:24 98:22,
23 99:8,14

**looked** 10:19 24:25
37:22 46:5 53:24
54:19 79:17 102:5

**looking** 9:20 23:14
36:23 55:20 58:13
90:10 93:11

**looks** 37:19 38:9

**loose** 31:6,8 85:19
93:25 94:5 105:22

**Los** 55:15 105:12

**lose** 33:19 87:2

**loss** 16:23 21:19
76:15

**lot** 5:14 7:25 8:8 9:8
12:11 16:15,24 18:1
21:4,12 25:16 53:19
57:15 60:16 62:7
69:16,18 75:19 76:5
80:7 106:2

**lot's** 102:2

**lower-value** 29:10

**lurking** 15:9

---

**M**

**M-34** 60:21

**M-O-J-O** 29:20

**M-O-T-L-E-Y** 74:5

**ma'am** 61:12 93:10
108:11,24 109:4

**machines** 46:14
102:12

**major** 36:2 76:7 89:13

**Majors** 35:24,25 89:8,
9,10,11

**management** 16:18

**management's** 17:7
68:21

**manager** 46:20 47:8
68:10 95:3 102:19
103:12

**manager's** 5:9 57:9

**mangled** 59:13,14

**manifest** 19:14 27:21
71:2 82:10 104:21

**marked** 52:7 55:3

**markings** 9:13

**marks** 7:19 59:9,17
105:20

**Mateo** 10:11 32:25

**Audio Transcription**

**Brink's Global Services vs.
Arat Jewelry Corp.**

33:1 41:16 42:17
47:14 55:15 86:3,4
96:3,8 97:20 103:24
107:10,12,17

**mean**  9:5 14:20 15:3
17:6,9 25:1,11,15
27:15 33:21 34:24
35:19 38:3 50:25
53:10,11,14,20
59:19 60:3 67:1
68:20 76:21 79:18
80:2,6,12 82:3 88:12
93:1 95:1 98:11
109:7

**means**  21:25 30:24
85:14 106:8

**meant**  94:3

**medium**  35:10 88:23

**meet**  5:21 57:21

**mention**  11:5 61:5

**mentioned**  42:9 97:7

**mere**  35:18

**messed**  9:9

**metal**  59:18

**middle**  21:8 75:24

**midway**  96:11

**miles**  11:19 33:4
41:22 43:14 44:12
45:9 61:17 86:7
96:15 98:18 100:12
101:6

**mill**  30:17 85:8

**million**  5:13 21:22
23:19 28:1,5,7 30:9,
11 31:18,19,24
34:13,16 38:25 39:1
56:2 57:14 76:18
82:15,18 83:2 85:1,3
87:22,25 91:24,25

92:2,15,16 93:1
106:10

**millions**  32:9

**mind**  63:8

**mine**  60:12 72:10

**minimal**  35:10 88:23

**minimum**  31:14 34:8
35:4 87:17 88:17

**Minnesota**  60:22

**minus**  28:7 82:24

**minute**  45:10 101:7
107:7

**minutes**  4:15 8:22
10:22 18:8,18 35:20,
21 42:1 43:11,25
44:13 45:23 48:7
50:14 56:16 69:5,6
70:1,7 96:22 98:16
99:2 100:13 101:18

**missing**  4:8,10,18,24
6:6 12:24 14:19 15:2
19:19 27:13,14,23
37:22 38:8 53:23
56:10,12,19,25 58:3
63:15 66:24 71:7
82:1,2,12 92:4

**mistake**  55:2

**mode**  43:6 98:8

**Mojo**  29:20

**moment**  12:19 62:17

**morning**  37:1,2,19,23
90:14,15 99:7

**Motley**  4:7,13,17,22
5:2,4,11,16,23 6:2,5,
17,20,23 7:2,5,10,21
8:20,25 9:7,10 10:5,
10,17 11:2,8,12,17
12:1,4,14,17,20,23
13:1,4,8,13 17:15

20:24 21:1,10 22:21
23:1,6,9,15,22,24
24:2,4,11,18,21,25
25:4,7,13,15,21
26:2,7,15,18,25
27:12,18 28:16
29:20,25 30:4,7
31:25 32:4,7,11,18
35:16,21 37:12
38:19 40:6,11 41:21,
25 42:5,8,11,15,19
43:1,3,8,12,14,18,
21,24 44:2,8,11,14,
17,23 45:1,4,7,12,
16,20,25 46:6,8,13,
21,25 47:4,15,19
48:1,5,13,16,21
49:4,6,10,18 50:4,9,
12,16,20 51:2,7,19,
25 52:23 53:2,8,12,
18,21 54:5,8,10,13,
15,18 55:6,11,14,18
56:10,14,18,23 57:3,
5,12,17,23 58:2,14,
17,20,24 59:3,6,11,
14,18,21,25 60:18,
24 61:4,8,10,14,24
62:4,10,14,25 63:7,
14,17,21,25 64:2,7
65:4,10,23 72:13
73:25 75:14,16,22
76:2 77:21 78:1,12,
14,17,19 79:1,10,13,
17,21,24 80:3,6,11,
15,18,22 81:5,8,11,
14,25 82:7 83:14
84:10,12,18,22
85:20 92:23 93:5
94:16 96:14,18,22,
25 97:6,11,15,17,20,
23 98:5,12,17,21,23
99:1,8,13,17,19,21
100:1,6,8,11,14,17,
22,25 101:8,15,22,
25 102:6,11 103:1,7
104:1,5,10 107:14

**mountain**  43:2 48:18
98:4 106:17 107:2

**move**  67:20

---

**N**

**name**  41:23,25 72:15
73:25 74:2 93:14
96:16,18

**name's**  93:15

**naturally**  103:11

**nature**  95:16

**Navigate**  42:17 97:20

**need**  4:1 13:9 20:4,9
21:25 23:18 28:11
34:23 38:21 56:5
64:2 72:23,25 73:4
76:21 83:7 84:9,13
88:9 99:10

**needs**  19:17 40:16
71:5 83:9

**Nelson**  23:22 25:5
27:10,18 31:15,21
39:17 78:12,22
79:22 81:23 82:7

**Nelson's**  24:6,7
78:21

**never**  10:17 12:19
15:8 23:16 24:11
32:19 35:22 38:5
52:23 55:23 62:17
79:1 89:6

**new**  91:12

**night**  11:1,2 15:14
21:8 61:3,4 75:24

**non-information**  38:4

**nonsequential**  29:11

**normal**  34:23 88:11

**Audio Transcription**

**north** 7:7 12:9 33:15
41:22 59:4 62:6
86:21 96:15 101:20
107:19

**northbound** 47:12
103:21

**northern** 105:11

**notation** 10:15

**nothing's** 14:23 67:4

**notice** 37:21

**noticed** 37:19 48:8
50:9 98:10 107:6

**notify** 13:19,21 65:25
66:2

**number** 7:3 20:1,11
30:6 37:7,11 46:18
47:2,6 50:5,6 58:25
72:5 73:6,21 74:9
84:21,24 90:21,25
91:19 102:17,25
103:4,10,14

**numbers** 9:23

**nuts** 30:7

---

**O**

---

**Oakland** 26:16 81:6

**obsidian** 32:8

**obviously** 4:5 11:5,24
12:10,12 14:6 16:2
23:13 28:7,9 35:6
40:10,14,16 48:17
49:3 50:7 51:9 56:8
61:6,21 62:7,9 63:6
66:13 67:19 71:18
74:20 82:24 83:4
88:19 94:20,22
95:17 105:12,16
106:2,4 108:2,5

**off-load** 16:23 68:15

**office** 46:18,20 47:8
102:17,19 103:12

**OFFICER** 35:14

**officers** 39:7 93:3

**oh** 6:21 15:25 18:13,
19 23:10,20 26:12,
22 30:4 31:12 33:1
36:12 39:10 41:6
43:7 51:12 52:12
56:6 58:18 60:9
65:19 67:17 68:3,25
69:12 70:4,8 71:3
76:19 78:9 81:2
83:23 84:22 86:4
89:23 95:11 96:4
98:9

**okay** 4:16 5:3,8 6:13
11:16,23 15:17,20
18:4,9,11,16,22,25
19:2 23:11 25:9 28:2
29:18 31:9 32:24
34:4 36:14,21 37:9,
17 38:14 39:2,6,20
40:2 42:25 43:21
44:16,19,21 46:7,23
48:10,23 49:1,9
50:11,16 51:1 52:10
54:7,9,21 55:10
56:3,12,17 57:4,8
60:10,13 63:2 64:24
65:19 66:8 67:12
69:7,21,23 70:2,14
72:7,14 73:8,15,17,
20 74:1,4,6,19 82:16
84:10,19,24 85:15
86:2 87:13 90:3,23
91:3,5,7,10,21,25
92:3,7,13,17,19,20
93:13 94:6 95:22
96:9 98:14,23 99:5
100:16,19 102:7,23
103:9,15 104:8,25

**105:14 106:14,21
107:3 108:12,16,20**

**old** 44:6 74:16 99:15

**on-call** 36:4,6,23
89:16,17 90:10,17

**once** 10:14 21:18
39:21,23 40:14,15
49:23 62:25 76:14
83:5 94:13,21,22

**one's** 8:11

**one-in-eight** 51:23

**ones** 9:9 22:7 35:3,7
40:21 49:16 77:2
88:17,20 95:2

**onwards** 104:4

**opals** 32:9

**open** 4:22 9:10 13:13
50:24 54:8 55:22
56:23 63:6 64:7 65:6

**opinion** 109:9

**option** 5:9 57:10

**orange** 7:16 13:17
23:15 29:13 31:14
34:4,8,10,12 35:3,
11,12 55:1 64:10
87:13,17,19,21
88:16,23,25

**order** 29:6 84:6

**originally** 71:13
106:10 107:11

**outstanding** 22:25
31:1 77:20 85:15

**overlook** 51:6

**owned** 75:5

**owner** 75:5

**owns** 75:7

---

**P**

---

**packages** 53:23

**page** 104:22

**pages** 104:23

**paper** 24:5

**park** 12:2 43:2 51:4,
22 61:23 98:4
106:17,20,25 107:2

**parked** 37:15 49:2
107:4

**parking** 5:14 9:8
57:15

**part** 26:20 33:2 81:10
86:5

**partner** 10:14 109:3,9

**Pasadena** 39:18

**passes** 49:23

**Paul** 60:22

**peak** 4:23

**peed** 42:1 96:25

**peek** 56:24

**pending** 17:4 68:18

**people** 52:24 64:14

**percent** 9:5 51:11

**perfect** 14:17 49:19
66:22

**person** 72:2

**personal** 20:10 73:6
74:10,13 93:18
104:19

**personally** 93:1

**phone** 32:3 36:24
39:4,16 46:17,22
49:19 73:6 90:12

Brink's Global Services vs.
Arat Jewelry Corp.

**Audio Transcription**

91:11,12 94:12
102:16,21 105:1,2

**phonetic** 27:21 82:10

**photo** 46:11 102:10

**photographs** 38:21

**photos** 6:9 58:6,9

**physical** 20:15 46:16
74:22 101:20 102:15

**physically** 24:15 79:6

**pick** 11:3 43:6 51:14
52:11 55:16,18 98:9
102:21

**picked** 6:18 7:2 55:11
58:15,24

**picking** 46:22

**picks** 36:19 90:9

**pickup** 38:11

**picture** 13:11 20:23
64:5 72:21 73:9
75:13 83:10 104:21
108:17

**pictures** 4:20 28:14
39:14 56:21 63:13

**piece** 14:15 19:18,19
24:22 66:20 79:14

**pieces** 14:19 20:24
22:25 25:3,25 27:10
66:24 75:14 77:20
79:20 80:16 81:23
92:1,5,6,18,21,22

**Pilot** 39:8 93:4

**place** 5:10,19 17:1
47:14,16 57:10,19
68:17 102:17 103:25
104:2

**placed** 36:24 90:12

**plan** 4:21 6:10 56:22
58:7

**plate** 60:22 64:22

**please** 13:15 64:9
76:4

**plug** 38:10

**plus** 9:11 28:6 82:24

**point** 18:7,18 69:25
105:25

**police** 49:14

**possible** 7:14 31:25
54:25

**possibly** 90:17

**post** 15:7

**power** 37:21 38:10

**preliminary** 105:25

**prepping** 15:4

**present** 30:22 85:12
106:8

**pretty** 10:5 24:25
25:12 79:17 80:3

**pried** 60:1

**print** 5:10 16:6 57:10
67:24

**prints** 16:1,5,19 17:4
67:18 68:11

**prior** 24:17 41:19
79:9 96:10

**probably** 6:2,9 7:16
18:25 22:3,7 28:3
29:2 33:25 36:4 41:3
44:10,20 45:12
46:20 48:19 49:24
52:12 57:24 58:6
70:12 76:24 77:2
82:17 83:25 87:9
89:15 95:8 100:10,
20 101:8 102:19
105:3

**problem** 71:17,21
106:13

**proceeded** 8:6

**product** 23:16

**product's** 17:4 68:17

**protocol** 52:19

**pry** 7:19 59:9,17
105:19

**pull** 12:22 18:1 28:8,
10 30:6 47:21 50:24
62:19 69:15,18 83:3,
4,5 84:24 104:12

**pulled** 19:1 37:21
38:9,11 47:22 48:2
70:12 97:5 99:6,10
104:14 107:19

**pulls** 108:2

**pumps** 51:5

**purpose** 52:14

**push** 13:7

**put** 22:14 27:17 47:6
63:2 82:5 103:10,13

---

**Q**

**questions** 104:9

**quick** 46:12 72:15
102:10 107:18

**quite** 24:19 79:11

---

**R**

**ran** 42:1,2 96:23,25

**ready** 62:13

**real** 46:12 72:15
102:10

**really** 9:19 38:3 41:11

95:16 100:3

**rear** 29:5 84:5

**reason** 12:13 62:9

**recall** 46:4 102:4

**record** 43:16 71:18
98:19

**recording** 109:10

**red** 52:5

**Redacted** 20:12 73:7,
22 74:14 84:10,12
93:19

**regarding** 93:22

**registered** 75:9

**registration** 20:21,23
21:15 75:13 76:10,
12 78:6

**regular** 105:17

**relayed** 40:16 94:23

**relevant** 103:23

**remaining** 23:5

**report** 4:5 104:8

**report's** 56:8

**request** 16:5,6,19
67:23,24 68:10

**requires** 9:22

**rest** 7:6 11:13,15
28:11 33:3 41:21
42:1,11,20,21,22
43:10 44:10 45:7
47:11 59:4 61:14,16
83:6 86:6 96:13,14,
19 97:11,24,25
98:15 100:10 103:18
107:18,20

**restroom** 48:7

**restrooms** 46:14
102:13

**rifled** 37:20 38:9

**right** 4:6 5:8,11,16,24
6:23 7:3,4 9:18
10:19 11:8 12:1,5,
14,22,25 13:10,11,
20 14:8,12 15:25
16:1,3,21 17:10 19:9
21:16 22:23 23:21
24:1 25:21 28:18
29:24 31:6,18 34:12
35:8 36:3,11 39:6,
11,15 40:6,25 42:5,
19,23 43:3,8 44:15
46:10 47:18 48:6
49:4 50:13 51:10,18,
19 53:1 55:8,21 56:9
57:7,8,12,17 58:20,
23,25 59:1 61:8,25
62:10,19,24 63:5,16
64:4,5 65:21,24
66:1,16 67:17,18,20
68:13,22 70:22 74:7
76:13 77:18 78:10,
16 80:11,15 83:16
84:17 85:1,19,21
87:21 88:13,21
89:14,25 91:6 92:12
93:20 94:6,9,16
97:6,23 98:2,5 99:7
100:15 102:3,8
103:11,24 104:5
105:10 107:13
108:9,14,22,24
109:1,2

**ringing** 105:2

**road** 11:19 12:3,8
51:4,6 61:18 62:2
107:2

**robbed** 28:17 83:15

**robbery** 92:23

**rocks** 32:5,6,9

**rodeo** 29:3 41:5 84:1
95:10

**rolling** 49:24,25

**roughly** 33:4 35:1
49:1 86:7 88:14

**route** 61:13

**ruckus** 60:14

**run** 16:17 68:9

---

**S**

**S-H-A-F-T-E-R** 45:17

**S-W-I-G-A-R-T** 93:16

**safe** 28:3,6 82:17,23

**Salt** 20:16 45:25
46:16 74:24 101:22
102:15

**San** 10:10,11 32:25
33:1 41:16 42:17
47:14 55:15 86:3,4
96:3,8 97:20 103:24
105:12 107:10,12,17

**Santa** 37:3 90:16
91:16 93:11 105:10

**Saratoga** 41:17 96:8,
9

**satellite** 43:6 98:8

**saw** 24:15,18 79:6,10

**saying** 9:16 21:24
22:20 25:5 26:11,13,
21 27:16 31:13
32:21 34:4,7,18
59:16 76:20 77:15
79:22 81:1,3 82:5
85:23 87:13,16 88:2,
13

**says** 24:5 27:20 40:7
82:9 94:17

**scan** 19:18 22:3 23:4,
6 27:4 39:24 71:6
76:24 77:25 81:18

**scanned** 14:14 66:19
94:14

**scans** 78:2

**SCC** 60:21

**screwed** 13:16

**seal** 7:3,11 26:5 33:9,
12 54:13,14 58:25
80:1,20 86:13,16

**seal's** 4:6,7,10 25:10
56:9,10,13 105:19

**sealed** 24:10,12
78:25 79:2

**search** 42:22 97:25

**second** 46:3 65:17
76:9 91:22 92:19
106:12 108:18,21,22

**secondary** 26:14
81:4

**seconds** 45:23
101:18

**secure** 5:18 8:11,12
57:18 99:11

**secured** 16:15,23,24
68:7,16

**security** 15:23 16:9
67:15 94:5

**see** 4:23 6:5,14 7:18
10:23 11:9,20 15:22
19:19 24:9,16 26:21
27:4 29:8 32:13 34:4
36:4 42:15 43:4,9,15
49:20 51:8 56:24
58:2 59:21 60:10,11,
25 61:9,19 64:13
67:14 71:7 78:25
79:8 81:18 87:13
89:16 90:4 93:5 94:7
96:3 97:4,15 98:12

**seen** 23:16 24:11

50:24 53:7,23 79:1
92:24

**self-insured** 15:23
67:15

**semi** 41:1

**sense** 25:18 52:16
80:8

**sensitive** 63:9

**separately** 92:9

**serious** 34:23 88:9

**Services** 55:9

**set** 33:23 42:20 87:6
97:24

**shadows** 54:25

**Shafter** 45:6,8,10,19
101:3,7

**Sheriff** 37:8 90:13,20,
22

**Sheriff's** 37:3,6 90:16

**Sheriffs** 91:13

**shit** 21:6 75:22

**show** 8:10 10:6,9
11:7 24:8 31:16
42:11 46:1 53:1,4
55:20 61:7 78:23
96:1 97:11 100:9
107:12,13,16

**showing** 42:23 98:2

**shows** 50:12

**shuffling** 29:5 84:5

**side** 12:8 39:12 42:24
45:21 62:2 98:3
101:16

**sides** 45:21 101:16

**sight** 33:19 87:3

**sign** 45:3

**Audio Transcription**

**signed** 101:2

**significant** 41:11 76:3 91:20 93:23 94:1 95:16

**silver** 10:20

**sir** 4:20 13:15 37:10 56:21 63:5 64:9 66:12 71:9 90:24 91:7,8,15 108:21

**sitting** 10:21 55:22

**situations** 9:17

**six** 8:10 43:11 55:13, 14 98:16

**sleeper** 18:3 54:23 69:20 71:16 108:1

**sleeping** 107:25

**slightly** 13:12 64:5 101:20 107:19

**slow** 13:12 64:6

**smaller** 26:15 81:5

**smashed** 100:4

**snacking** 6:16 58:13

**somebody** 7:15 10:7 11:12 17:19 22:19 55:20 61:10 64:14 69:11 75:24 77:14

**someplace** 52:21

**something's** 15:1 53:22

**soon** 15:13,16 50:13 67:10 104:18

**sorry** 30:8 38:4,17 58:12 65:17 85:1 99:20 105:12,16 107:2,25 108:2

**sounds** 44:11,14 100:11,14

**south** 12:8 62:2

**southbound** 45:20 47:11,12 101:15 103:18,21

**southwest** 45:9 101:6

**Spanish** 60:16

**SPEAKER** 8:16,23 12:19 17:17 36:25 37:5,10,13,18 38:2, 7,17 60:6,11,14 62:17 90:13,19,24 91:2,4,7,10,13,17,21 93:8,13,17,22 94:1, 6,11

**speaking** 105:4

**specific** 40:17

**specifically** 41:2 95:7

**speed** 64:6

**spell** 74:2 84:11 93:13

**spelled** 93:15

**spent** 37:13

**spooked** 29:4,5 84:4, 5

**stack** 24:18

**stacked** 24:17 79:9, 10

**stand** 36:8 89:19

**staring** 10:18 55:21

**start** 4:19 11:17 56:20 61:16 64:25 65:9,15, 22 103:5

**started** 107:12,13

**starting** 13:25

**Station** 37:3 90:16 91:16 93:11 105:11

**stationary** 16:20

68:11

**stay** 54:25

**step** 58:8 63:12,13 108:10,12,17

**stepping** 108:13 109:2

**sticker** 34:4 35:3 87:13 88:16

**stole** 93:24

**stolen** 13:23 31:1 40:4 66:4 94:15 106:9

**stone** 32:10

**stop** 11:13 33:4,18 39:8,9 41:19 43:17 52:21 61:14 86:6,24 93:4 96:10,13 98:20 105:13 106:24 107:18

**stopped** 41:21 44:10, 18 45:5,6 47:14,16 96:12,14 100:10,18 103:25 104:2

**straight** 15:21 16:12 59:15 67:13 68:5

**street** 106:25

**stuff** 10:1 13:9 25:16, 20 26:16 29:4,5,6 37:20,24 38:9 39:18 40:4 41:4 52:5 64:3 80:7,10 81:6 84:4,5, 6 94:15 95:9 100:3 106:3,6

**sufficient** 76:16

**super** 35:14 89:2

**supplement** 40:18

**supplemental** 40:20 94:24 95:1

**supplies** 65:2

**supplying** 108:10

**sure** 7:2,3 10:5 14:9 17:14,23 38:20 58:9, 25 66:14 69:2,3,13 99:4,9

**surprised** 9:12

**SUV** 10:21

**Swigart** 4:4,10,19,25 5:3,7,12,18 6:4,8,13, 19,21,25 7:4,19 11:11 12:5,16,25 13:3,10,19,24 14:4, 12,23 15:25 16:6,10, 16 17:13,20,22 19:2, 5,21,25 20:6,10,14, 17,22 21:3,5,7,14, 18,23 22:5,9,23 24:14 25:10 26:5,8, 12,22 27:6,15 28:4, 8,20 29:19,22 30:1, 5,8,11,14,17,19,21, 24 31:1,5 32:23 33:1,5,9,12,16,22 34:1,6,10,17,20,25 35:5,8,12,22 36:1,7, 10,14,16,21 37:2,3,8 38:23 39:2 40:19 41:10,18,23 42:3,6, 10 43:5,22 44:6 46:11,17 47:2,6,13, 17,22 52:25 53:4 54:12,14,16,21 55:10,16 56:7,12,20 57:1,7,13,18 58:1,5, 11,16,18,22 59:1,9, 13,16,19,22 60:2,9, 13 61:12,25 62:13, 18,21 63:2,9,16,19 64:1,4,9,13,18,21 65:5,14,24 66:5,10, 16,25 67:4,17,24 68:3,8,14 69:1,6,9,

**Audio Transcription**

**Brink's Global Services vs.
Arat Jewelry Corp.**

12,17,23 70:8,14,17,
20 71:8,11,17,21,24
72:3,7,9,11,14,17,
19,22,25 73:5,8,12,
15,18,20,23 74:1,4,
6,10,15,18,25 75:4,
7,12,18,20,23 76:3,
6,11,19,25 77:4,18,
24 80:1,20,23 81:2,
12,20 82:3,19,25
83:3,11,18,23 84:8,
11,15,19,23 85:3,5,
8,11,14,18,21,25
86:4,8,13,16,20,22,
25 87:5,10,15,19
88:1,5,10,13,18,21,
25 89:4,10,12,19,22,
24 90:3,6,15,16,22
91:1,3,5,9,15,16,18,
25 92:3,7,10,13,17,
21,25 93:10,11,15,
23 94:3,9,25 95:15,
22 96:5,9,16,24
97:3,8 98:7,14,24
99:3,6,9,15,18,20,22
100:2,7 101:12,19,
23 102:2,9,16,20,25
103:4,9,13,19,22
104:3,7,14,18,23,25
105:3,4,5,7,10,15,24
106:13,16,21 107:1,
4,11,16,24 108:9,13,
16,20 109:1,8

**switch** 13:7 63:24

**swivel** 15:6 64:17

**system** 105:20

---

**T**

---

**T-A-N-D-Y** 74:3

**table** 71:12

**tablet** 97:18

**tag** 29:13,17 34:5,8,
10 35:10 52:5 74:16
87:14,17,19 88:23

**tagged** 52:12

**tags** 29:9,10 31:14
34:12 87:21

**tailed** 86:20

**tailing** 42:6 97:4

**take** 4:4,23 6:8,15
12:15,20 15:13
20:22 22:19 25:23
28:14 33:7,25 38:12,
16 46:11 54:10 56:8,
24 58:5,11,12 62:11,
19,20 63:13 64:5
67:7 72:15 75:12
77:14 83:10 86:11
87:9 102:9 104:20
108:16 109:5

**taken** 12:11 14:10,11,
14 17:8 23:5 26:18
28:23 35:7 39:18
40:16 54:6 62:8
66:15,17,19 68:23
81:8 83:20 88:20
94:14 105:22

**talk** 46:20 102:19

**talked** 23:24 78:14

**talking** 5:7 14:5 23:18
30:2 49:16,21,22
57:7 66:11 69:2
84:9,20 92:19 109:3

**tally** 21:18 76:14

**tandem** 97:5

**Tandy** 4:7,13,17,22
5:2,4,11,16,23 6:2,5,
17,20,23 7:2,5,10,21
8:20,25 9:7,10 10:5,
10,17 11:2,8,12,17
12:1,4,14,17,20,23
13:1,4,8,13 17:15

20:24 21:1,10 22:21
23:1,6,9,15,22,24
24:2,4,11,18,21,25
25:4,7,13,15,21
26:2,7,15,18,25
27:12,18 28:16
29:20,25 30:4,7
31:25 32:4,7,11,18
35:16,21 37:12
38:19 40:6,11 41:21,
25 42:5,8,11,15,19
43:1,3,8,12,14,18,
21,24 44:2,8,11,14,
17,23 45:1,4,7,12,
16,20,25 46:6,8,13,
21,25 47:4,15,19
48:1,5,13,16,21
49:4,6,10,18 50:4,9,
12,16,20 51:2,7,19,
25 52:23 53:2,8,12,
18,21 54:5,8,10,13,
15,18 55:6,11,14,18
56:10,14,18,23 57:3,
5,12,17,23 58:2,14,
17,20,24 59:3,6,11,
14,18,21,25 60:18,
24 61:4,8,10,14,24
62:4,10,14,25 63:7,
14,17,21,25 64:2,7
65:4,10,23 72:13
73:25 75:14,16,22
76:2 77:21 78:1,12,
14,17,19 79:1,10,13,
17,21,24 80:3,6,11,
15,18,22 81:5,8,11,
14,25 82:7 83:14
84:10,12,18,22
85:20 92:23 93:5
94:16 96:14,18,22,
25 97:6,11,15,17,20,
23 98:5,12,17,21,23
99:1,8,13,17,19,21
100:1,6,8,11,14,17,
22,25 101:8,15,22,
25 102:6,11 103:1,7
104:1,5,10 107:14

**Tandy's** 73:17 108:19

**target** 9:4

**task** 13:20 66:1

**technician** 5:10 57:10

**tell** 4:23 7:21 17:3
24:4 28:6 36:19
42:20 44:15,17
47:19 51:10 52:3
56:24 59:11 68:17
78:19 82:23 90:9
97:24 100:15,17
104:10

**telling** 21:19 29:1
31:20 40:8 76:15
83:24 94:18

**thank** 39:15 63:11
72:19 73:2 91:7,9
94:9

**theft** 40:24 89:11
91:20 93:24 94:4
95:6

**thing** 12:10 19:4 23:1
38:24 41:9 49:7 62:6
63:10 65:16,22
70:16 71:25 77:21
92:14 104:7

**thing's** 52:12

**things** 34:13 87:22

**think** 5:12 25:18 28:2,
4 31:17 34:21 39:21
43:24 45:21 53:21
57:13 59:23 73:23
75:2 80:9 82:16,17
83:12 88:7 99:1
101:16,19 109:6

**thinking** 7:15 31:23
106:23,24

**thinks** 32:3 39:17
40:3 55:25 94:14

**Audio Transcription**

**thought** 5:23 11:22 18:19 37:23 57:23 61:20 63:14 70:8

**thousand** 29:11 106:6

**three** 34:12,13 87:21, 22 106:18 107:5

**throw** 52:16

**Tiff** 27:21 82:10

**time** 16:20 17:22,25 19:6 21:7 28:24 32:16 38:1 47:20 48:11,13,14,18,21, 25 49:19,20 50:17 51:21,22 68:12 69:13,15,17 70:18 75:23 83:21 98:25 99:4,10 104:11

**today** 10:18 99:16

**told** 15:5,10 31:15,21 32:3 34:8,19 49:12 64:16 67:6 87:17 88:4,6

**Tom** 60:23

**Tony** 49:11,15

**top** 37:24 51:5 92:4

**total** 27:25 30:15,16, 18 38:24 82:14 85:6 91:23 92:13 106:10

**totally** 109:6

**touch** 4:20 56:21 94:7

**town** 46:25 47:1 103:1,3

**TP** 37:14

**trail** 51:9

**trailer** 12:18 25:19 35:17 37:16 38:11 51:14 62:15 80:9

**trailer's** 10:3

**trash** 7:17,18

**traveling** 11:1 61:3

**tried** 49:13

**triple** 63:20

**truck** 9:13 24:17 26:1, 14,15 27:11,17,25 28:9 31:24 33:18 34:16 35:4 37:14 38:3 39:8,11,12,25 55:4,6,7 60:7,8,10 75:5,9 79:9 80:17,18 81:4,5,24 82:6,14 83:5 86:24 87:25 88:17 93:1,3,4,20,24 94:2,5,14 97:14,19 105:13,21,23,24 106:1,7,10,24 108:4

**truck's** 9:14 105:17

**Trucking** 37:14

**truckload** 26:2

**trucks** 39:13 41:1

**true** 34:12 87:21

**try** 11:6 36:18 38:12 41:11 54:25 61:6 90:8 95:16 97:9

**trying** 27:21 31:23 43:8 66:6 82:10 98:12

**Ts** 41:12 95:17

**turn** 12:17 62:14

**two** 8:12 10:21 14:25 24:22 32:15 64:22 79:14 96:22 104:23 107:5

**two-and-a-half** 56:1

**two-something** 5:13 57:14

**typical** 100:4

---

**U**

---

**Uh-huh** 33:5 39:6 45:18 52:9 86:8 107:14

**understand** 56:7

**understanding** 16:2 67:19

**unfortunately** 9:21

**unhitched** 37:18

**UNIDENTIFIED** 8:16, 23 12:19 17:17 36:25 37:5,10,13,18 38:2,7,17 60:6,11,14 62:17 90:13,19,24 91:2,4,7,10,13,17,21 93:8,13,17,22 94:1, 6,11

**unknown** 60:4

**unmarked** 10:3

**Urn** 28:9 47:21,22 83:4,5 104:12,14

**use** 48:14 71:11

**uses** 38:10

**UT** 99:25

**Utah** 48:14 73:13 99:24

**Utah's** 99:24

---

**V**

---

**value** 8:13 13:17 14:11 21:19,25 22:10,11,14,15 23:18 27:19,25 29:15 30:15,16,18 35:3,13 38:24 39:19

40:5 64:11 66:15 76:14,22 77:5,6,9,10 82:8,14 85:7 88:16 89:1 91:23 92:14 106:9

**valued** 92:2

**various** 106:9

**vehicle** 16:19 28:9 68:11 83:4 108:1

**vending** 46:13 102:12

**victimized** 109:6

**VIGER** 4:3,16 5:6,20, 24 6:12 7:8,23 8:2,4 9:4,8,12,16,19,24 10:9,13,25 11:3,9, 16,23 12:2,7,22 13:15,22 14:2,6,9, 16,20 15:3,7,12,17, 20 16:4,8,14,17,22, 25 17:3,6,11,25 18:4,9,11,13,16,19, 22,25 19:8,11,15,20 21:17,21 22:2,6,10, 15,20,22,24 23:2,8, 10,17 24:9,13,16,19 25:2,9,11,14,17,22 26:10,13,17,20 27:2, 8,24 28:2,5 29:1,13, 15,18 30:15 31:2,9, 13,17,22 32:13,20, 24 33:3,6,11,14,17, 24 34:3,7,11,19,21 35:2,6,9,18,24 36:3, 9,12,15,18,22 37:17 38:1,5,14,18,20 39:20,24 40:2,10,12, 23 41:1,7,13 42:25 43:10,13 44:9,12,16, 19 45:14,17,19 46:4, 7,9 47:9,21,23 48:4, 10,15,19,23 49:1,5, 9,22 50:7,11,15,18 51:1,3,8,13,20 52:3,

7,10,15,18 53:6,10,
20 54:4,7,9 55:3,24
56:3,6,17 57:4,20
61:2,5,9,21 62:2,5,
12 64:12 66:3,8,13,
17,21 67:1,7,12,22
68:1,6,9,15,20,23
69:15,21 70:2,4,12,
21,24 71:3 76:17,23
77:1,5,10,15,17,19,
22 78:4,24 79:5,8,
11,19 80:2,5,8,12,25
81:3,7,10,16,22
82:13,16,21,23 83:1,
24 84:3 85:22 86:2,
6,9,15,18,21,23
87:1,8,12,16,20
88:3,7,11,15,19,22
89:2,8,11,14,21,23
90:1,5,8 94:20 95:5,
12 98:15 100:9,12,
16,19 101:10
104:12,16

---

**W**

**wait** 36:5 89:17

**wake** 21:8 49:5 75:24

**walked** 50:14 51:2

**walking** 64:14

**want** 5:13 7:14 13:13
43:23 53:9,15 54:6
57:14 58:8,9 62:18
63:1,7,18,19 64:7,19
65:10 95:23 98:25
99:3

**wants** 15:23

**wasn't** 12:11 60:16,
17 62:7

**watching** 10:23 60:25

**way** 24:16 25:2 27:22
32:12 33:19 35:15

38:11 51:13 53:16
79:8,19 82:11 87:2
89:3

**we'll** 4:20 6:10,15
13:11,12 14:22,24
18:4 38:14,15 40:17,
19 54:10 58:7,10
59:20 64:5,6,25
67:3,5 69:21 94:24,
25 101:12 105:20

**we're** 4:4,21 6:9,16
12:4,11 14:21 15:7,
15,16,18,23 16:1,12,
18 21:16 38:15 39:6,
7,8 41:15 44:15
51:22 56:7,22 58:6,
13 61:24 62:8,22
63:6 65:20 67:2,10,
11,18 68:10 76:23
82:4 88:5 93:2,3,4
95:20 100:15 105:11
106:16

**we've** 8:7 49:3 101:19

**week** 37:13

**weird** 10:7 55:21,23

**welcome** 94:11

**well-knowledged**
41:8 95:13

**went** 4:13 37:23
45:22 48:5,6,7 49:2
50:10,20 56:14
81:23 101:17

**west** 42:24 98:3

**whatnot** 105:22
107:21 108:6

**When's** 17:22 69:13

**white** 29:10 34:4
35:10 87:14 88:23

**whoever's** 93:12

**Wide** 9:10

**window** 100:4 107:7,
8

**woke** 8:15,16 17:19
18:6,14 19:5 60:8
69:4,10,24 70:5,17

**wonder** 28:16 37:23
83:14

**words** 106:18

**work** 33:8 59:21
74:11,12 80:23
86:11 101:20 103:11
106:20

**working** 12:10 62:6

**worries** 53:8,13 74:18
75:4

**worse** 15:1 76:8

**worth** 32:9 106:5,6

**wouldn't** 7:13 25:22
52:11

**Wow** 56:3

---

**Y**

**yeah** 4:9 5:6,17,23
6:12 7:8 8:5,9,16
9:4,10,18 10:2,25
11:2,23 12:16 13:22
14:2,4,20 15:3,5,7,
10,25 16:8 17:2,6,21
20:22 21:5,14 24:18
26:4,7 29:14,25
30:4,12 32:13 33:16,
22,24 34:1,3,6,21
35:14,21 36:15,18
39:8,10 40:19 41:13
42:9 43:7,13,18,21
44:14,23 45:1,14,16
46:2,8 47:22,23
48:5,17,21,22 50:12

51:12 52:6,15,17,24
53:6,12 55:5,6,14
57:22 58:10,11,12
59:22,23 60:2 61:2,
21 62:12,16 63:5
64:16,18 65:4 66:3,
10 67:1,5,17,21
68:1,19,25 69:17
71:1,11,25 72:3,22
74:1,8 75:12,21
76:6,11 78:24 79:10
80:19,22 81:14,20
82:19 83:23 84:18,
22,23 86:22,25 87:5,
6,7,8,10,12,15 88:1,
7,10 89:3 90:5,8
91:17 93:4,7 94:25
96:24 97:8 98:9,10,
21,23 99:9,18
100:14,22,25 101:8,
10 104:6,14,18,24
105:18 107:1,16
108:12,25 109:1

**years** 32:17,18 74:17

**yellow** 29:9 35:10
88:23

**yep** 22:5,9 54:17
66:25 76:25 77:4
82:25 91:1 100:1
103:23 108:14