**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BRINK'S GLOBAL SERVICES USA, INC.

    Plaintiff,

v.

ARAT JEWELRY CORP. et al.

    Defendants.

Case No. 1:22-cv-06653

**STIPULATION RE SCHEDLULING ORDER DEADLINES**

Plaintiff, Brink's Global Services USA, Inc., and Defendants hereby stipulate as follows:

1. On March 13, 2023, the Court endorsed the Parties' Stipulation re Scheduling Order Deadlines, which had the effect, *inter alia*, of extending the expert witness disclosure deadline until April 17, the deadline for opposing party expert disclosure date to May 1, 2023, and the expert witness discovery cutoff until May 16, 2023. *See* Doc. No. 116.

2. On April 14, 2023, in response to a letter motion filed by the defendants, Magistrate Judge Moses entered an order which, *inter alia,* extended the expert witness disclosure deadline until June 1, 2023. That order did not modify the deadline for opposing party expert disclosure or the expert witness discovery cutoff. *See* Doc. No. 132.

3. The parties hereby stipulate and agree that the deadline for opposing party expert disclosure date is June 22, 2023 and the expert witness discovery cut-off deadline is August 4, 2023.

Dated: May 23, 2023

                                                                       __/s/_ Steven C. Shuman_____
Steven C. Shuman (*admitted pro hac vice*)
Engstrom, Lipscomb & Lack
10100 Santa Monica Blvd., Ste. 1200
Los Angeles, CA 90067
sshuman@elllaw.com
T: (310) 552-3800

Gerald L. Kroll (*admitted pro hac vice*))
Kroll Law PLLC
970 W. Broadway, Ste. E-200
Jackson, Wyoming 83001
gkroll@kroll.lawyer
T: (202) 248-5423

Robert R. Viducich
Law Offices of Robert R. Viducich
40 Wall Street, 28th Floor
New York, New York
rviducich@rrvlaw.com
T: (212) 400-7135
*Counsel for Defendants*

Dated:  May 23, 2023

   _/s/ Robert F. Redmond_____
Robert F. Redmond (*admitted pro hac vice*)
Matthew D. Fender
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com
mfender@mcguirewoods.com
T: (804) 775-1123
F: (804) 698-2145

Katherine A. Garland
MCGUIREWOODS LLP
1251 Avenue of the Americas, 20th Floor
New York, New York 10020-1104
kgarland@mcguirewoods.com
T: (212) 548-7028
F: (212) 715-6269
*Counsel for Plaintiff Brink's Global Services USA, Inc.*

2

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

DATED: _____