USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/31/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

  Plaintiff,

-against-

ARAT JEWELRY CORP., et al.,

  Defendants.

22-CV-6653 (PGG) (BCM)

**ORDER REGARDING EXPERT DISCOVERY**

**BARBARA MOSES, United States Magistrate Judge.**

  For the reasons discussed during today's discovery conference, defendants' letter-motion dated August 2, 2023 (Dkts. 179-80), seeking an order (i) sequencing expert depositions and (ii) striking plaintiff's expert designations or limiting the testimony of its experts, is DENIED, except that defendants may, at their option, serve rebuttal expert reports, "intended solely to contradict or rebut evidence on the same subject matter identified by" plaintiff, *see* Fed. R. Civ. P. 26(a)(2)(D)(ii), no later than **September 28, 2023**, and plaintiff may, at its option, conduct depositions of the rebuttal expert(s) no later than **October 19, 2023**. For avoidance of doubt, the parties must complete all expert discovery no later than **October 19, 2023**.

Dated: New York, New York
    August 31, 2023

             SO ORDERED.

             _____
             **BARBARA MOSES**
             **United States Magistrate Judge**