UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINK'S GLOBAL SERVICES USA, INC.,

    Plaintiff,

-against-

ARAT JEWELRY CORP., et al.,

    Defendants.

22-CV-6653 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic discovery conference:

1. Defendants' letter-application to reopen fact discovery (Dkt. 191) is GRANTED to the extent that Mr. Woerner's deposition testimony, if and when such testimony is taken in the California action, may be used in this action to the extent otherwise admissible here.

2. The deposition of Mr. Griffin will take place the week of **October 23-27, 2023**. The expert discovery deadline is EXTENDED to **October 27, 2023**, for that purpose only.

3. Plaintiff's anticipated motion to strike some or all of defendants' remaining rebuttal expert reports shall be filed no later than **October 20, 2023**. Unless the parties agree or the Court orders otherwise, opposition papers will be due **November 3, 2023**, and reply papers will be due **November 10, 2023**. *See* Moses Ind. Prac. § 2(f). Courtesy copies are required. *See id.* § 2(g). Principal memoranda of law are limited to 25 pages, and the reply memorandum is limited to 10 pages. *See id.* § 2(h).

Dated: New York, New York
      October 4, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**