UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

               Plaintiff,

         -against-

BONITA PEARL INC., FORTY-SEVENTH
& FIFTH, INC., HAWAIIAN DESIGN
JEWELRY, CO., KIMIMOTO JEWELRY,
LAMS JADE CENTER, INC., LEES
INTERNATIONAL JEWELRY INC., PAN
LOVELY JEWELRY, PETRI GEMS. INC.,
S & N DIAMOND CORP., SUPREME
COLLECTION CORPORATION, and
TREASURE CONNECTION FINE
JEWELRY, INC.

               Defendants,

**ORDER**

22 Civ. 6653 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      A conference will take place in this action on **Wednesday, February 28, 2024, at 11:00 a.m.**

      The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  The Court is holding multiple telephone conferences on this date.  The parties should call in at the scheduled time and wait on the line for their case to be called.  At that time, the Court will un-mute the parties' lines.  One day before the conference, the parties must email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be

using to dial into the conference so that the Court knows which numbers to un-mute.  The email

should include the case name and case number in the subject line.

Dated:  New York, New York
        February 22, 2022

SO ORDERED.

Paul G. Gardephe
United States District Judge