WALTER J. LACK
STEVEN C. SHUMAN
ELIZABETH LANE CROOKE
DANIEL G. WHALEN
BRIAN J. HEFFERNAN
RICHARD P. KINNAN
BRIAN J. LEINBACH
ANN A. HOWITT
STEVEN J. LIPSCOMB
DAVID R. LIRA
GREGORY P. WATERS

LAW OFFICES

**ENGSTROM, LIPSCOMB & LACK**

A PROFESSIONAL CORPORATION

10100 SANTA MONICA BOULEVARD, 12TH FLOOR

LOS ANGELES, CALIFORNIA 90067-4113

TELEPHONE 310-552-3800

FACSIMILE 310-552-9434

ALEXANDRA J. NEWSOM
ANDREW M. JACOBSON
JOSEPH A. LACK
CHRISTOPHER A. KANNE
BRITTAN N. CORTNEY
ASHLEY L. ARNETT
DANIEL C. WHALEN
RACHEL M. LANNEN
SYDNEY M. DESMAN
JASON L. TILLMAN
PAUL W. ENGSTROM (1941 – 2010)
ROBERT J. WOLFE (1961 – 2015)

March 5, 2024

**VIA ECF**

Hon. Paul G. Gardephe, U.S.D.J.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Court Room 705
New York, New York 10007

      Re:    *Brink's Global Services USA, Inc. v. Bonita Pearl, Inc., et al.*,
             **Case No.: 1:22-CV-06653-PGG**

Dear Judge Gardephe:

      I, together with my co-counsel, represent the Defendants in the above-referenced litigation. Pursuant to the Court's February 28, 2024 Order (Dkt 231), we are submitting with this letter the exhibits listed below as new public versions of documents previously filed with redactions or previously filed under seal, along with the Docket number of each document as previously filed. In the attached first three exhibits, we have *un*redacted previously redacted text in accordance with the Court's February 28, 2024 ruling from the bench; in the fourth, we have unsealed a previously sealed document.

| Exhibit | Description | Prior Docket No. |
|---|---|---|
| A | Letter from Defendants opposing summary Judgement Authorization Request | 152 |
| 1 | Tandy Motley Deposition Excerpts | 152-1 |
| 2 | James Beatty Deposition Excerpts | 152-2 |
| 3 | Text messages re actual payment vs. declared value a grey area | 154-4 |

Hon. Paul G. Gardephe, U.S.D.J.
March 5, 202
Page 2

We could not find any specific procedures concerning submission of documents with prior redactions now unsealed or submission of documents publicly that were previously sealed, so we trust sending them as exhibits to this letter will satisfy the Court's Order.  If we should follow a different procedure, please request your clerk to so advise us.  Thank you.

                                        Respectfully submitted,

                                        */s/ Steven C. Shuman*

                                        STEVEN C. SHUMAN

SCS:mf

#460024

cc:  Counsel of record (via SDNY ECF)