UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRINKS GLOBAL SERVICES USA, INC.,

              Plaintiff,

         -against-

BONITA PEARL INC., FORTY-SEVENTH & FIFTH, INC., HAWAIIAN DESIGN JEWELRY, CO., KIMIMOTO JEWELRY, LAMS JADE CENTER, INC., LEES INTERNATIONAL JEWELRY INC., PAN LOVELY JEWELRY, PETRI GEMS. INC., S & N DIAMOND CORP., SUPREME COLLECTION CORPORATION, and TREASURE CONNECTION FINE JEWELRY, INC.

              Defendants,

**ORDER**

22 Civ. 6653 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

        Plaintiff seeks leave to file a motion to dismiss Defendants' four non-contract counterclaims and to strike their damages request. (See Pltf. Ltr. (Dkt. No. 236)) A pre-motion conference will take place before this Court on **April 29, 2024, at 10:00 a.m.**, in Courtroom 705 of the Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
         April 12, 2024

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge