UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRINK'S GLOBAL SERVICES USA, INC., | ) )  ) |
| Plaintiffs, | ) ) Case No.: 1:22-cv-06653-PGG |
| v. | ) ) ) |
| BONITA PEARL INC., *et al.* | ) ) ) ) |
| Defendants. | ) |

**DECLARATION OF ROBERT F. REDMOND IN SUPPORT OF
BRINK'S GLOBAL SERVICES USA, INC.'S
STATEMENT OF MATERIAL FACTS**

I, **Robert Redmond**, an attorney duly admitted to practice in the courts of the State of Virginia, hereby declares and states as follows pursuant to 28 U.S.C. § 1746:

1. I am counsel for Brink's Global Services USA, Inc. ("BGS") in the above-captioned action. I submit this declaration in support of BGS's Statement of Material Facts. The attachments to this declaration are true and accurate copies of excerpts of transcripts of depositions taken in this action, discovery requests served in this action, discovery responses served in this actions, and documents produced by the parties in discovery in this action..

2. Attached hereto as Exhibit 1-1 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Bonita Pearl, Inc., dated November 1, 2022.

3. Attached hereto as Exhibit 1-2 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Forty-Seventh & Fifth, Inc., dated November 1, 2022.

4. Attached hereto as Exhibit 1-3 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant

Hawaiian Design Jewelry Company, dated November 1, 2022.

5. Attached hereto as Exhibit 1-4 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Kimimoto Jewelry, dated November 1, 2022.

6. Attached hereto as Exhibit 1-5 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Defendant Lam's Jade Center, Inc., dated November 1, 2022.

7. Attached hereto as Exhibit 1-6 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Lee's International Jewelry, Inc., dated November 1, 2022.

8. Attached hereto as Exhibit 1-7 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Pan Lovely Jewelry, dated November 1, 2022.

9. Attached hereto as Exhibit 1-8 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Petri Gems, Inc., dated November 1, 2022.

10. Attached hereto as Exhibit 1-9 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant S & N Diamond Corporation, dated November 1, 2022.

11. Attached hereto as Exhibit 1-9A is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Supreme Collection Corporation, dated November 1, 2022.

12. Attached hereto as Exhibit 1-10 is a true and correct copy of Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission to Defendant Treasure Connection Fine Jewelry, Inc., dated November 1, 2022.

13. Attached hereto as Exhibit 1-11 is a true and correct copy of Defendant Bonita Pearl, Inc.'s Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production,

and Requests for Admission, dated January 11, 2023.

14. Attached hereto as Exhibit 1-12 is a true and correct copy of Defendant Forty-Seventh & Fifth, Inc.'s Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

15. Attached hereto as Exhibit 1-13 is a true and correct copy of Defendant Hawaiian Design Jewelry Company's Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

16. Attached hereto as Exhibit 1-14 is a true and correct copy of Defendant Kimimoto Jewelry's Amended Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated May 15, 2023.

17. Attached hereto as Exhibit 1-15 is a true and correct copy of Defendant Lam's Jade Center, Inc.'s Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

18. Attached hereto as Exhibit 1-16 is a true and correct copy of Defendant Lee's International Jewelry, Inc.'s Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

19. Attached hereto as Exhibit 1-17 is a true and correct copy of Defendant Pan Lovely Jewelry's Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

20. Attached hereto as Exhibit 1-18 is a true and correct copy of Defendant Petri Gems, Inc.'s Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

21. Attached hereto as Exhibit 1-19 is a true and correct copy of Defendant S & N Diamond Corporation's Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated January 11, 2023.

22. Attached hereto as Exhibit 1-20 is a true and correct copy of Defendant Supreme Collection Corporation's Responses to Plaintiff BGS's First Set of Interrogatories, Requests for

Production, and Requests for Admission, dated January 11, 2023.

23. Attached hereto as Exhibit 1-21 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Bonita Pearl, Inc., dated February 16, 2023.

24. Attached hereto as Exhibit 1-22 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Forty-Seventh & Fifth, Inc., dated February 16, 2023.

25. Attached hereto as Exhibit 1-23 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Hawaiian Design Jewelry Company, dated February 16, 2023.

26. Attached hereto as Exhibit 1-24 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Kimimoto Jewelry, dated February 16, 2023.

27. Attached hereto as Exhibit 1-25 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Lam's Jade Center, Inc., dated February 16, 2023.

28. Attached hereto as Exhibit 1-26 is a true and correct copy of Plaintiff Second Requests for Admissions to Defendant Lee's International Jewelry, Inc., dated February 16, 2023.

29. Attached hereto as Exhibit 1-27 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant Pan Lovely Jewelry, dated February 16, 2023.

30. Attached hereto as Exhibit 1-28 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Petri Gems, Inc., dated February 16, 2023.

31. Attached hereto as Exhibit 1-29 is a true and correct copy of Plaintiff BGS's Second Requests for Admissions to Defendant S & N Diamond Corporation, dated February 16, 2023.

32. Attached hereto as Exhibit 1-30 is a true and correct copy of Plaintiff Second Requests for Admissions to Defendant Supreme Collection Corporation, dated February 16, 2023.

33. Attached hereto as Exhibit 1-31 is a true and correct copy of Plaintiff BGS's

Second Requests for Admissions to Defendant Treasure Connection Fine Jewelry, Inc., dated February 16, 2023.

34. Attached hereto as Exhibit 1-32 is a true and correct copy of Defendant Treasure Connection Fine Jewelry, Inc.'s Amended Responses to Plaintiff BGS's First Set of Interrogatories, Requests for Production, and Requests for Admission, dated May 15, 2023.

35. Attached hereto as Exhibit 1-33 is a true and correct copy of Defendant Bonita Pearl, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

36. Attached hereto as Exhibit 1-34 is a true and correct copy of Defendant Forty-Seventh & Fifth, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

37. Attached hereto as Exhibit 1-35 is a true and correct copy of Defendant Hawaiian Design Jewelry Company's Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

38. Attached hereto as Exhibit 1-36 is a true and correct copy of Defendant Kimimoto Jewelry's Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

39. Attached hereto as Exhibit 1-37 is a true and correct copy of Defendant Lam's Jade Center, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

40. Attached hereto as Exhibit 1-38 is a true and correct copy of Defendant Lee's International Jewelry, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

41. Attached hereto as Exhibit 1-39 is a true and correct copy of Defendant Pan Lovely Jewelry, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

42. Attached hereto as Exhibit 1-40 is a true and correct copy of Defendant Petri

Gems, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

43. Attached hereto as Exhibit 1-41 is a true and correct copy of Defendant S & N Diamond's Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

44. Attached hereto as Exhibit 1-42 is a true and correct copy of Defendant Supreme Collection Corporation's Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

45. Attached hereto as Exhibit 1-43 is a true and correct copy of Defendant Treasure Connection Fine Jewelry, Inc.'s Response to Plaintiff BGS's Second Set of Requests for Admission, dated March 20, 2023.

46. Attached hereto as Exhibit 1-44 is a true and correct copy of a 2021 Form 1120-S U.S. Income Tax Return for Defendant Forty-Seventh & Fifth, Inc.

47. Attached hereto as Exhibit 1-45 is a true and correct copy of a 2021 year-end tax return for Defendant Hawaiian Design Jewelry Company.

48. Attached hereto as Exhibit 1-46 is a true and correct copy of a 2021 Form 1120-S U.S. Income Tax Return for Defendant S & N Diamond Corporation.

49. Attached hereto as Exhibit 1-47 is a true and correct copy of a 2020 Form 1120-S U.S. Income Tax Return for Defendant Treasure Connection Fine Jewelry, Inc.

50. Attached hereto as Exhibit 1-48 is a true and correct copy of 2020 Form 1120-S U.S. Income Tax Return for Defendant Lam's Jade Center, Inc.

51. Attached hereto as Exhibit 1-49 is a true and correct copy of a 2021 Form 1120-S U.S. Income Tax Return for Defendant Lee's International Jewelry, Inc.

52. Attached hereto as Exhibit 1-50 is a true and correct copy of a 2021 year-end tax return for Defendant Pan Lovely Jewelry.

53. Attached hereto as Exhibit 1-51 is a true and correct copy of a 2021 year-end tax return for Defendant Petri Gems Inc.

54. Attached hereto as Exhibit 1-52 is a true and correct copy of the expert report of Robert Scally, dated June 21, 2023.

55. Attached hereto as Exhibit 1-53 is a true and correct copy of the expert report of Nigel Paxman, dated June 21, 2023.

56. Attached hereto as Exhibit 1-54 is a true and correct copy of the expert report of Michael Beech, dated June 21, 2023.

57. Attached hereto as Exhibit 1-55 is a true and correct copy of excerpts of the 30(b)(6) deposition of Michael Beech, dated April 17, 2023.

58. Attached hereto as Exhibit 1-56 is a true and correct copy of excerpts of the expert deposition of Michael Beech, dated September 13, 2023.

59. Attached hereto as Exhibit 1-57 is a true and correct copy of excerpts of the deposition of Gloria Corrales, dated April 6, 2023.

60. Attached hereto as Exhibit 1-58 is a true and correct copy of excerpts of the deposition of Tandy Jay Motley, dated April 5, 2023.

61. Attached hereto as Exhibit 1-59 is a true and correct copy of Exhibit 5 from the deposition of Tandy Motley, taken on April 5, 2023.

62. Attached hereto as Exhibit 1-60 is a true and correct copy of excerpts of the deposition of James Beaty, dated April 5, 2023.

63. Attached hereto as Exhibit 1-61 is a true and correct copy of Exhibit 4 from the deposition of James Beaty, taken on April 5, 2023.

64. Attached hereto as Exhibit 1-62 is a true and correct copy of excerpts of the deposition of Jeremy Viger, dated April 10, 2023.

65. Attached hereto as Exhibit 1-63 is a true and correct copy of Exhibit 1 from the deposition of Jeremy Viger, taken on April 10, 2023.

66. Attached hereto as Exhibit 1-64 is a true and correct copy of excerpts of the deposition of David Swigart, dated April 10, 2023.

67. Attached hereto as Exhibit 1-65 is a true and correct copy of excerpts of the

deposition of K. Don Tullos, dated September 12, 2023.

68. Attached hereto as Exhibit 1-66 is a true and correct copy of excerpts of the deposition of Ming Cheng, Volume One, dated February 6, 2023.

69. Attached hereto as Exhibit 1-67 is a true and correct copy of Exhibits 6, 18, 20, 24 and 25 to the deposition of Ming Cheng, taken on February 6, 2023.

70. Attached hereto as Exhibit 1-68 is a true and correct copy of excerpts of the deposition of Ming Cheng, Volume Two, dated April 11, 2023.

71. Attached hereto as Exhibit 1-69 is a true and correct copy of Exhibits 29 and 31 to the deposition of Ming Cheng, taken on April 11, 2023.

72. Attached hereto as Exhibit 1-70 is a true and correct copy of excerpts of the deposition of Jean Malki, dated January 25, 2023.

73. Attached hereto as Exhibit 1-71 is a true and correct copy of Exhibits 5, 8, 13-14, 17 and 22 to the deposition of Jean Malki, taken on January 25, 2023.

74. Attached hereto as Exhibit 1-72 is a true and correct copy of excerpts of the deposition of Sammy Leung, dated January 20, 2023.

75. Attached hereto as Exhibit 1-73 is a true and correct copies of Exhibits 4 and 18 to the deposition of Sammy Leung, taken on January 20, 2023.

76. Attached hereto as Exhibit 1-74 is a true and correct copy of excerpts of the deposition of Kim Sater, dated February 10, 2023.

77. Attached hereto as Exhibit 1-75 is a true and correct copy of Exhibits 2, 7, 11, 24, 25 and 29 to the deposition of Kim Sater, taken on February 10, 2023.

78. Attached hereto as Exhibit 1-76 is a true and correct copy of excerpts of the deposition of Paul Wong, dated February 7, 2023.

79. Attached hereto as Exhibit 1-77 is a true and correct copy of Exhibit 15 to the deposition of Paul Wong, taken on February 7, 2023.

80. Attached hereto as Exhibit 1-78 is a true and correct copy of excerpts of the deposition of Shu Shun "Tony" Lee, dated January 27, 2023.

81. Attached hereto as Exhibit 1-79 is a true and correct copy of excerpts of the deposition of Victor Wu, dated February 13, 2023.

82. Attached hereto as Exhibit 1-80 is a true and correct copy of excerpts of the deposition of Fariborz "Frank" Petri, dated January 16, 2023.

83. Attached hereto as Exhibit 1-81 is a true and correct copy of Exhibits 2 and 6 to the deposition of Fariborz "Frank" Petri, taken on January 16, 2023.

84. Attached hereto as Exhibit 1-82 is a true and correct copy of excerpts of the deposition of Shahram Lavian, Volume One, dated February 8, 2023.

85. Attached hereto as Exhibit 1-83 is a true and correct copy of excerpts of the deposition of Shahram Lavian, Volume One, dated February 8, 2023.

86. Attached hereto as Exhibit 1-84 is a true and correct copy of Exhibits 7, 8, 9, 12, 13, 15 and 16 to the deposition of Sharam Lavian, taken on February 8, 2023.

87. Attached hereto as Exhibit 1-85 is a true and correct copy of excerpts of the deposition of Shahram Lavian, Volume Two, dated March 28, 2023.

88. Attached hereto as Exhibit 1-86 is a true and correct copy of excerpts of the deposition of Lee Cheng Tek, dated January 17, 2023.

89. Attached hereto as Exhibit 1-87 is a true and correct copy of Exhibits 6, 8 and 15 to the deposition of Lee Cheng Tek, taken on January 17, 2023.

90. Attached hereto as Exhibit 1-87A is a true and correct copy of excerpts of the deposition of Lee Cheng Tek, Volume Two, dated April 11, 2023.

91. Attached hereto as Exhibit 1-87B is a true and correct copy of Exhibits 4 and 6 to the deposition of Lee Cheng Tek, Volume Two, dated April 11, 2023.

92. Attached hereto as Exhibit 1-88 is a true and correct copy of excerpts of the deposition of Joseph Chang, Volume One, dated February 17, 2023.

93. Attached hereto as Exhibit 1-89 is a true and correct copy of Exhibits 5, 8, 9, 10, 11, 12, 17, 25 and 26 to the deposition of Joseph Chang, taken on February 17, 2023.

94. Attached hereto as Exhibit 1-90 is a true and correct copy of excerpts of the

deposition of Joseph Chang, Volume Two, dated February 17, 2023.

95. Attached hereto as Exhibit 1-91 is a true and correct copy of Brink's Offer of Judgment to Bonita Pearl, Inc., served on December 12, 2022.

96. Attached hereto as Exhibit 1-92 is a true and correct copy of Brink's Offer of Judgment to Forty-Seventh & Fifth, Inc., served on December 12, 2022.

97. Attached hereto as Exhibit 1-93 is a true and correct copy of Brink's Offer of Judgment to Lee's International Jewelry, Inc., served on December 12, 2022.

98. Attached hereto as Exhibit 1-94 is a true and correct copy of Brink's Offer of Judgment to Hawaiian Design Jewelry, Inc., served on December 12, 2022.

99. Attached hereto as Exhibit 1-95 is a true and correct copy of Brink's Offer of Judgment to Pan Lovely Jewelry, served on December 12, 2022.

100. Attached hereto as Exhibit 1-96 is a true and correct copy of Brink's Offer of Judgment to Petri Gems, Inc. served on December 12, 2022.

101. Attached hereto as Exhibit 1-97 is a true and correct copy of Brink's Offer of Judgment to Supreme Collection Corp., served on December 12, 2022.

102. Attached hereto as Exhibit 1-98 is a true and correct copy of Brink's Offer of Judgment to Treasure Connection Fine Jewelry, Inc., served on December 12, 2022.

103. Attached hereto as Exhibit 1-99 is a true and correct copy of Brink's Offer of Judgment to Kimimoto Jewelry, served on December 12, 2022.

104. Attached hereto as Exhibit 1-100 is a true and correct copy of Brink's Offer of Judgment to S & N Diamond Corp., served on December 12, 2022.

105. Attached hereto as Exhibit 1-101 is a true and correct copy of Brink's Offer of Judgment to Lam's Jade Center, Inc., served on December 12, 2022.

106. Attached hereto as Exhibit 1-102 is a true and correct copy of a document produced by third-party Huei Enterprises in this litigation, bates stamped Huei Form Blank Treasure_001468.

107. Attached hereto as Exhibit 1-103 are true and correct copies of the initial

Complaint, Fourth Amended Complaint, June 26, 2023 Stipulation of Dismissal, September 7, 2023 Stay Order, and Docket from the action captioned *Chang, et al. v. Brink's Global Services USA, Inc., et al.*, Case No. 22STCV27209, which was commended in Los Angeles Superior Court on August 22, 2022.

108. Attached hereto as Exhibit 1-104 is a true and correct copy of the Complaint filed in the action captioned *Brinks Global Services USA, Inc. v. Luvell Inc. DBA D'Amati Fine Jewelry*, which was filed in the Supreme Court of the State of New York, New York County, on March 19, 2024.

109. Brink's has produced more than 35,000 pages of documents in this action. The parties and third parties, collectively, have produced more than 50,000 pages of documents. The parties have collectively taken 35 depositions in this action, including at least one deposition of each Defendant.

I declare under penalty of perjury that the following is true and correct. Executed on March 21, 2024 in Richmond, Virginia.

                                                                __/s/ Robert F. Redmond__
                                                                Robert F. Redmond