**McGuireWoods**

McGuireWoods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219-3916
Phone: 804.775.1000
Fax: 804.775.1061
www.mcguirewoods.com

Matthew D. Fender
Direct: 804.775.1076
mfender@mcguirewoods.com
Fax: 804.698.2209

May 13, 2024

**VIA ECF**
Honorable Paul G. Gardephe

Re:   *Brink's Global Services USA, Inc. v. Bonita Pearl, Inc., et al.*
      Case No.: 1:22-cv-06653-PGG-BCM

Dear Judge Gardephe:

The firm represents Plaintiff-Counterclaim Defendant Brink's Global Services USA, Inc. ("Brink's") in the above-captioned matter. Pursuant to Local Civil Rule 7.1(d) and Rule I.D. of your Honor's Individual Rules, Brink's writes seeking a one-day extension of its deadline to submit its Memorandum in Support and Motion to Dismiss Defendant-Counterclaim Plaintiffs' Counterclaims.

The current memorandum in support deadline is May 27, 2024, which is Memorial Day, a firm holiday and federal holiday. Brink's requests the deadline be extended by one day to avoid staffing troubles that may arise as a result of filing this brief on a firm and federal holiday.

Brink's is requesting a one-day extension to May 28, 2024. If the Court is inclined to grant this extension, Brink's does not oppose the Opposition and Reply deadlines also being extended by one day, to June 11, 2024 and June 18, 2024, respectively. Defendants-Counterclaim Plaintiffs do not oppose an extension of all Motion to Dismiss briefing deadlines by one day.

Thank you for your consideration of this matter.

Respectfully Submitted,

*/s/ Matthew D. Fender*
Matthew D. Fender
*Counsel for Brink's Global Services USA, Inc.*

cc:   All counsel of record via ECF