UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRINK'S GLOBAL SERVICES USA, INC., <br><br> Plaintiff, <br><br> v. <br><br> BONITA PEARL INC., *et al.* <br><br><br> Defendants. | Case No.: 1:22-cv-06653-PGG |

**BRINK'S GLOBAL SERVICES USA, INC.'S NOTICE OF MOTION TO DISMISS DEFENDANTS' NON-CONTRACT COUNTERCLAIMS AND STRIKE IMPROPER DAMAGES**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Robert F. Redmond and exhibits thereto, and the accompanying Request for Judicial Notice, the undersigned hereby move this Court on behalf of Plaintiff Brink's Global Services USA, Inc. ("Brink's"), before the Honorable Paul G. Gardephe at the United States District Courthouse for the Southern District of New York, located at 40 Foley Square, New York, NY 10007, on a date and time to be determined by the Court, for an Order dismissing with prejudice the four non-contract counterclaims (in Dkt. 235) filed by Defendants Bonita Pearl Inc.; Forty-Seventh & Fifth, Inc.; Hawaiian Design Jewelry, Co.; Kimimoto Jewelry; Lam's Jade Center, Inc.; Lee's International Jewelry Inc.; Pan Lovely Jewelry; Petri Gems. Inc.; S & N Diamond Corp; Supreme Collection Corporation; Treasure Connection Fine Jewelry, Inc. (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 8, 9(b) and 12(b)(6).

1

PLACE TAKE FURTHER NOTICE that Brink's requests that the Court strike the portion of Defendants' prayer in their counterclaims for "punitive damages, interest, [and] fees" (Dkt. 235, p. 33) and Defendants' request for "lost profits" (Dkt. 235, p. 22, ¶ 27), pursuant to Fed. R. Civ. P. 12(f).

PLEASE TAKE FURTHER NOTICE that, pursuant to the Individual Rules of Practice of the Honorable Paul G. Gardephe: (1) Plaintiff shall electronically file its moving papers and reply papers when the entire motion has been briefed, (2) Defendants shall file any opposition papers only when noticed by Plaintiff that the motion and reply papers are being filed, and (3) the Parties shall provide chambers one courtesy copy of their respective submissions at the time they are electronically filed.

Dated: May 28, 2024

BRINK'S GLOBAL SERVICES USA, INC.

By counsel:

*/s/ Robert F. Redmond*
Robert F. Redmond (*admitted pro hac vice*)
Matthew D. Fender
MCGUIREWOODS LLP
Gateway Plaza
800 East Canal Street
Richmond, Virginia 23219
rredmond@mcguirewoods.com
mfender@mcguirewoods.com
T: (804) 775-1000
F: (804) 775-1061

Katherine A. Garland
MCGUIREWOODS LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104

kgarland@mcguirewoods.com
T: (212) 548-7028

Nicholas J. Hoffman (*admitted pro hac vice*)
MCGUIREWOODS LLP
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
nhoffman@mcguirewoods.com
T: (213) 627-2268

*Counsel for Plaintiff Brink's Global Services USA, Inc.*