```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINK'S GLOBAL SERVICES USA, INC.,

   Plaintiff,

-against-

BONITA PEARL INC., et al.,

   Defendants.

22-CV-6653 (PGG) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    By Order dated September 9, 2024 (Dkt. 285), the Court directed plaintiff to file the redacted versions of its moving papers (Dkts. 222-1, 222-2) and defendants' opposition papers (Dkts. 284-1, 284-2) on the public docket. Plaintiff has not yet done so. Therefore, it is hereby ORDERED that plaintiff must, **no later than September 23, 2024**, comply with this Court's September 9 Order.

Dated: New York, New York
       September 19, 2024

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**