**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

BRINKS GLOBAL SERVICES USA, INC.,

                    Plaintiff,

      vs.

BONITA PEARL INC. *et al*.,

                  Defendants.

Nos. 1: 22-cv-06653 (PGG)(BM)

**DEFENDANTS' NOTICE OF MOTION FOR RECONSIDERATION**

PLEASE TAKE NOTICE that, upon the accompanying legal memorandum, and other papers noted therein and/or attached thereto, and all prior papers and proceedings had herein, and any other matter that the Court may determine to be just and proper, the Defendants in the above-captioned action hereby move this Court, before the Honorable Magistrate Judge Barbara Moses, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, by and through their undersigned attorneys, pursuant to, *inter alia*, Local Rule 6.3 of the Local Rules for the Southern and Eastern Districts of New York, on a date and time to be set by the Court, for an order reconsidering an aspect of this Court's September 18, 2024 Opinion and Order (SDNY ECF No. 286) striking a portion of Daniel Lupton's testimony found in Mr. Lupton's expert rebuttal reports (as further described in the accompanying memorandum), and granting such other and further relief as this Court may deem just and proper.

Dated:  New York, New York
October 1, 2024

                              LAW OFFICE OF ROBERT R. VIDUCICH

                              By: /s/ Robert R. Viducich

Robert Viducich
40 Wall St., 28th Floor
New York, NY 10028
Tel: (212) 400-7135
rviducich@rrvlaw.com

-and-

Jerry Kroll, Esq. (admitted *pro hac vice*)
KROLL LAW

Steven Shuman, Esq. (admitted *pro hac vice*)
ENGSTROM, LIPSCOMB & LACK

*Attorneys for Defendants*

TO:  All counsel of record