USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/2/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRINK'S GLOBAL SERVICES USA, INC., <br><br>    Plaintiff, <br><br>-against- <br><br>BONITA PEARL INC., et al., <br><br>    Defendants. | 22-CV-6653 (PGG) (BCM) <br><br>**ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

    The Court is in receipt of defendants' motion for reconsideration, dated October 1, 2024. (Dkt. 292). It is hereby ORDERED that plaintiff's opposition, if any, must be filed no later than **October 8, 2024**.

Dated:  New York, New York
         October 2, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**