UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRINKS GLOBAL SERVICES USA, INC.,

Plaintiff,

-against-

BONITA PEARL INC., FORTY-SEVENTH & FIFTH, INC., HAWAIIAN DESIGN JEWELRY, CO., KIMIMOTO JEWELRY, LAMS JADE CENTER, INC., LEES INTERNATIONAL JEWELRY INC., PAN LOVELY JEWELRY, PETRI GEMS. INC., S & N DIAMOND CORP., SUPREME COLLECTION CORPORATION, and TREASURE CONNECTION FINE JEWELRY, INC.

Defendants,

**ORDER**

22 Civ. 6653 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

A telephone conference will take place on **Monday, November 25, 2024, at 3:30 p.m.** The purpose of the conference is for the Court to rule on the pending motions to seal. (See Dkt. Nos. 266, 268)

The parties are directed to dial 855-244-8681 to participate, and to enter the access code 2313 155 6484. The press and public may obtain access to the telephone conference by dialing the same number and using the same access code. The parties should call in at the scheduled time and wait on the line for their case to be called. At that time, the Court will un-mute the parties' lines. On the morning of the conference, the parties will email Michael_Ruocco@nysd.uscourts.gov and GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that they will be using to dial into the conference, so that the Court knows

which numbers to un-mute. The email should include the case name and case number in the subject line.

Dated: New York, New York
November 21, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge