UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRINK'S GLOBAL SERVICES USA, INC.,<br><br>                Plaintiff,<br><br>              -against-<br><br>BONITA PEARL INC., FORTY-SEVENTH & FIFTH, INC., HAWAIIAN DESIGN JEWELRY, CO., KIMIMOTO JEWELRY, LAMS JADE CENTER, INC., LEES INTERNATIONAL JEWELRY INC., PAN LOVELY JEWELRY, PETRI GEMS. INC., S & N DIAMOND CORP., SUPREME COLLECTION CORPORATION, and TREASURE CONNECTION FINE JEWELRY, INC.<br><br>              Defendants, | **ORDER**<br><br>22 Civ. 6653 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      For the reasons stated in today's telephone conference, Plaintiff's motion to seal (Dkt. No. 266) is granted in part and denied in part and Defendants' motion to seal (Dkt. No. 268) is granted.

      Plaintiff is directed to file on the public docket, by **December 6, 2024**, versions of the currently sealed exhibits that are in compliance with this Court's bench ruling.

      The Clerk of Court is directed to terminate the motions (Dkt. Nos. 266, 268).

Dated: New York, New York
       November 25, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge