UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

          Plaintiff,

-against-

BONITA PEARL INC., FORTY-SEVENTH & FIFTH, INC., HAWAIIAN DESIGN JEWELRY, CO., KIMIMOTO JEWELRY, LAMS JADE CENTER, INC., LEES INTERNATIONAL JEWELRY INC., PAN LOVELY JEWELRY, PETRI GEMS. INC., S & N DIAMOND CORP., SUPREME COLLECTION CORPORATION, and TREASURE CONNECTION FINE JEWELRY, INC.

          Defendants,

**ORDER**

22 Civ. 6653 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        A conference in this matter will take place in person on **June 30, 2025, at 2:00 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. The purpose of the conference is to discuss the parties' positions as set forth in their June 23, 2025 joint letter (Dkt. No. 307), and to discuss whether a resolution short of motion practice is possible.

Dated: New York, New York
       June 24, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge