UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINKS GLOBAL SERVICES USA, INC.,

                    Plaintiff,

          -against-

BONITA PEARL INC., FORTY-SEVENTH
& FIFTH, INC., HAWAIIAN DESIGN
JEWELRY, CO., KIMIMOTO JEWELRY,
LAMS JADE CENTER, INC., LEES
INTERNATIONAL JEWELRY INC., PAN
LOVELY JEWELRY, PETRI GEMS. INC.,
S & N DIAMOND CORP., SUPREME
COLLECTION CORPORATION, and
TREASURE CONNECTION FINE
JEWELRY, INC.

                    Defendants,

**ORDER**

22 Civ. 6653 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

  As discussed at today's conference, Brink's Answer to Defendants' breach of

contract counterclaim is due by **July 14, 2025**.  Briefing concerning Brink's anticipated motion

for summary judgment on Defendants' breach of contract counterclaim will proceed on the

following schedule:

- Brink's motion is due by **August 14, 2025**;

- Defendants' opposition brief is due by **September 15, 2025**;

- Brink's reply, if any, is due by **September 29, 2025**.

Under Rule IV(C) of this Court's individual rules, the "bundling rule," parties may not file

motions electronically on ECF until the motion is fully briefed.

Given this Court's June 12, 2025 decision (Dkt. No. 306) and this scheduling order, the remaining deadlines set forth in the Court's Civil Case Management Plan and Scheduling Order (Dkt. No. 91) are vacated.

Dated:  New York, New York
       June 30, 2025

SO ORDERED.

Paul G. Gardephe
United States District Judge