UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRINKS GLOBAL SERVICES USA, INC., | )<br>) |
| Plaintiffs, | )<br>) Case No.: 1:22-cv-06653-PGG<br>) |
| v. | )<br>) |
| BONITA PEARL, INC., *et al.* | )<br>)<br>) |
| Defendants. | )<br>) |

**DECLARATION OF STEVEN C. SHUMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT ON BREACH OF CONTRACT COUNTERCLAIM**

I, Steven C. Shuman declare:

1.  I am an attorney admitted to practice before all Courts of the State of California, as well as all United States District Courts in California and the Ninth Circuit Court of Appeals. I have also been admitted pro hac vice to represent the Defendants in the case of *Brinks Global Services, USA, Inc. v. Bonita Pearl, et al.*, pending before this Court. I am also one of the attorneys with primary responsibility for representing the Defendants in this matter. I have personally been involved in almost all of the discovery that has occurred in this case, and have drafted or overseen the drafting of all of the pleadings and most of the legal briefing on Motions prepared and filed in this case. As a consequence of carrying out those duties, I have personal knowledge of all facts set forth in this Declaration.

2.  Except with respect to two of the original parties in this case who have settled out, Brink's has not paid any money to any of our jeweler clients in connection with the July 11,

478986

2022 theft of our clients' jewelry from Brink's truck. On July 1, 2025, after the Court's June 12, 2025 Order, I sent an e-mail to Brink's attorneys with payment instructions in the event Brink's elected to pay the Carriage Values on the manifests. A true and correct copy of that e-mail is attached as Exhibit 1.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Settlement Agreement and General Release between Arat Jewelry Corp., Birol Arat and Brink's Global Services USA, Inc. dated March 6, 2023. I was the attorney handling the negotiation of that settlement and review of the Settlement Agreement and General Release. Because of the Confidentiality provision of that Agreement, I am submitting the Agreement under seal. A similar agreement (for a different amount) was entered into by El Dorado Jewelry, Inc. to resolve its claim.

4. Attached hereto as Exhibit 3 are true and correct copies of excerpts of the Deposition of Gloria Corrales taken in this matter. I attended that deposition. The excerpts accurately reflect the questions asked and answers given.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Ming Cheng submitted in connection with Brink's prior summary judgment motion.

6. Our firm, in conjunction with Gerald Kroll, Esq., filed a lawsuit on behalf of all the jewelers in California on August 22, 2024. We served that lawsuit on Brink's on August 24, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15th day of September 2025 in Los Angeles, California.

*Steven C. Shuman*
Steven C. Shuman

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2025, a true and correct copy of:

**DECLARATION OF STEVEN C. SHUMAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDFGMENT ON BREACH OF CONTRACT COUNTERCLAIM**

was served via electronic mail to all parties with an email address on record who have consented to electronic service in this action as follows:

Matthew D. Fender
Robert F. Redmond, Jr. (admitted pro hac vice)
McGuireWoods LLP
800 E. Canal St.
Richmond, VA 23219
Tel: (804) 775-1000
Fax:: (804) 775-1061
E-mail: mfender@mcguirewoods.com
rredmond@mcguirewoods.com

Nicholas J. Hoffman (*admitted pro hac vice*)
MCGUIREWOODS LLP
355 S. Grand Ave., Suite 4200
Los Angeles, CA 90071
nhoffman@mcguirewoods.com
T: (213) 627-2268

Katherine A. Garland
McGuireWoods LLP
1251 Avenue of the Americas
20th Floor
New York, NY 10020-1104
kgarland@mcguirewoods.com
(212)548-7028

Counsel for Plaintiff,

BRINK'S GLOBAL SERVICES USA, INC

*/s/ Merlene Fletcher*
Merlene Fletcher

.

3