UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRINK'S GLOBAL SERVICES USA, INC.

          Plaintiff,

   - against -

BONITA PEARL INC., FORTY-SEVENTH
& FIFTH, INC., HAWAIIAN DESIGN
JEWELRY, CO., KIMIMOTO JEWELRY,
LAMS JADE CENTER, INC., LEES
INTERNATIONAL JEWELRY INC., PAN
LOVELY JEWELRY, PETRI GEMS. INC.,
S & N DIAMOND CORP., SUPREME
COLLECTION CORPORATION, and
TREASURE CONNECTION FINE
JEWELRY, INC.

          Defendants.

**ORDER**

22 Civ. 6653 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        On September 29, 2025, Plaintiff Brink's Global Services USA, Inc. moved for summary judgment on Defendants' counterclaim for breach of contract. (See Pltf. Mot. (Dkt. No. 311)) Plaintiff's reply brief asserts that "Defendants appear to have used generative AI to 'hallucinate' [an] argument," which includes a citation to a non-existent case. (See Pltf. Reply (Dkt. No. 319) at 7-8) Defendants are directed to file a letter responding to Plaintiff's allegation by **October 9, 2025.**

Dated: New York, New York
      October 2, 2025

                    SO ORDERED.

                    Paul G. Gardephe
                    United States District Judge